# FORREST COUNTY SHERIFF'S OFFICE



55 Arena Drive
Hattiesburg MS, 39401
601-544-7800

Case Number: 201711423                          ORI #: MS0180000

| Additional | SCANNED DOCUMENTS | |
|---|---|---|
| Description: | COURT SUMMON | Filename/URL: |
| Description: | NOTICE OF SEIZURE | Filename/URL: |
| Description: | NOTICE OF SEIZURE 2 | Filename/URL: |
| Description: | ORDER OF SEIZURE | Filename/URL: |
| Description: | Use of Force 2 of 2 | Filename/URL: |
| Description: | Use of Force Report 1 of 2 | Filename/URL: |



EXHIBIT
C

CLT-HOWARD-000001

# FORREST COUNTY SHERIFF'S DEPARTMENT
## BILLY McGEE, SHERIFF
### CUSTODY REPORT

- PID:
- Incident Number:
- Arrest Number:
- [ ] JUVENILE

1. Name of Person Arrested (Last, First, Middle): **LEGGETT ANTRINETTE**
2. Alias or Nickname:
3. Address of Defendant: [redacted] City and State: **Hattiesburg MS**
4. Home Phone No.: [redacted]
5. Occupation and Employer:
6. Social Security Number: [redacted]
7. Driver's License State:
8. Driver's License Number:
9. Driver's License Type:
10. Driver's License Expiration Date:
11. Age: **37**
12. Sex: **F**
13. Race: **B**
14. [ ] Hispanic [x] Non Hispanic
15. Height: **5'4"**
16. Weight: **170**
17. Hair: **BLK**
18. Eyes: **BRN**
19. Scars, Marks, Tattoos and Amputations: **Multi TATS**
20. Date of Birth: [redacted]
21. Place of Birth: **MS**
22. Contact in Event of Emergency: **DARIOS LEGGETT**
23. Relationship: **SON**
24. Contact's Address: **SAME AS DEF**
25. Home Phone: [redacted]
26. Business Phone: [redacted]

27. Date of Arrest: **9-27-17**
28. Time of Arrest: **0824**
29. Location of Arrest: **1348 ELKS LAKE RD**
30. Boat:
31. Gnd:

32. Charge/Offense: **Disorderly Conduct Failure to comply** [x] Misd
33. Incident Number:
34. Court Date/Time:
35. Bond Amount:
36. Disp.:

37. Charge/Offense: **Resisting Arrest** [x] Misd
38. Incident Number:
39. Court Date/Time:
40. Bond Amount:
41. Disp.:

52. REMARKS COURT USE ONLY:

53. Custody Status:
- [ ] Released, No Charge
- [ ] Released, Summons
- [ ] Pre-Trial Release
- [ ] Cash Bail Receipt
- [ ] Bond Co.
- [ ] Released, Time Served
- [ ] Juvenile Shelter
- [ ] Juvenile Detention
- [ ] Municipal Jail
- [x] County Jail

54. Detention Date/Time:
55. Total Bond:
56. Court: **JUSTICE**
57. Released Date/Time:
58. Check Item(s) That Apply To Defendant:
- [ ] Drinking
- [ ] Drugs
- [ ] Cooperative
- [ ] Drunk
- [x] Resistive
- [ ] Belligerent

59. Individual Armed: **No**
60. Weapon/Brand/Model/Cal/Size:
61. Serial No.:
62. Arresting Officer: No. **F70** Name: **BASS**
63. How Arrest Was Made: **On View**
64. Assisting Officers: **F17 SUMRALL**
65. Other Person(s) Arrested for Same Offense:
66. Vehicle: No
67. Property: **Yes**
68. Phone Call: **Yes**

90. Reporting Officer: No. **F70** Name: **BASS**
91. Division: **PATROL**
92. Reviewing Supervisor:

CLT-HOWARD-000002

# FORREST COUNTY DETENTION CENTER

55 ARENA DR--HATTIESBURG, MS 39401
Phone: (601) 544-7800

**Facility Admission Report**

| Booking # | Jacket# | Offender Name: | LEGGETT, ANTRINETTE | | |
|---|---|---|---|---|---|
| 2012170552 | 72327 | Alias: | | Maiden Name: | |
| | | SSN: | | Religion: | UNKN |
| | | Birth Place: | MS | Date of Birth: | |
| | | Address: | | Age: | 39 |
| | | City: | HATIESBURG | Marital Status: | |
| | | State: | MS | # of Children: | 0 |
| | | Zip Code: | 39401 | Nationality: | American |
| | | Phone: | | US Citizen: | ✓ |
| | | Occupation: | | | |

**LEGGETT, ANTRINETTE**

| | | | |
|---|---|---|---|
| Sex: | Female | Hair Color: | Black |
| Race: | Asian | Eye Color: | Brown |
| Height: | 5' 4" | Complexion: | FAR |
| Weight (lbs.): | 170 | Build: | L |
| Other Features: | N/A | | |

Arresting Authority: FORREST COUNTY SHERIFF'S OFFICE
Arresting Officer: BASS BLAKE
Searching Officer: CARTER SONGE
Booking Officer: CARTER, SONGE
Book Date/Time: 09/27/2017 09:38
Last Rebook Date/Time:
Booking Assistant Officer(s)

Telephone Call: YES
Number Called: (601) 447 - 4692
Cell Assignment:
Classification: MISDEMEANOR
County of Charge: Forrest
Billing Agencies:

**Property Storage Location(s):** PROPERTY ROOM

**Contact Information**

| Relation | Name | Address | Phone | Emergency |
|---|---|---|---|---|
| SON | DARIOS LEGGETT | | | ✓ |

**Current Charges**

Case #:   Case Bond Type:   Case Bond Amount:

| Charge Case # | Charge Code | Counts | Charge Description | Citation/Control # Charge Bond | Amount |
|---|---|---|---|---|---|
| | 97-35-7 | 1 | DISORDERLY CONDUCT-FAILURE TO COMPLY WITH POLIC | | $0.00 |
| | 97-9-73 | 1 | RESISTING ARREST | | $0.00 |

I certify that the above information is correct to the best of my knowledge.

Offender Signature                                              Staff Signature

# FORREST COUNTY SHERIFF'S OFFICE
55 Arena Drive
Hattiesburg MS, 39401
601-544-7800



**Case Number:** 201711423

**ORI #:** MS0180000

**Day / Date / Time ( Reported )**
Wednesday, September 27, 2017 8:17 AM
**Day / Date ( of Occurrence )**
Wednesday, September 27, 2017 8:18 AM
**Location of Occurrence**
████████████
HATTIESBURG, MS 39401

**Day / Date / Time ( Arrived )**
Wednesday, September 27, 2017 8:18 AM
**To:**
Wednesday, September 27, 2017 11:02 AM
**Zone**

**Day / Date / Time ( Cleared )**
Wednesday, September 27, 2017 11:02 AM

**Municipality**

**Reporting Officer:**
BASS, BLAKE DEPUTY []

**Case Status:**
OPEN

**Crime(s):**
1.) 97-41-1 ANIMAL CRUELTY
2.) 97-35-7 DISORDERLY CONDUCT: FAILURE TO COMPLY W / COMMAND OF LAW ENFORCEMENT
3.) 97-9-73 RESISTING / OBSTRUCTING ARREST - SIMPLE ASSAULT

**Copies To:**
☐ Folder
☐ Detective
☐ Juv. Prob.
☐ D. A.
☐ Other: _____

**Follow up ?:**
☐ Yes
☐ No

## Victim

1  **Name - ( Last, First, Middle )**
STATE OF MISSISSIPPI,
**Victim of :** 1: 97-41-1 ANIMAL CRUELTY

## Modus.Operandi / Crime Analysis

There is no "Modus Operandi / Crime Analysis" info. for this case.

Page 1 of 4

CLT-HOWARD-000004

# FORREST COUNTY SHERIFF'S OFFICE



55 Arena Drive
Hattiesburg MS, 39401
601-544-7800

Case Number: 201711423

ORI #: MS0180000

## Arrestee

**1**

Name - ( Last, First, Middle )
LEGGETT, ANTRINETTE

Address
HATTIESBURG, MS 39401

Occupation:

Phone(s) HOME:

Social Security #      Citizenship

Drivers License Info. ( State / # / Class)

D.O.B.:   Age: 37   Sex: F   Race: BLACK OR AFRICAN AMERICAN
Height: 5-04   Weight: 170   Hair: BLACK   Eyes: BROWN

Arrested For:
1: 97-35-7 DISORDERLY CONDUCT: FAILURE TO COMPLY W / COMMAND OF LAW ENFORCEMENT
2: 97-9-73 RESISTING / OBSTRUCTING ARREST - SIMPLE ASSAULT

Date Arrested 9/27/2017 8:17:00 AM
Arrested By:

**2**

Name - ( Last, First, Middle )
LEGGETT, DARIOUS

Address
HATTIESBURG, MS 39401

Occupation:

Phone(s) HOME: 1-(601) 297-0291

Social Security #      Citizenship

Drivers License Info. ( State / # / Class)

D.O.B.: 1996   Age: 21   Sex: M   Race: BLACK OR AFRICAN AMERICAN
Height: -   Weight:   Hair: BLACK   Eyes: BROWN

Arrested For:
1: 97-35-7 DISORDERLY CONDUCT: FAILURE TO COMPLY W / COMMAND OF LAW ENFORCEMENT
2: 97-9-73 RESISTING / OBSTRUCTING ARREST - SIMPLE ASSAULT

Date Arrested 9/27/2017 8:17:00 AM
Arrested By:

## Suspect

**1**

Name - ( Last, First, Middle )
HOWARD, SELENA

Address
HATTIESBURG, MS 39401

Occupation:

Phone(s) HOME: 1-(601) 297-0291

Social Security #      Citizenship

Drivers License Info. ( State / # / Class)

D.O.B.:   Age: 21   Sex: F   Race: WHITE
Height: -   Weight:   Hair:   Eyes:

Suspected Of: 1: 97-41-1 ANIMAL CRUELTY

CLT-HOWARD-000005

# FORREST COUNTY SHERIFF'S OFFICE
55 Arena Drive
Hattiesburg MS, 39401
601-544-7800

Case Number: 201711423

ORI #: MS0180000

**Narrative(s)**

Assigned: 9/28/2017 05:03
Approved: 10/10/2017 09:49

to officer: BASS, BLAKE DEPUTY
by: ADAMS, MATT

On 09-27-2017 at approximately 0800 hours I, Deputy Bass and Deputy Sumrall conducted a welfare check at ▮▮▮▮▮▮▮▮▮▮▮▮▮ in reference to three dogs. A Forrest County employee from District One called in to report that the dogs were being neglected.

Upon arrival on scene, we came in contact with Selena Howard and Antrinette Leggett concerning the dogs. After discussing the situation, Ms. Howard stated that the dogs were hers and they were just bad on their luck. Darious Leggett then came out with being disruptive and immediately was aggressive towards both deputies.

Mr. Leggett came from the porch area and continued to be aggressive and curse at both Deputies. He did although, undo one of the dogs from a tree it was chained too, where it did not have any food or water. Mr. Leggett stated that they were bad on their luck and that the dogs were fine. He did try and show deputies that he had food, but the bucket he showed deputies had no food in it. Deputies continued to try and calm down Mr. Leggett and the whole situation as a whole.

Mr. Leggett continued to be aggressive, at which point we attempted to arrest the subject but he attempted to fight with Deputies. His mother, Antrinette, wedged herself in between Deputies and her son to prevent the arrest. She also disobeyed lawful orders by both Deputies and continued to push and shove, at which point Mr. Leggett put his hands on Deputy Sumrall to push him away. I Deputy Bass, deployed my Taser and hit Mr. Leggett in the groin area. He immediately fell and still resisted to comply with Deputies commands. I Deputy Bass turned towards Ms. Leggett to attempt to arrest her at which point she continued to resist and be aggressive.

Both subjects were arrested for Disorderly Conduct: Failure to Comply and Resisting Arrest. Mr. Leggett was released to Triple A ambulance service to be transported to Forrest General Hospital. He was post-arrested on his charges from the incident. Ms. Leggett was taken to the Forrest County Jail and booked in on her charges.

At that point the dogs stayed at the address with the owner Selena Howard. I Deputy Bass then went to the Forrest County Justice Court concerning the dogs. I acquired a order of seizure for the dogs to be taken by Southern Pines Animal Shelter on 09-28-2017 as seen in the scanned documents. Ms. Howard is also post-arrested for simple cruelty for the dogs at ▮▮▮▮▮▮▮▮▮▮▮. Nothing further to report at this time.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*End of Report\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CLT-HOWARD-000006




# FORREST COUNTY SHERIFF'S OFFICE
55 Arena Drive
Hattiesburg MS, 39401
601-544-7800

Case Number: 201711423                   ORI #: MS0180000

To protect confidential personal information of any witness or victim in this report, this printed document including, but not limited to, an address, telephone number, driver's license or identification Card number, social security number, date of birth, etc..., is to be destroyed when valueless.

| | Victim | | | |
|---|---|---|---|---|
| 1 | Name - ( Last, First, Middle )<br>STATE OF MISSISSIPPI, | Occupation | Social Security # | Citizenship |
| | Address<br>████████<br>HATTIESBURG, MS 39401 | Phone<br>HOME: 1-(601) 544-7800 | Drivers License Info. ( State / # / Class ) | |
| | D. O. B.: | Age: UNK | Sex: U | Race: | |
| | Height: | Weight: | Hair: | Eyes: | |

CLT-HOWARD-000007