# In The Matter Of:

*Selena Howard, et al. v*
*Forrest County, et al.*

---

*Darious Leggett*
*April 27, 2020*

---



601-573-0961
amanda@awreporting.net



EXHIBIT

E

*Min-U-Script® with Word Index*

## Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                        EASTERN DIVISION

 3   SELENA HOWARD, DARIOUS LEGGETT; AND
     ANTRINET LEGGETT                            PLAINTIFFS
 4
     VERSUS                          NO. 2:19-CV-84-KS-MTP
 5
     FORREST COUNTY; CHEY SUMRALL
 6   INDIVIDUALLY AND IN HIS
     OFFICIAL CAPACITY; BLAKE BASS,
 7   INDIVIDUALLY AND IN HIS OFFICIAL
     CAPACITY                                    DEFENDANTS
 8

 9   *************************************************

10

11              DEPOSITION OF DARIOUS LEGGETT
                  VIA ZOOM VIDEO CONFERENCE
12

13   *************************************************

14              APPEARANCES NOTED HEREIN

15

16              DATE: APRIL 27, 2020
                PLACE: ZOOM VIDEO CONFERENCE
17                   TIME: 9:35 a.m.

18

19

20   REPORTED BY:  AMANDA MAGEE WOOTTON
                      CSR #1238
21   _____

22

23                      AW Reporting
                     amanda@awreporting.net
24                    338 Indian Gate Circle
                   Ridgeland, Mississippi 39157
25                        601.573.0961
```

## Page 2

```
 1   APPEARANCES VIA ZOOM VIDEO CONFERENCE:

 2

 3          Christina Smith, Esquire
            Allen, Allen, Breeland & Allen
 4          Post Office Box 751
            Brookhaven, Mississippi
 5          csmith@aabalegal.com

 6

 7          Daniel M. Waide, Esquire
            Johnson, Ratliff & Waide, PLLC
 8          P. O. Box 17738
            Hattiesburg, Ms 39404
 9          dwaide@jhrlaw.net

10          Mary Lee Holmes, Esquire
            Holmes, McLelland & Ferraez, PLLC
11          601 E Central Avenue
            Petal, Mississippi 39465-2974
12          marylee@hmflawfirm.com

13

14

15

16

17

18

19

20

21   _____

22          AMANDA MAGEE WOOTTON
                 AW REPORTING
23           338 Indian Gate Circle
           Ridgeland, Mississippi  39157
24              (601) 898-9990

25
```

## Page 3

```
 1                   * * * * * *

 2              TABLE OF CONTENTS

 3   Appearances                              3

 4   Examination by Ms. Smith                 5

 5   Conclusion of Deposition                76

 6   Certificate of Reporter                 77

 7   Certificate of Deponent                 78

 8   Correction Sheet                        79
```

## Page 4

```
 1                 E X H I B I T S

 2

 3   Exhibit No. 1:   Radio Call            65

 4   Exhibit No. 2:   Affidavits           65

 5   Exhibit No. 3:   Arrest Report        65
```

Page 5

1          * * * * * *
2          DARIOUS LEGGETT,
3 after having first been duly sworn, was
4 examined and testified under oath as follows,
5 to-wit:
6          E X A M I N A T I O N
7 EXAMINATION BY MS. SMITH:
8     Q   Hey, Darious, my name is Christina.  I
9 represent the county and Chey Sumrall and Blake Bass.
10 I just have a few things to ask you really quick
11 before we get started.
12          Have you ever been deposed before?
13     A   What is that?
14     Q   Have you ever had a deposition like you're
15 in right now?
16     A   No, ma'am.
17     Q   Okay.  So you've never been deposed.  So
18 just some really quick rules.  I know this is kind of
19 weird; we don't really do it this way with video, but
20 just answer out loud so the court reporter can take
21 down everything you say, answer verbally.  I know
22 sometimes we nod or shake our heads.  Just make sure
23 that you say "yes" or "no."
24          And you're under oath, like you would be in
25 court, so this is sworn testimony, so just answer

Page 6

1 truthfully.  And if you have a question about what I'm
2 asking you, just ask me to rephrase it, or if you
3 don't understand, just tell me, "I don't understand."
4 And I'll try to ask a better question.
5     A   Yes, ma'am.
6     Q   And if you need a break also, just let us
7 know, and we'll just take a break, okay?
8     A   Yes, ma'am.
9     Q   I'm sorry.  Go ahead.
10     A   Yes, ma'am.
11     Q   You said, "Yes, ma'am"?
12     A   That's it.
13     Q   So are you on any medication today that
14 makes it difficult to answer?
15     A   No, ma'am.
16     Q   Okay.  What is your full name, for the
17 record?
18     A   Darious Deshawn Trent Leggett.
19     Q   Can I call you Darious?
20     A   Yes, ma'am.  That's fine.
21     Q   How old are you Darious?
22     A   I'm 24 years old.
23     Q   What was your date of birth?
24     A   4/2/96, April 2nd, 1996.
25     Q   1996.  Just so we're on the same page, we're

Page 7

1 here to talk today about the incident with Forrest
2 County deputies on September 2017, correct?
3     A   Correct.
4     Q   If I said the date of the incident was
5 September 27, 2017, you wouldn't disagree with that?
6     A   No, I wouldn't disagree.
7     Q   Okay.  Have you done anything to prepare for
8 your deposition today?
9     A   Besides talk with my attorney beforehand.
10 Other than that, no, ma'am.
11     Q   You didn't look at any documents?
12     A   No, ma'am.
13     Q   Okay.  Have you ever been involved in any
14 civil lawsuits?
15     A   No.  I haven't.
16     Q   Okay.  Have you ever been arrested before?
17     A   No, ma'am.
18     Q   Can you tell me about your educational
19 background?  Do you have a GED, or did you have a high
20 school diploma?
21     A   I have a high school diploma.  I graduated
22 from Forrest County High School.  I also attended
23 Pearl River.  I graduated from there and got my
24 associate's degree.  And I attended Mississippi
25 College.  I'm not through with my bachelor's, but I'm

Page 8

1 like at the final semester of it.
2     Q   So you have your high school diploma from
3 Forrest County, and then you went to Pearl River
4 Community College?
5     A   Yes, ma'am, and got my associate's.
6     Q   Okay.  And then you went to Mississippi
7 College?
8     A   Yes, ma'am.  Started my bachelor's.
9     Q   Okay.  Did you ever know Blake Bass or Chey
10 Sumrall before this incident?
11     A   I never knew Chey Sumrall.  But me and Blake
12 were former teammates, you know, played on the same
13 football team for Forrest County.  So that's how I
14 knew him, but not -- nothing out of school.
15     Q   So you knew him in high school, Blake?
16     A   Right.
17     Q   Okay.  Where do you currently reside?
18     A   I live in Hattiesburg, Mississippi.  But the
19 area I stay in is Dixie, and the address is 1348 Elk
20 Lake Road.
21     Q   Is that the same address that the incident
22 occurred at?
23     A   Yes, ma'am.
24     Q   Okay.  How long have you lived there?
25     A   Stayed there for about five years.

Page 9

1   Q   Okay.  You're still there, though, right?
2   A   Yes.
3   Q   Okay.  Who owns the property?
4   A   The owner of the property was Shelby Rogers.
5   Q   Was Shelby?  Does she still own it?
6   A   Well, they recently -- well, he recently
7   just sold the property.
8   Q   Okay.  It's a boy?
9   A   Yes.
10  Q   Who has lived there with you?
11  A   Me and my girlfriend.  She's been my
12  girlfriend for nine years.  Also my mom was staying
13  there with me at the time.  But other than that, my
14  niece and her sister.  That's it.
15  Q   Okay.  So just to clarify, Selena Howard,
16  your girlfriend --
17  A   Yes.
18  Q   -- was staying with you.  Your mom was
19  staying with you during the incident?
20  A   Yes.
21  Q   And Selena Howard's sister, what's her name?
22  A   Patricia Howard.
23  Q   Patricia Howard.  And her niece is
24  Patricia's daughter?
25  A   Yes.

Page 10

1   Q   What is her name?
2   A   Isabella Thomas.
3   Q   How old is she?
4   A   She just recently turned five.
5   Q   Okay.
6   A   She was about three when the incident
7   happened.  She was there.
8   Q   Okay.  So you're not currently married?
9   A   No.
10  Q   Okay.  Do you have any other family in
11  Mississippi?
12  A   My whole family is in Mississippi.  That's
13  where we are from.
14  Q   Do you-all live in Forrest County?
15  A   Pretty much the Forrest County area, not the
16  Dixie area.  That's more or less the countryside.
17  Q   Okay.  Are you currently employed?
18  A   Yes.
19  Q   Okay.  Where do you work?
20  A   I was working -- well, I'm working for
21  Southern Hens, a chicken factory.  It was like a
22  chicken plant.
23          COURT REPORTER: What's the name of the
24  plant?
25          THE WITNESS: Southern Hens.

Page 11

1   MS. SMITH: (Continuing.)
2   Q   Southern Hens?
3   A   Yes, ma'am.  Southern Hens.  It's located in
4   Moselle.
5   Q   How long have you been working there?
6   A   About three months.
7   Q   Were you working during the time of the
8   incident?
9   A   Honestly, I was going to school at the time
10  of the incident at William Carey, and I couldn't take
11  my finals because this happened, this situation.
12  Q   So you didn't miss any work due to the
13  incident?
14  A   I did.  I had to withdraw from school from
15  William Carey.
16  Q   Okay.  Did you just withdraw for that
17  semester?
18  A   They -- they do trimesters.  But the fact
19  that it was like the final exams for my classes, and I
20  wasn't able to make it up.  They wouldn't let me make
21  it up because I had to go to the hospital, and stuff,
22  that morning.  And I informed the officers of all of
23  that when everything was taking place.
24  Q   Okay.  Because it is trimester, so the
25  finals are in September?

Page 12

1   A   Right.  So I couldn't do it over again.
2   Q   Okay.  So I just want to talk about the date
3   prior to the incident.  Did anybody come on the
4   property to try to go to the cemetery?
5   A   The date prior to the incident, we had an
6   older couple.  An older couple had done came onto the
7   property and asked to see the graveyard.  Our -- like
8   our part of being -- you know, leasing the land,
9   Shelby told us if we had anybody that wants to see the
10  graveyard, they're more than welcome to as long as
11  they do right by the property, you know, so...
12      So we told the older couple, "You guys are
13  more than welcome to go," right or wrong.  And they --
14  they didn't stay back there three to five minutes.
15  They drove back there, and they turned around.  And
16  then they asked have Forrest County been coming back
17  here lately to do maintenance on the property.  And we
18  was like, "We haven't seen them, but -- they do, but
19  we haven't seen them recently."  That's all we said to
20  them.
21  Q   So can you describe the property?  It's 1348
22  Elks Lake Road.  Can you describe it to me?
23  A   It's like a quarter mile and a half
24  driveway.  As soon as you pull up on the property,
25  it's -- it's like a dirt -- dirt gravel road.  But you

Page 13

1  cannot see the property from the road, of course,
2  because it is surrounded by woods.  It is like a
3  wooded area, and it is like a long driveway.
4        And as soon as you come up to the property,
5  it's like, once you come through the wood line and you
6  approach the house, it's like a big field, and then
7  you see a cabin, and it's a whole lot of woods around
8  the area and like a trail going to the back to see the
9  graveyard.
10   Q   So you take your driveway -- you have to
11  take the driveway to go see the graveyard behind your
12  house?
13   A   Yeah.
14   Q   Is that a right-of-way of the county?
15   A   What you mean?
16   Q   Is that driveway and gravel road, is that a
17  right-of-way of the county to get to the cemetery?
18   A   No, it's not.  It's not.
19   Q   Okay.  So the house is facing the road,
20  though, but you just can't see it?
21   A   No, you can't see it at all completely
22  because it is surrounded by woods.  It's a wooded
23  area, pine trees and everything.
24   Q   Did the incident take place behind the
25  house?

Page 14

1   A   No.  The incident took place on the property
2  within the premises of my cabin.
3   Q   But was it behind the cabin or in front of
4  the cabin?
5   A   Right there in front of the cabin, like on
6  the side of the cabin.
7   Q   I'm just trying to get a picture of where it
8  was.
9   A   Okay.
10   Q   Where are the dogs located?
11   A   The dog is located -- normally I have them
12  off the chain.  But I have like two trees within my
13  yard, and it's like walnut trees.  So it was some
14  strong enough to hold them, so I put them on there.
15   Q   How many?
16   A   Two.
17   Q   Two?  So there are two dogs?  And what type
18  of dogs are they?
19   A   They are like Pit Bull mixed with Labradors.
20   Q   Okay.  Have they ever bitten anybody before?
21   A   No.  No.  No, ma'am.
22   Q   When they were tied up, is there any shelter
23  out there?
24   A   Of course.  They have -- they have a dog
25  house.  They have food and water.  They have shade

Page 15

1  because they're both shaded trees.  So they have
2  multiple shade and, you know, a dog house and food and
3  water, you know.  But they don't be on the chain like
4  all of the time.  I take my dogs off the chain.
5   Q   Okay.  So there's a food and water bowl?
6   A   Yes, ma'am.
7   Q   So on the day of the incident, who
8  was at the house that morning?
9   A   That morning it was me, my girlfriend, my
10  mom, and my niece because we had recently just dropped
11  her sister off at school.  She is taking like some GED
12  class at that time.
13   Q   So you recently dropped her off where?
14   A   To Pearl River.  Pearl River had had some
15  type of GED class, and her sister was taking those
16  courses.
17   Q   Okay.  So you had just come back to the
18  house?
19   A   Right.  Right.
20   Q   And then what happened?
21   A   After we came back to the home, we had
22  pulled into our driveway, like it is a normal day.
23  Had done walked into the house.  I had my niece in my
24  arms.  She's asleep.  But she went on the ride to drop
25  her mom off.

Page 16

1        I had my niece in my arm, and I'm walking in
2  the house.  And as I walk into the house, my mom and
3  Selena was still outside walking into the house.  And
4  I hear some talking outside, like some male voices.
5  And I'm normally the only male there, so it was kind
6  of weird.
7        So I hear -- I hear one of the officers say
8  to my mom, "We -- we ought to arrest you for that
9  stunt you pulled," or something like that, pertaining
10  to that.  And that's when I was walking back outside,
11  and I seen Blake and Chey.  They -- they was on our
12  property.
13   Q   Okay.  So let me just back up really
14  quickly.  What time do you think that you got home?
15   A   Okay.  That was about -- I would say a
16  little bit before eight, you know, about like 7:50,
17  8 o'clock.
18   Q   Okay.  So the officers pulled up almost
19  immediately after?
20   A   Yes, like almost immediately after.  We
21  wasn't there in the home five minutes.
22   Q   Okay.  So you walk in with your niece?
23   A   Yes.
24   Q   And your mom and Selena are still outside?
25   A   Yes.  But, like -- like they were trailing

Page 17

1  behind me. But I think the reason why they didn't
2  walk inside, because they see the cop cars pulling in
3  the driveway.
4      Q   Okay. Did the officers tell -- so when did
5  you walk out? When you heard them talking?
6      A   Yes, when I heard -- when I heard the
7  commotion going on with my mom. And I heard -- I
8  heard him screaming -- like not screaming, but yelling
9  like in a loud tone to my mom, like "I ought to arrest
10 you for that stunt you pulled in my car," you know.
11 I'm saying something like, "Who is that?"
12     Q   What did you do with your niece?
13     A   I laid her in her bed. But by the time the
14 incident was over, she was awake, and she was at the
15 door.
16     Q   Did the officers, when you went outside,
17 tell you a reason why they were there?
18     A   Not off back they didn't, because I was more
19 or less at the point of, Why are you on my property?
20 You know, If you've got a reason to be here, can you
21 show me some paperwork, you know, a warrant, or
22 something? Like, what are you doing here? What's
23 your reason for being here at eight in the morning,
24 you know.
25     Q   Okay. Do you think they had a reason to be

Page 18

1  there?
2      A   No. To be honest, I did not -- not at that
3  time, because it's -- it's in the morning, and I don't
4  think nobody just made a dog call at that -- it was
5  just very bizarre to me.
6      Q   Let me show you -- I have an exhibit I want
7  to introduce, if I can find it. Bear with me one
8  second.
9          MS. SMITH: Can you do No. 12 for me?
10 MS. SMITH: (Continuing.)
11     Q   Darious, can you see that on --
12         MS. SMITH: No, not 12. That's not it.
13 Sorry. It's radio calls. Is that on there?
14         COURT REPORTER: Do you see it?
15         MS. SMITH: No, I don't see it. I
16 don't see it.
17         COURT REPORTER: If he has it, you can
18 send it to me later. Do they have it?
19         MS. SMITH: Hey, Daniel, do you have
20 No. 6 that I sent you? It is Bates labeled 36.
21         THE WITNESS: What is it? He says,
22 "What is it?"
23         MS. SMITH: I think it is called radio
24 call, and it is under Howard 36, Bates label number.
25         MR. WAIDE: It starts on 34 and then

Page 19

1  goes through -- or 33 through some numbers?
2          MS. SMITH: Yeah. Look, I'll just skip
3  it. We'll just keep going. It's okay. It's not a
4  big deal.
5          MR. WAIDE: I've got the radio log he
6  can look at.
7  MS. SMITH: (Continuing.)
8      Q   Do you see it, Darious? It's on page 36,
9  Bates label at the bottom. It's about one, two,
10 three, four, five, six, seven down from the top.
11     A   Okay.
12     Q   It says they were dispatched, and it says,
13 "Animal call."
14     A   I see it.
15     Q   So would that be why they were there?
16         MR. WAIDE: Object to the form.
17         THE WITNESS: You said object?
18         MR. WAIDE: Yeah. Object to the form.
19 You can answer it.
20 MS. SMITH: (Continuing.)
21     Q   You can still answer it.
22     A   I don't know.
23     Q   So did you say anything to the officers when
24 you walked outside?
25         MR. WAIDE: Real quick, Christina.

Page 20

1  Ms. Wootton, could you hear me? When I did do an
2  objection, were you able to hear me off in the
3  distance?
4          COURT REPORTER: I was. You were
5  definitely off in the distance, but I did get that
6  objection.
7  MS. SMITH: (Continuing.)
8      Q   So did you say anything to the officers when
9  you walked outside?
10     A   Besides asking them what was their reason
11 for being here, no, ma'am.
12     Q   And they never told you why?
13     A   Well, they -- they told me that it was for
14 the dogs, but they didn't just say they came out to
15 take the welfare of the dogs.
16     Q   Okay. Did they say anything to Selena at
17 that time?
18     A   No. They were more or less targeted towards
19 me, I guess. It was -- it was weird, very -- just a
20 weird situation. It was very hostile. It wasn't calm
21 from the beginning.
22     Q   Why would you say that?
23     A   Because, when I walked outside, he was
24 already yelling at my mom, talking about some other
25 situation had done took place. And when I did address

Darious Leggett

Page 21

1 to try to talk to him, he had this hostile attitude
2 already. So I'm taking offense, this is my home, and
3 I have women here, nothing but women.
4   Q   Who is "he"?
5   A   From the beginning, it started off with Chey
6 Sumrall. That's who I initiated my conversation with.
7   Q   Where was Chey? Were they on the porch?
8   A   No, ma'am. They were standing in the grass
9 in front of me, pretty much, because I walked off from
10 the steps before they were able to step onto my porch.
11   Q   Okay. And Chey was the one talking to you?
12   A   Chey, and Blake was chiming in a little bit,
13 like every now and again.
14   Q   Were they standing by their cars?
15   A   No, ma'am. They was in front of my
16 property, in front of my face, you know, giving
17 demands, pretty much.
18   Q   So basically right in front of the front
19 porch?
20   A   Yes. Not -- not the front porch. Like --
21 like our cabin is designed weird, so it is like two
22 sides. It is like a front porch, a side, and a back.
23 So it was like -- they were more or less on the side
24 of the cabin. It wasn't directly in front of the
25 cabin.

Page 22

1   Q   Okay. So when you took offense to what the
2 officers were saying, did you say anything to them?
3   A   Besides, "What do you want me to do? What
4 do you want me to do to fix this situation? You're
5 saying it is a problem with my dogs being on the
6 chain. I'd take them off the chain. What do you want
7 me to do?" Just trying to -- just trying to comply
8 with their demands and just trying to be humble with
9 the situation because I ain't want to escalate it.
10   Q   What were they demanding?
11   A   He was saying about law -- because he --
12 Chey and Blake was more or less -- had an argument to
13 say that it is illegal for dogs to be chained to a
14 tree, which in Mississippi we have a leash law. So
15 I'm trying to conform and just tell them, like, my
16 dogs -- like, I can have my dogs on a leash. Only
17 reason my dogs were on a leash is because they tore up
18 my trash.
19   So, besides that, I went over there to my
20 dogs because he -- he kept demanding me, "These dogs
21 can't be on a leash. I can do this and this to you
22 right now because your dog is on a leash."
23   Q   Who is "he"?
24   A   Chey. Chey, and Blake was more or less
25 chiming in. So when I did go over there to take my

Page 23

1 dog off the chain, he just had like, you know, these
2 smart remarks, you know, like, "You know you can be
3 arrested for this. You need to do this. Well, show
4 me your dog." You know what I'm saying? Like -- I
5 don't know. Like he was just trying to play like my
6 dogs are, like, malnourished, or something, something
7 bizarre.
8   Q   What did you say in response to that?
9   A   In response, I told them, like, "I feed my
10 dogs. I feed my dogs every day. Like, I feed --
11 like, I fed my dogs this morning before you guys
12 pulled up before I ever left."
13   And at this point I'm telling him, like, "Do
14 you want to see my dog food? Like, I've got a big
15 blue tub that holds about 50, 60 pounds of dog food.
16 I can show you my dog food. I can show you my dog
17 food."
18   And he was like, "Yeah, yeah, show me your
19 dog food. Show me the GD dog food," you know, and had
20 this -- like this hostile take towards it. So as I
21 turn around and, like, as I take my dogs off the
22 chain -- because they was hovering over me while I'm
23 taking them off the chain and still making comments.
24   So I told them about the dog food. And as I
25 turned around, he was like, "Come on, let's go see the

Page 24

1 dog food." So I turned around, and I started walking
2 towards my home, like I'm fixing to walk up the steps
3 and walk through the threshold of my door. And I
4 turned around, and I told them, "I know my rights.
5 You don't have no right to step into my home. You can
6 wait right here. You can sit right here." And I
7 don't think he liked that too much, to be honest. I
8 think that kind of, you know, added to the situation
9 to make it worse. Because when I did come back with
10 my dog food at the threshold of my door to show him,
11 he just had this nonchalant attitude like, "That ain't
12 no dog food in there."
13   I'm like, "Yes, it is." I'm like, "I feed
14 my dog. That's how you can tell, dog food is going
15 away. I'm running low because I feed my dog." And he
16 just had this, like, attitude. He was trying to
17 provoke me like he was trying to get me to swing at
18 him. That's what I take because he -- he, like,
19 leaned in like, "What you want to do? Do something.
20 I know you want to do something. Do something. Like
21 swing, you know." And my mom was right there the
22 whole time, so she is seeing all of this.
23   Q   But did he actually say that, or is that
24 what your interpretation was?
25   A   These are his words, "Do something. I know

Darious Leggett

1  you want to do something. Do something."
2     Q   Okay. So let me back up really quick. So
3  you're by the dogs, and you take them off the leash?
4     A   Yes.
5     Q   And did they have any dog food or water in
6  their bowls next to them?
7     A   Yes. Yes. They had -- they had water in
8  their bowls. They had two bowls, a water bowl and a
9  dog bowl for food. Water in the bowl. I can't
10 remember if the food was in there because they
11 probably ate it. But there was definitely two bowls
12 out there for both animals.
13    Q   Okay. Did Selena say anything about not
14 having enough money to buy food?
15    A   Well, at that time she -- she didn't say
16 didn't have enough money to buy food. But at that
17 time I think I was in college, and she was working in
18 between jobs. She had a job at Subway, or she was
19 working where she works now, because she been there
20 for some years.
21        We did have a little rough patch, but that
22 was -- that was like despite the point because my
23 grandad always helped and came and brought piles of
24 dog food and just had family and friends that always
25 helped with our animals if we did need it.

1     Q   So after this, you suggest showing the
2  officers dog food in the house?
3     A   No, not in my house. I just offered to show
4  them my bucket where I keep my dog food because they
5  said -- talking -- talking like my dogs haven't ate.
6  They was, you know, making assumption like my dogs
7  haven't been fed or hadn't been eating.
8     Q   Did the dogs look skinny?
9     A   Well, in my opinion, no. In my opinion, no.
10 But we -- we had a trial, and, you know, other experts
11 said that in other ways they could have been
12 malnourished, but in other ways they didn't because
13 people run dogs. And run dogs, people that go hunting
14 with dogs and run dogs, they look way worse than my
15 dogs, ribcage showing. So my dogs didn't have none of
16 that.
17    Q   The dogs didn't look skinny to you?
18    A   No. They didn't have no ribcage showing.
19 It wasn't like an indention of their bones showing out
20 of their -- you know, out of their fur. It wasn't.
21    Q   Did they have any other lesions on them?
22    A   No. But it was -- it was one -- my dog did
23 have a mark on his neck. She was younger, she grew.
24 She was growing big. She grew, and her collar had
25 made like a little -- a little lash thing around her

1  neck. But other than that, that's it.
2     Q   Was that there at the time?
3     A   Yes. Yes. That was there at the time. And
4  the people that works at the animal shelter said that
5  we was taking care of the wound, or whatever the case
6  may have been, that it looked like it was healing
7  well, like that wasn't a factor.
8     Q   Okay. So after you let both dogs off the
9  leash, you walk up to the porch, right?
10    A   Yes.
11    Q   To go get the food?
12    A   Yes.
13    Q   Did Deputy Sumrall ever walk into the house?
14    A   No. But he tried.
15    Q   Okay. Where was Blake at this point?
16    A   Blake was still at a distance, more or less
17 behind him. He was at the entrance of the porch,
18 toward the entrance of the porch while Chey was at the
19 door.
20    Q   You mean -- when you say entrance to the
21 porch, you mean steps?
22    A   Pretty much. Right. A couple --
23    Q   Okay.
24    A   He was standing on the porch, but a couple
25 of ways -- like a couple of steps away from the steps.

1     Q   Where was your mom and Selena?
2     A   Selena was out there witnessing the whole
3  time. My mom was right there by the door with me.
4  She was like -- I'm standing in the threshold of the
5  door, and she is on the left side of me.
6     Q   She's on the porch on the left side of you?
7     A   Right.
8     Q   Where is Selena? Is she on the ground, or
9  is she on the porch?
10    A   She's on the porch, but she's -- she's more
11 over there towards by Officer Blake.
12    Q   Okay. When you came back outside and showed
13 them the food, you said Chey started making remarks to
14 you, correct?
15    A   Yes.
16    Q   Did you get upset by those remarks?
17    A   Despite like what you -- like, I did have a
18 reaction, but it was like -- as a take of like, "What
19 you mean swing? Like, what you trying to say?" So I
20 wouldn't -- I wouldn't say I put my hands up like I'm
21 trying to defend myself, but I'm like, "What is you
22 saying?" Like, I put my dog food down, and I came
23 back outside, but I didn't -- I didn't try to get
24 aggressive with him.
25    Q   So you didn't get in his face?

Page 29

1  A   No.  No.  I -- I did none of that.
2  Q   Did you start cursing at him?
3  A   Yes.  I was -- I was using some language.  I
4  can say that I was using some foul language.
5  Q   Okay.  At that point, did Chey make any
6  verbal commands towards you?
7  A   No.  No.  No, ma'am, he didn't.  He just
8  started like grabbing towards me or trying to grab me,
9  for some odd reason.  But he never made no demands.
10  Q   Did Chey say that you were under arrest?
11  A   No, ma'am.  He never said I was under arrest
12  until after I was tased and on the ground and being
13  put into a squad car -- or ambulance.
14  Q   So he never tried to say that you're under
15  arrest?  He never made any verbal command?
16  A   No, ma'am.  He never tried to detain me.
17  Q   Okay.  He never tried to detain you at all?
18  A   No, ma'am.
19  Q   So did you ever jump off the porch at some
20  point?
21  A   I didn't jump off the porch.  I was more or
22  less shoved, because at that point, when Chey had done
23  said all of that and my mom was trying to defuse the
24  situation and break us up, he -- I'm walking through
25  the -- through the threshold of my door, coming back

Page 30

1  outside, and he was more or less grabbing on me,
2  trying to grab on me just like tussling and shoving.
3  But my hands are like sprawled out.  I'm like, "What
4  are you arresting me for?  Tell me why I'm arrested.
5  What?  Like, what you trying to do?"  And he never
6  made a statement.
7     So it was like -- like Blake tried to come,
8  I guess, help him, or whatever.  But he came and put
9  his hands on me too.  So it was like all three of us
10  went off the porch because they shoved me.  They
11  shoved me off the porch.
12  Q   Okay.  So you asked them, "Am I being
13  arrested?"
14  A   Yes.  And they wouldn't tell me nothing.
15  Q   Blake never said anything?
16  A   Never said nothing.
17  Q   Okay.  So when you fall off the porch, what
18  happens?
19  A   When I fell off the porch, my mom -- they
20  still got me pretty much in their area, like, you
21  know, attention-wise, like I'm still in their
22  attention area, and then like Blake and Chey is right
23  in my face.  And my mom is panicking at this time.
24  She is calling my grandma.  She's calling my grandma,
25  telling my grandma to call Toby Barker, call some

Page 31

1  official, public officials, to help us because she
2  say, "What's going on here is not right.  You know,
3  somebody needs to come help us.  This is unlawful what
4  they are doing."
5     And my mom is talking to my grandma.  And my
6  grandma called the sheriff's office, Forrest County,
7  the dispatch, trying to get ahold of the area,
8  whatever.  By that time -- by that time, my mom had
9  done been pushed and shoved and tased, you know, by
10  Chey.
11  Q   Okay.  So when you fall off the porch, your
12  mom calls your grandmother?
13  A   Yes, she called my grandmother.  Yes.
14  Q   What's her name?
15  A   Jewel Leggett.
16  Q   Okay.  And at what point does she try to
17  intervene?
18  A   The whole time.  More or less when she's on
19  the phone, the whole time, she's -- she's -- she's
20  screaming and pleading, like, "Please stop.  Please
21  don't do this.  We ain't got to do this," and just
22  trying to, you know, be the humble one and defuse the
23  situation, just try to defuse the situation so
24  everything --
25  Q   So -- I'm sorry.

Page 32

1  A   No, you're fine.
2  Q   Okay.  So she comes off the porch, correct?
3  A   Right.
4  Q   And tries to get in between you, Chey, and
5  Blake?
6  A   Right.
7  Q   Does she physically touch the officers?
8  A   No, she didn't.  She just extended her arm,
9  you know, like, "Please."  She's just pleading like,
10  "Please don't do this.  Please don't do this," you
11  know.  I guess just protecting her son.  Mother's
12  intuition.
13  Q   So you're saying she never -- she never
14  touched them, but she tried to intervene with them
15  arresting you?
16  A   They never just fully tried to arrest me.
17  They never stated that they were going to arrest me.
18  She was just trying to defuse the situation because
19  she thought bodily harm was going to come to me.
20  Q   Did they ask her to stop?
21  A   Not more or less -- they was like, "Back
22  up."  But other than that -- but my mom -- that was
23  after the fact.  They was like, "Back up" when my mom
24  got on the phone and was talking about the mayor, and
25  stuff.  They was like, "Back up."

Page 33

1    Q   Did they issue any verbal commands to her?
2    A   Not that I can remember.  I can't just
3  remember vividly.
4    Q   So how did they remove Ms. Leggett from the
5  situation?
6    A   All right.  How -- how it happened, my mom
7  was -- she tried to hop in between us to defuse the
8  situation.  And by that time, she's still on the
9  phone, still got the phone up to her ear with her hand
10  down and like just pleading, like, "Please."  The
11  phone is in her hand, and my grandmother is still on
12  the phone.
13      By that time, my mom -- you know, Chey and
14  Blake -- because I'm still standing in my yard with my
15  hands and my legs sprawled out.  And I'm like just,
16  you know, hands to the sky, more or less.  Like, I'm
17  not doing anything.  I'm not moving.
18      My mom was -- was on the phone, and she was
19  telling my grandma who to call, or whatever.  And Chey
20  tried to come, I guess -- I don't know what he tried
21  to do to her, but I guess he tried to arrest her.  And
22  he pushed -- he shoved and pushed her first.  And when
23  he shoved and pushed her, I seen my mom trip like over
24  a step.  She tripped over the step, and she -- her
25  head hit the lawnmower.  And, like, she still had a

Page 34

1  grip on her phone, and stuff, but her head hit the
2  lawnmower.  And when it hit the lawnmower, Blake is
3  still standing in front of me, and I see Blake.  But
4  at that time I see him with, like, a gun.  I'm not
5  sure if it's a taser or a gun.  I just see something
6  pointed, and it's aimed at my head.  And that's most
7  of the reason why I didn't move.
8      And I seen my mom fall.  And once I seen my
9  mom fall, and she hit her head.  And once she hit her
10  head, then he tased, like he shot the taser at her,
11  and it hit her in the hand.  And when it hit her, I'm
12  reacting because I seen my mom fall.  I'm just
13  reacting, and I'm like, "Mom."  You know what I'm
14  saying?  I ain't move two -- like 2 or 3 inches.  And
15  I just see the gun or taser, or whatever, just like
16  deliberately drop, you know, towards my waistband
17  area.  And I got shot in the scrotum, and my shirt was
18  attached to my genitals, and I couldn't -- I couldn't
19  get up.  I couldn't move.  And by that time, I'm on
20  the ground shaking like a rag doll, pleading to God.
21      And that's -- that's -- I see them taking my
22  mom to the -- to a patrol car.  But at that point I'm
23  just -- I'm in so much pain, I can't just be aware of
24  what's going on.  Like, I'm shaking crazy on the
25  ground.  It was very, very painful.

Page 35

1    Q   Okay.  So let me back up a little bit.  Let
2  me back up a little bit.  So you said Chey went to go
3  and do -- and what did he do to your mom?
4    A   Chey -- Chey pushed, like he shoved -- he
5  shoved my mom.  And she -- when she fell, she tripped
6  over like a step, and her head hit the lawnmower, and
7  she was also tased in the hand.
8    Q   What was -- what was -- was Chey saying
9  anything to her?
10    A   At that point, I can't just fully remember
11  because Blake was in my face, standing in front of my
12  face, saying something to me at the time.
13    Q   Were you on the ground with Blake, or were
14  you standing up?
15    A   At first I was standing up before my mom
16  fell.  But once my mom fell and was tased, Chey tased
17  my mom, and Blake tased me in the genitals.  So we
18  both were on the ground at the same time.
19    Q   So Chey pointed the taser at your mother,
20  correct?
21    A   Correct.
22    Q   And what happened after?  It shot prongs
23  out?
24    A   Yes.  It shot prongs out into her hand.
25    Q   Okay.  And how long did he tase her; do you

Page 36

1  know?
2    A   I'm not sure because at the same time
3  simultaneously as Chey tased my mom, Blake tased me.
4  It was no longer than two or three seconds after it
5  happened.  And I couldn't tell how long he tased us,
6  but I know for a fact when I was on the ground, I felt
7  watts, tons of watts, and it was extremely painful,
8  excruciating pain.
9    Q   So when Chey deployed the taser, did he warn
10  your mom?  Did he say, "Tased"?
11    A   No, I didn't hear none of that.
12    Q   So what happened -- your mom gets tased.
13  Let me rephrase.
14    A   Yes.
15    Q   Blake turns around immediately after your
16  mom is tased and tases you?
17    A   No.  Blake already initially had the taser
18  on me.  He never took it off of me.
19    Q   Okay.  Did he -- go ahead.
20    A   Ma'am?
21    Q   Where did he aim it?
22    A   He aimed it at my head initially at first.
23  When I was looking at him eye to eye, he had the taser
24  aimed at my head.
25    Q   How far away was he?

Page 37

1    A   No less than 5 yards.
2    Q   Do you know how far away Chey was from your
3 mother?
4    A   I would say about the same, about 3 to
5 5 yards.
6    Q   Okay.  So at what point did Blake deploy the
7 taser for you?
8    A   Immediately after my mom was tased.  When
9 she was tased, it like -- it, like -- simultaneously
10 it happened to me right after.  Like right after I
11 seen her, like, fall and hit her head on the ground
12 and get tased, I got tased.  It was like that.
13   Q   Do you know how long you were tased?
14   A   No, ma'am.  I can -- I cannot say how long.
15 But I can tell you it was over 20 something seconds,
16 like he was just -- like he had his hand -- like his
17 finger, his trigger finger, laid on the trigger.  And
18 I was just laying there shaking like a rag doll, and I
19 felt several watts in my genitals and extremely
20 painful.  I can't explain to you how painful it was.
21   Q   So he tased you one time for 20 seconds?
22   A   I guess.  I feel so.  But I don't know how
23 many times you can tase somebody with a taser in them.
24 So I don't know how that works.
25   Q   Okay.  Do you think you only got tased once?

Page 38

1    A   I think, but it can't be for sure.  Like, no
2 one knows, I guess.
3    Q   Okay.  Did he warn you before he tased you?
4    A   No, ma'am.  He had it pointed at my head.
5    Q   So once he tased you, did you fall over?
6    A   Immediately.  It went through my shirt, and
7 my shirt was pinned to my scrotum.  Every time I tried
8 to get up I'm like a hunch man.  I can't move because
9 it is fish hooks attached to the pins in the taser,
10 and it's pulling my flesh.  It's pulling ligaments and
11 flesh every time I move.  And so I'm screaming and
12 hollering and pleading to God.
13   Q   Okay.
14   A   And the whole time --
15   Q   I didn't mean to cut you off.  Go ahead.
16   A   No, you're fine.  I was finished.
17   Q   When you fell, did you hit your head at all
18 or hurt yourself?
19   A   I fell face forward.  It was grass out
20 there, so I couldn't just say I injured myself from
21 the fall.  But there -- there shaking on the ground
22 going through that was unbearable.  And I'm just like
23 I'm reliving it.
24   Q   So what happened next?
25   A   When that happened, Chey had done came --

Page 39

1 like when that had happened and Chey had done tased my
2 mom and Blake had done tased me, I'm on the ground
3 initially.  I'm still shaking.  And Blake got the
4 taser in his hand.
5        I -- I hear Chey say something about
6 putting -- putting her in the squad car, which he's
7 referring to my mom.  But Chey didn't put her in the
8 squad car.  Blake -- like, Blake put my mom in his
9 squad car, and Chey came and -- had his taser and just
10 put like his knee in my back to where I couldn't move,
11 but I'm already pinned down, and I've got pins in me.
12 So I'm feeling all of it.  And, like, his knee is,
13 like, in between my shoulder blades, and you know, it
14 is hard to breathe like that.  I can't breathe like
15 that.  And, plus, I've got pins in me.
16   Q   Did he put the handcuffs on you at that
17 point?
18   A   No, ma'am, not at that point he didn't.
19   Q   Okay.  Were you ever put in handcuffs?
20   A   Yes, I was.
21   Q   When?
22   A   Before the arrival of the other deputies and
23 the arrival of the ambulance.
24   Q   Okay.  What about your mom?  When was she
25 put in handcuffs?

Page 40

1    A   I guess immediately after she was tased, and
2 she was put in the squad car.
3    Q   Okay.  So what was Selena doing this whole
4 time?
5    A   She was there on the phone with the
6 dispatch, telling them that we need some more officers
7 on the scene because what they're doing is unlawful,
8 and it can't be right.  I'm not sure if you have the
9 dispatch recording.  But it was -- it is -- it is
10 hectic.  It is a lot going on.  You can tell that.
11   Q   So was she still on the porch the whole
12 time?
13   A   She was by the ground beside me at that
14 point, telling them to get back, "Get off him,"
15 because I couldn't breathe.  My face is already bent
16 down in the grass, and I've got pins in me.  And when
17 Chey came and put his knees in my back and my mom was
18 in the squad car, like him and Blake had done came to
19 try to, you know -- I guess try to subdue me, or
20 something, just trying to keep me pressed down, or
21 whatever.  But they just -- they just had like their
22 knees on me, like they putting their knees in my back,
23 and stuff, on my side, and stuff.
24   Q   Did she try to push them off?
25   A   She ain't try to push them, but she telling

Page 41

1 them like, "Get back. Y'all can't do that. You need
2 some more cops out here" and just using foul language.
3 "This ain't right. This some BS," you know.
4    Q    Did she try to put her hands in their face,
5 or anything?
6    A    No, not once. She didn't do that.
7    Q    Okay. How long in total was this whole
8 incident, would you say?
9    A    Man, I can say this incident lasted a total
10 of 45 to 50 minutes, probably something like that,
11 around in there, including the ride to the hospital
12 and being in the hospital. You know, it was a long
13 experience.
14    Q    Okay. When did the other police officers
15 arrive?
16    A    They arrived after everything was more or
17 less said and done, after my mom was in the cop car,
18 after I had handcuffs on me and still laid down on the
19 ground with the pins in me because they couldn't move
20 me. They couldn't move me.
21    Q    Do you know what officers are there or how
22 many?
23    A    There was three officers. I don't know
24 their names specifically. But I know for a fact all
25 three of the officers knew me because of my football

Page 42

1 career, because they all said my name, like stating my
2 name when they came on the scene.
3    Q    Okay. Prior to you getting tased, did the
4 officers ever ask you to put your hands behind your
5 back?
6    A    No, ma'am. They never -- they never just
7 initially tried to detain me or tried to come straight
8 forth and say that I'm under arrest or I'm being
9 detained for this.
10    Q    And they never tried to put handcuffs on
11 you?
12    A    Until after the point, until everything
13 escalated and got to where it was.
14    Q    Okay. So the only witnesses to this
15 incident were you, Selena, your mom, and Chey, and
16 Blake, correct?
17    A    Also I called -- I had some people -- like,
18 I called people on the phone. I called my old
19 football coach from Pearl River, Monticelly, I called
20 him. Shelby Rogers also was on the phone, had done
21 heard parts of it.
22    Q    Is your football -- I'm sorry. Go ahead.
23    A    And at that time that was more or less it,
24 besides my grandmother hearing -- you know, hearing
25 parts of the situation.

Page 43

1    Q    When did you have time to call these people?
2    A    When -- like, my girlfriend did it at the
3 time, because she -- she was -- she was around me at
4 the time. And that was -- I think that was after I
5 had done got tased, and I was on the ground, and I'm
6 telling her -- because she had my phone. And I'm
7 telling her to call David Hogan, call anybody,
8 somebody that know us, that really just know us that
9 really help us because this is crazy.
10    Q    What were you saying to David Hogan?
11    A    He -- he never answered the phone. I called
12 him. I called him because I played football with his
13 son, and he sponsored my team championship, and we --
14 I knew him. But he didn't answer the phone. So I
15 tried to call him. He didn't answer the phone. I
16 tried to call another coach. He never answered the
17 phone. But the two that did was Monticelly and Shelby
18 Rogers.
19    Q    What did you say to Monticelly?
20    A    More or less like that -- that I need help.
21 You know what I'm saying? "Coach, you're going to
22 have to help me, Coach. They down here trying to hurt
23 me, you know, do something bad to me, Coach."
24        The whole time being at Pearl River he was
25 the coach that was over the running backs and my

Page 44

1 position coach. So we had a really good connection.
2 And he tried to do everything that he could possibly
3 do to help me.
4    Q    Okay. How long was that conversation?
5    A    The conversation was fairly short. It
6 wasn't -- wasn't no longer than like 40 seconds. It
7 happened real quick conversation.
8    Q    What did Monticelly say?
9    A    He say, "All right." Because who I'm trying
10 to tell him to call was like another coach, you know,
11 that knew my family real well.
12    Q    Uh-huh.
13    A    You know, and he -- he just said, "I'll try
14 to. I'm going to get right on it." And it was early
15 in the morning at the time, and, you know, everybody
16 be...
17    Q    So -- okay. So Monticelly, what's his first
18 name; do you know?
19    A    Mack. Mack Monticelly.
20    Q    And he works at Pearl River?
21    A    He was there at that time. I think now he's
22 still in Mississippi at a high school somewhere
23 coaching.
24    Q    Okay. And Shelby Rogers, that was a boy.
25 You got on the phone with him?

Page 45

1    A   Yes.  He -- he was the owner of my property
2  that we lease.
3    Q   What did he say?  Or what did you say to
4  him?
5    A   More or less, I -- I'm trying to remember
6  what I said to him because I -- I said a lot.  I'm
7  talking to him, and it was also a short conversation,
8  but I said a lot.  And it was more or less like, "I
9  need -- I need some assistance.  You know, Forrest
10  County down here doing this and this about my dogs."
11  And he -- he is an attorney himself.  So he just tried
12  to help me the best way he could.
13    Q   Okay.  And what did he say to you?
14    A   He -- too much -- he didn't have too much to
15  say about it.  He was just more or less about his
16  property to make sure his property was up to -- up to
17  date and just good, make sure nothing was on his part
18  to why they was out there, of being called to his
19  property.  So he was -- he was unaware of it.
20    Q   And you don't know how long this went on,
21  this conversation?
22    A   No, ma'am.  It was fairly short.  It
23  wasn't -- it wasn't long.  And I need you -- I'll tell
24  you again.  I didn't have the phone in my hand.  I'm
25  yelling.  It is on speaker, and I'm yelling.

Page 46

1    Q   What are the dogs doing at this point?  Are
2  they barking?
3    A   Oh, yes, the whole -- the whole time, like,
4  the dogs were barking.  And, like, that was the kind
5  of weird part because he told me to take my dogs off
6  the chain.  And once I did take my dogs off the
7  chain -- I think that was Officer Chey -- my dog --
8  because he was yelling and getting hostile with me the
9  whole time.  And my dogs are loving animals.  And one
10  of them started growling.  And he aimed the taser
11  towards like at my dog.  He aimed the taser at my dog
12  as if he was going to shoot my dog with the taser.
13    Q   Did he tase the dog?
14    A   I don't know if he shot the taser or not,
15  but my dog started off running as if he tried to shoot
16  her.
17    Q   Okay.  Was the dog biting or nipping at
18  them?
19    A   The going wasn't biting.  But if -- you
20  know, I'm their owner.  Me and Selena are their
21  owners.  So the fact that you've got a hostile tone,
22  you know, and just taking a rough approach, of course,
23  any animal will be hostile or be protective over their
24  owner.  Who wouldn't?  Like, what animal wouldn't?
25    Q   Okay -- I'm sorry.

Page 47

1    A   They didn't -- they didn't bite.  They
2  didn't bite.  They didn't try to attack.  They just
3  barked.  And when they barked, they didn't like that,
4  the fact that my dogs were barking at them while they
5  was trying to do what they were doing.
6    Q   Were they growling?
7    A   No, they weren't -- they weren't growling.
8  But they was there, like, barking at them.  Because
9  the whole time they was -- they was like getting rough
10  with me, that's -- that's when the dogs started to
11  bark.  And when he was yelling and doing all of the
12  other stuff, that's when the dog started to get a
13  little aggressive.
14    Q   Who owns the dogs?
15    A   Me and Selena.  They're our dogs initially,
16  both.
17    Q   You're both the owners?
18    A   Yeah.  Well, we just -- we just cleared up
19  this fact, if -- if we happen to break up, who takes
20  the dogs.  And she said she would take the dogs, so
21  that's heartbroken if she took my dogs.
22    Q   So there are only two dogs, correct?
23    A   Right.
24       MS. SMITH:  So let me see if I have
25  anything else.  I do have an exhibit, and I got it on

Page 48

1  late Friday, Daniel, so I didn't send it to you.  I'm
2  going to have to re-supplement my discovery.
3       MR. WAIDE:  What is it?
4       MS. SMITH:  Sorry.  I didn't -- I got
5  it late Friday, so I never supplemented.  Amanda, can
6  you show -- they're the affidavits that were filled
7  out in the justice court.  So you might have seen them
8  already.
9       MR. WAIDE:  Yeah, we've got those.
10       MS. SMITH:  Nineteen.
11  MS. SMITH:  (Continuing.)
12    Q   So, Darious, can you see -- can you see
13  that, or is it hard?
14    A   Yes, ma'am, I can see it.
15    Q   Okay.  Can you --
16       MR. WAIDE:  Let me give him a printed
17  version so -- he might can see a little better on a
18  printed version.
19       MS. SMITH:  Okay, that's fine.  You can
20  give him a printed version.
21       MR. WAIDE:  Okay.
22  MS. SMITH:  (Continuing.)
23    Q   Do you see -- and it looks like Deputy
24  Sumrall filled out this affidavit.  Can you see what
25  he wrote on the first one?

Page 49

1  A   Yes, ma'am.  He wrote, "Disorderly conduct."
2  Q   Okay.  And it says that -- it looks like it
3  says, "Mr. Leggett stepped in Deputy Sumrall's face
4  when he asked him to provide proof that the dog had
5  food."  Is that right?
6  A   No, that is not right.
7  Q   So you never stepped in his face?
8  A   Yeah, I didn't step in his face like the way
9  that he worded it on this paper.  I didn't --
10  Q   What does that mean, the way he worded it?
11  What did you do instead?
12  A   He worded it on this paper as if I stepped
13  in his face like as if it was a confrontation.  But,
14  yes, we made contact.  And I did show him the dog food
15  bucket.  I did do that.
16  Q   But you weren't yelling at each other?
17  A   I wasn't yelling.  I wasn't yelling.  He had
18  a hostile tone from the beginning.  I repeat.
19  Q   Okay.  You weren't cursing at him, though?
20  A   Not -- not at that point, because I
21  wasn't -- I wasn't aggravated or agitated at that
22  point.
23  Q   Okay.  And then it says, "Deputy Sumrall
24  commanded Mr. Leggett to place his hands behind his
25  back, at which point he refused."

Page 50

1  A   Never.  He did not say that once.
2  Q   Okay.  Okay.  Let me see.  So at what point
3  did the ambulance arrive?
4  A   The ambulance arrived after the sheriffs
5  arrived.  There were three other sheriffs arrived on
6  the scene, and I think one of them is supposed to be a
7  supervisor, a captain of some sort.  But when the
8  ambulance arrived, they -- they basically told them
9  that there is nothing that they can do here, that he
10  has to go to the hospital.
11  And on the hospital ride to the ambulance,
12  one of the -- the ambulance workers, the one that be
13  on the back of the van, or whatever, I'm talking to
14  him, and he -- he, more or less, telling me, like,
15  "How -- how can you get tased in this area
16  deliberately if you sprawled out and your chest is
17  open and your arms is open?  There is no way you
18  should get hit in your genitals."  Because at this
19  point I'm crying.  I'm crying because I'm in so much
20  pain, and I'm trying to talk to him, and I can't move.
21  He's trying to get me up to walk and put me on the
22  stretcher.  But I can't even roll over to get on the
23  stretcher.  Like, it was bad.
24  Q   So you are saying you can't talk?
25  A   Right.  Like, I could talk, but I couldn't,

Page 51

1  like, walk.  I couldn't walk.  That's what I meant to
2  say.  I couldn't walk.  It was hard for me to move.
3  Q   Okay.  Well, where did the ambulance take
4  you?
5  A   They took me to Forrest General Hospital.
6  Q   Okay.  And what happened there?
7  A   When I was at Forrest General Hospital, I
8  spent the majority of my day there.  I was in there
9  for about three to five hours.  They was telling my
10  family that I wasn't -- I never arrived at Forrest --
11  Forrest General.  They trying to say I was getting
12  booked in at Forrest County, giving my family the
13  runaround.  But the whole time I was at Forrest
14  General under a little thing to where I couldn't call
15  nobody.  And it was a police in front of my door.
16  They had me handcuffed to my bed.
17  And there were several nurses that came in
18  to get, I guess, a pen on my situation.  And the
19  woman -- the woman that walked in the first time
20  actually seen me, she was like, "Oh, my God" and like,
21  "I can't -- you know, these have to be, you know,
22  possibly surgically removed, you know, because ain't
23  no way I can possibly do this."  So that's why I was
24  in the hospital for some hours there.
25  Q   When you said there is a police -- you said

Page 52

1  there is a police officer at your bedside?
2  A   Yes.  There were officers -- Officer Chey.
3  He didn't leave.
4  Q   Chey was there?
5  A   Chey was there.  And he was there saying he
6  apologized for the situation, how everything
7  escalated, "I'm sorry.  I never meant for none of this
8  to happen.  I never intentionally meant for you to get
9  hurt.  We was just there for the welfare of your dog.
10  I'm so sorry.  I never knew that you and Blake knew
11  each other.  I ain't knew y'all had past history."
12  Because the whole time we was out there Blake was
13  just -- he was talking, and we was just, you know,
14  bringing up some things.
15  And I recently had a friend, a dear friend
16  of mine, both of ours, he passed away.  And he was
17  talking about that, and it was a very sensitive
18  subject.  But, you know, besides the point with that,
19  it got -- it got real emotional.
20  Q   Well, let me -- I'm sorry.  Go ahead.
21  A   No, you're fine.
22  Q   Let me ask you.  You're saying you were
23  talking to Blake during the incident?
24  A   Yes, afterwards, like after I had done got
25  tased.  I'm on the ground.  I'm, like, on the ground,

Page 53

1  and I'm telling them, like I'm pleading, but I'm
2  talking to him at the same time.  As I'm talking to
3  God, I'm talking to Blake.  And I'm telling him, like,
4  "Man, I don't have no hatred in my heart towards you,
5  man.  I don't have no matters towards you, bro.  Like,
6  I forgive you."
7     Q   You forgive him for the incident?
8     A   Yes.  Immediately after it happened I told
9  him, "I forgive you.  A lot of people make mistakes.
10  You know, things happen.  Everything escalated."  But
11  at the time it was -- he was making remarks about my
12  friend, Corey.
13    Q   Did you have a history with Blake?
14    A   We played on the same football team.  He was
15  my -- he was my fullback.  I was his running back.  We
16  were on the state championship together in 2013 for
17  Forrest County, the first state championship to ever
18  happen out there.  So it was a historical moment.  We
19  had a little history like that.
20        But other than, like, just meeting each
21  other at practice and seeing each other at practice
22  and like that, that's it.  I ain't never had no
23  outside relations with him besides school.
24    Q   But did you have any animosity towards him?
25    A   Not really.  I can't say I never really had

Page 54

1  any animosity towards him, you know, me personally.
2  I'm a loving guy.  I'm cool.  Anybody knows that.  So
3  I don't -- I don't hold no grudges, or nothing like
4  that.  Try not to.
5     Q   Before the incident, is what I mean.
6     A   Oh, no, ma'am.  I honestly worked with
7  Blake.  Blake's brothers, his siblings, I worked with
8  his siblings before.  So I ain't had no problem with
9  Blake.
10    Q   Okay.  So let's go forward to the hospital.
11  Did you have to have a surgery to remove the taser
12  prongs?
13    A   They -- they debated about surgery.  I was
14  sitting in there for about three to five hours.  But,
15  luckily, there was no surgery done.  They're just --
16  they came in and tried to do it, I guess, as quickly
17  as possible and just tried to, you know, defuse the
18  situation because my people was looking for me, and
19  they can get in trouble saying that they don't have
20  nobody there.
21    Q   So Forrest General told your family that you
22  weren't there?
23    A   Yes.
24    Q   Why?
25    A   I don't know.  They told my family I wasn't

Page 55

1  there.  And my girlfriend called down there to the
2  jailhouse at Forrest -- Forrest County, and they said
3  I was being processed, and they never could tell her
4  anything.  They was giving her the runaround the whole
5  day.  That's how I wasn't able to go to William Carey
6  and take my finals.  I had to withdraw from school
7  because of this incident because my GPA had done
8  dropped so severely because of my finals.  And I had
9  to do something.
10    Q   How many finals did you have that day?
11    A   That day I had three.
12    Q   They let you take three finals that day?
13    A   Yes, because it was -- I was taking, like,
14  close to about 18 credits at that time because I was
15  trying to build up my GPA to go play football for the
16  Jacksonville Gamecocks in Alabama, in Birmingham,
17  Alabama.
18        And I was more or less finished and, like,
19  in the process of completing it.  But I think that day
20  I had like a business midterm, one in, like, New
21  Testament, religion.  And I happened to miss all of
22  those, and they wouldn't let me remake my final.
23    Q   William Carey wouldn't let you retake it,
24  even though you were in the hospital?
25    A   Yeah.  I guess the way their school policy

Page 56

1  is set up, I think they're a privately owned school,
2  so they do things differently.
3     Q   What was your GPA before?
4     A   Before, it was like 2.9.  2.9.  Almost a
5  3.0.
6     Q   And you couldn't just drop the classes?
7     A   It was the point of the final exam was the
8  last day -- like before then was like a week or two
9  before you're able to drop your classes.  So, like, it
10  wasn't no way possible for me to ever drop the class.
11  I had already passed the deadline to drop the classes.
12    Q   Right.  So they -- but they're letting you
13  take three exams a day.  I just -- I'm just asking
14  because, when I was in school, they wouldn't let you
15  take that many.
16    A   Well, it was -- it was one -- it was like --
17  it was spaced -- it was spaced out.  It wasn't like
18  all at one time.  Like, I had one like at -- like at
19  nine-ish, ten, and I had one at, like, 1 o'clock, and
20  my last one was like close to two.
21    Q   How long did it take to get from your house
22  to the school?
23    A   From my house to the school, it takes at
24  least 20, 25 minutes, depending on, you know, the
25  traffic.

Page 57

1   Q   So if you had one at 9 o'clock, you weren't
2   on the way to go to your exam?
3   A   I would have been -- I would have been on
4   the way.  But with the incident that had done
5   happened, I couldn't go.  I'm telling the officers, as
6   I'm on the ground, tasers in my genitals, "I have an
7   exam at William Carey that I have to attend, and I
8   can't miss it."
9   Q   Okay.  So when you -- you're at the
10  hospital.  You never go under anesthesia to get the
11  prongs out, correct?
12  A   Correct.
13  Q   And they just remove it with local
14  anesthetic?
15  A   I believe so.  I'm not really sure how they
16  did it, local anesthetics, or what.  I just know they
17  tried to numb the area to where I couldn't feel the
18  pain to where, you know, I couldn't just initially
19  feel it if they -- if they -- at first, if you yank or
20  tug or pull, it was extremely bad, and it was there.
21  I'm screaming.  I'm screaming because it hurt so bad.
22  Q   How many prongs?  Is it one prong or two?
23  A   It was two prongs.
24  Q   Okay.  And are they right next to each
25  other?

Page 58

1   A   It was one like directly on my scrotum, like
2   my shaft.  And my other one was like -- it was a prong
3   in my shaft, in my scrotum.  It was my scrotum.
4   Q   Were they both in there?  I'm just trying to
5   figure it out.
6   A   It was one there, in there, and it was
7   pinned like through my shirt, and it had -- you know,
8   had me bent over real bad.  And the other was -- it
9   went through the side, but it was like 2 inches away
10  from my sack.  And that was painful as well.
11  Q   Did Forrest General look at any other
12  injuries for you?
13  A   No, ma'am, they didn't.  Honestly, I feel
14  like they just tried to rush me out of there because
15  of the situation.
16  Q   Did you have any other injuries?
17  A   Not -- not at that time.  But I did go back,
18  and I did see -- follow up with the doctors.  What had
19  me scared, for the most part, is being able to bear
20  kids.  And I still haven't been able to get that just
21  done because, when I called the doctors, it was a
22  specialist type of person you have to see, and it is
23  $250 advance notice when you got up there to even get
24  checked, or something like that.  You've got to pay
25  $250 up front, and I didn't have it.

Page 59

1       So now still to this day, I don't know
2   whether, you know, I can have kids or bear seeds or
3   not, and that's -- that's what frightened me the most.
4   Q   Who was the doctor that you were going to
5   see?
6   A   They didn't -- they didn't necessarily --
7   they referred me to a doctor.  I can't remember the
8   name, off the back.  But if I have the paperwork, it
9   should be on the paperwork.  But they just referred me
10  to the doctor, and that's what they said to see.
11  Q   Is that the only follow-up that you had?
12  A   No, ma'am.  I had several follow-ups.  I
13  went back to the ER two or three times because of the
14  pain.
15  Q   Okay.  Do you have any medical records of
16  that?
17  A   I believe so.  I think so.  I'm pretty sure
18  I do because I have the medical records of the
19  incident.
20  Q   Okay.  Because I'm just saying I didn't -- I
21  don't have those.
22  A   Okay.
23  Q   So are you aware of any other problems from
24  the injury?
25  A   Besides like me having nerve issues in my

Page 60

1   leg, you know, because my leg just jumps periodically,
2   and I have, you know, I guess, nerve damage, or
3   whatever.  But it was kind of hard for me to get back
4   into the groove of things because I was a football
5   player.  I'm an athlete.  And I run a lot.  And I use
6   my lower half of my body, majority -- 90 percent of
7   the time.  So it was hard trying to run and build up
8   that confidence you need.
9   Q   Were you not able to run after this injury?
10  A   No, ma'am, I wasn't.  I was sore.  I
11  couldn't run.  I couldn't move.  It was hard for me to
12  urinate.
13  Q   Okay.  How long?
14  A   The pain lasted -- the pain lasted for about
15  a month, almost a month and a half, before I can
16  completely not just feel it anymore, but just tolerate
17  it.
18  Q   Okay.  In your complaint, you said you
19  suffered mental anguish.  Have you seen any doctors
20  for that?
21  A   What is mental anguish?
22  Q   Have you seen like a therapist?
23  A   No, ma'am.  I haven't -- I haven't seen no
24  therapist.  I haven't been in no rehab, or nothing.
25  Q   Okay.  Do you know what you were charged

Page 61

1 with?
2    A    On this affidavit in front of me it says I
3 was charged with disorderly conduct and resisting
4 arrest.
5    Q    Were you ever given any sort of citation?
6    A    Deputy Chey Sumrall gave me an affidavit, I
7 think, right before the doctor came in to remove the
8 prongs.  Because the whole time he was in there he was
9 apologizing for the situation and how it escalated.
10 And he -- he was just showing his remorse and how
11 sorry he was for what happened and how it took place
12 and showing his empathy.
13    Q    Do you know if you were charged with animal
14 cruelty too?
15    A    No, ma'am.  I don't know if I was charged
16 with that.  But I think Deputy Blake had done wrote
17 something about that, about my girlfriend, and she
18 wasn't aware of that.
19    Q    So you were given a citation, though, right?
20    A    Yeah.  I was given disorderly conduct and
21 resisting arrest and an affidavit.
22    Q    Did you ever appear in court for these
23 charges?
24    A    Yes, ma'am.
25    Q    When?

Page 62

1    A    What was the date?
2    Q    It is just from your memory.  If you don't
3 know --
4    A    I can't tell you exactly.
5    Q    Okay.  Was it a few months later?
6    A    After -- after the situation, yes.
7    Q    Okay.  Do you know what came about?  What
8 were the charges?  What was the dispensation?
9    A    We was -- we was cleared of the charges.
10 From my understanding, we were cleared of the charges.
11 And we -- we went through to file a civil suit.
12    Q    Okay.  All three charges or all two charges?
13    A    Yes.  We completed -- we beat all three
14 charges, all of the charges.
15    Q    Okay.  How long were you in the hospital?  I
16 forgot to ask.
17    A    I was in the hospital the majority of that
18 day, that whole day.  I was in -- that whole morning.
19 I didn't get out of the hospital until about four that
20 evening, and the incident happened at eight that
21 morning.
22    Q    You got out the same day, though?
23    A    Yes.
24    Q    Did you ever go to jail after you went to
25 the hospital?

Page 63

1    A    No, ma'am.  They never took me to jail.
2 That's why I figured they got me to sign this
3 affidavit.
4    Q    So you were never put in the Forrest County
5 Jail?
6    A    Yes.  They were trying to prevent from doing
7 that.
8    Q    What do you mean?
9    A    I guess from the situation severely of me
10 having to go to the hospital for the treatment that I
11 had to get done, I guess for me to go back to jail
12 would be, I guess, unlawful to an extent.  Because
13 they wasn't trying to push it.
14          When I say Officer Chey Sumrall was
15 apologetic and he got a call over his walkie-talkie
16 thing, and they were telling him what to do.  So he --
17 he wrote out an affidavit, and he asked me to sign it,
18 and he was more or less being apologetic.  Because at
19 first I couldn't call out -- I couldn't call out to my
20 parents, my girlfriend.  They would hide my room
21 number.  And after he left and gave me the affidavit,
22 then they let me call my folks.  But at first, Forrest
23 General would not let me call my people.
24    Q    Okay.  So did he mention that you were post
25 arrested?

Page 64

1    A    No.  He didn't mention none of that.  He
2 just said, "Hey, can you sign this for me?  I need you
3 to sign this affidavit for me, man.  I'm not going to
4 take you to jail."  That's what he said, "I'm not
5 going to take you to the jail."
6    Q    Okay.  Was Selena given a citation?
7    A    No, ma'am, not until the day we had to go to
8 court, she was first aware she had charges against
9 her.
10    Q    Okay.  So you don't know if she was post
11 arrested?
12    A    No.
13          MS. SMITH:  Let me see.  I'm trying to
14 find something.  Bear with me.
15          (Brief pause.)
16          MS. SMITH:  Amanda, can you pull up
17 the -- it's called "Arrest Report."  This is Exhibit
18 C, correct?
19          COURT REPORTER:  Does it have a "C" on
20 it?
21          MS. SMITH:  No, it doesn't.  I'm just
22 going to go -- the first one, which is the radio call,
23 is going to be Exhibit A.  And then Exhibit B we're
24 going to do the affidavits, and this will be Exhibit
25 C.

Page 65

1    COURT REPORTER: Can we do numbers
2  instead of A,B, C?
3    MS. SMITH: Yes.
4    (DOCUMENTS MARKED AS EXHIBIT NOS. 1
5    THROUGH 3 AND ATTACHED.)
6  MS. SMITH: (Continuing.)
7    Q   Darious, can you see -- it is page -- the
8  Bates label is 6.  Do you have it in front of you?
9  Have you seen this before, Darious?
10   A   Yes, I believe so.
11   Q   Have you had a chance to read it?
12   A   Yes, ma'am.
13   Q   And do you know what it is?
14   A   I guess this is referring to my dogs.
15   Q   It's a narrative by Blake Bass about the
16  incident.
17   A   No, I never seen this.
18   Q   Okay.  Do you want to take a minute to read
19  it?
20   A   No.  That's fine.  We can go through it.
21   Q   Okay.  So if you look on here, it says
22  that -- at the very bottom, it says, "Both
23  subjects --" and he's talking about you and your
24  mother "-- were arrested for disorderly conduct,
25  failure to comply, and resisting arrest."  It says,

Page 66

1  "Mr. Leggett was transported to Forrest General, and
2  he was post arrested."
3    Does that sound right?
4    A   I guess that sounds right, but that is not
5  accurate.  That's not how it happened.
6    Q   He never told you you were being post
7  arrested?
8    A   No, ma'am.  He never told us not once that
9  we was being post arrested.
10   Q   And then at the very bottom paragraph it
11  says, "Ms. Howard was also post arrested for simple
12  cruelty to dogs."
13   A   Nope.  Never knew that, ma'am.
14   Q   But it sounds like you were all post
15  arrested or arrested.
16   A   Well, this is what I'm saying, like it
17  wasn't to our knowledge.  We wasn't aware of that, if
18  we was post arrested or not.  Like, they didn't make
19  that known.  They didn't make that clear.
20   Q   But would you disagree with me that you were
21  all arrested or post arrested?
22   A   I disagree that -- I wasn't post arrested.
23   Q   Well, you were given a citation?
24   A   Well, that was after the fact.
25   Q   So you would disagree that you weren't all

Page 67

1  post arrested or arrested?
2    A   Not -- not -- not lawfully.  Unlawfully,
3  yes.
4    Q   Okay.  But you were still post arrested, and
5  so was Selena, correct?
6    A   No.
7    Q   Why not?
8    A   Because that's not how it happened.
9    MS. SMITH: I can't hear you.
10   MR. WAIDE: I just don't think
11  Mr. Leggett understands those terms.
12   MS. SMITH: Okay.  But I just showed
13  him the exhibit, and that's what it says.  And I'm
14  asking if he disagrees with me.
15  MS. SMITH: (Continuing.)
16   Q   And you disagree, correct?
17   A   Yeah, I disagree.
18   Q   Okay.  But you agree that you were all
19  charged with something?
20   A   After the fact.  They came -- they came up
21  with that after the fact.  Selena didn't know she had
22  charges in her name until after the court date.  Like
23  when we went to court that day for our charges for the
24  disorderly conduct and resisting arrest, that's when
25  she found out she had something written in her name.

Page 68

1    And by law, unlawfully, Blake Bass cannot do
2  that.  How can you write a warrant for someone and not
3  tell them about it or not give it to a judge?
4    Q   Well, she had charges, so he must have given
5  it to somebody.
6    A   No.  When -- Pamela was the attorney.
7  Pamela told Blake Bass herself, "Why would you write
8  charges on a person and not give it to a judge or not
9  see it through?"
10   Q   Well, let's go back and look at the
11  affidavits.  She was charged because affidavits were
12  all dated the same day, Exhibit 2, correct?
13   A   Ma'am?
14   Q   In Exhibit 2, the affidavits that I showed
15  you earlier --
16   A   Okay.
17   Q   -- they're all dated on September 27th,
18  correct?
19   A   If that's -- yes, if that's what you see.
20   Q   These affidavits?
21   A   Right.  Yes.
22   Q   Are you looking at them?
23   A   Yes, ma'am.
24   Q   Okay.  Are they all dated on the same day?
25   A   I believe so.

Page 69

1    Q   Okay.  So were you-all charged on the same
2  day?
3    A   I'm not -- I'm not sure.  I think so.  I'm
4  not -- I don't know.  I know for a fact when we showed
5  up to court, he had some charges written out in her
6  name, and they had to throw it out because he didn't
7  give it to a judge, and he didn't go about it -- like,
8  how can you write some charges on somebody and have
9  them pending?
10   Q   But you just said she had charges, correct?
11   A   No.  The charges that he wrote out on her
12 was not accurate, like they had to throw that out
13 because he didn't -- he didn't tell nobody that he did
14 that, that he wrote charges on her.
15   Q   So regardless if they're accurate or not,
16 she was still charged with something, correct?
17   A   No, she wasn't.
18   Q   Just yes or no.
19   A   No, she wasn't charged.  We beat the
20 charges.
21   Q   But that was the dispensation of them.  They
22 were dismissed, correct?
23   A   We beat the charges, yes.
24   Q   So they were dismissed?
25   A   Okay.

Page 70

1    Q   So she was not convicted, correct?
2    A   No.  We beat the charges.
3    Q   But she was still charged?
4    A   That's what I'm saying.  I guess, yes.
5    Q   Okay.  Thank you.  So have you had any other
6  run-ins with Forrest County deputies?
7    A   Yes.  After that incident, I had done went
8  through a roadblock, and Officer Blake Bass was there,
9  Officer Wesley Cook -- I think that's his name -- was
10 there.  And they were all just more or less giving me
11 a hard time.  They pulled me and my girlfriend out of
12 the vehicle, searched our vehicle.  They never
13 searched nobody else.  They were just pulling out
14 their IDs and checking IDs and letting people go.
15     But when it came to us, they pulled us to
16 the side, checked my vehicle, checked me up under my
17 scrotum, and everything else.  And I was more or less
18 edgy because I don't trust police now.  Like, I can't.
19 Honestly, I feel like my life is in danger, like it's
20 threatened every time I leave my house or get into my
21 car.
22     And the whole time the officers asking me,
23 "Why?  Why you so fidgety?  Why you so shaky?"
24     And I'm like, "Because we just previously
25 had a run-in with an officer where he tased me in my

Page 71

1  genitals.  To be honest, I don't trust none of you
2  guys right now.  I'm sceptical.  Let's be honest.  I'm
3  sceptical.  Y'all didn't have no search warrant to
4  really just -- probable cause to search my vehicle."
5  At that time they were just harassing me, giving me a
6  hard time.
7    Q   But you're not making any claims in this
8  lawsuit about that, correct?
9    A   No.  But I just wanted you to be aware of
10 that.
11   Q   Yeah.  That's fine.  But prior to this
12 incident, have you had any run-ins with Forrest County
13 deputies?
14   A   No, ma'am.  My name -- I never had a thing
15 on a traffic ticket against my name, let alone a
16 felony or anything else.
17   Q   So you've never accused any other officers
18 of excessive force?
19   A   No.
20   Q   Okay.  Have you spoken with Sheriff McGee
21 about this arrest?
22   A   No, I haven't.
23   Q   Have you spoken with any other Forrest
24 County employee about this?
25   A   No, I haven't.

Page 72

1    Q   And was that the only time that you've seen
2  the deputies after this?
3    A   No, ma'am.  It was several times.  I live in
4  the area, so they patrol my area a lot often.  We run
5  into them at the Dollar General, at the Sunflower, at
6  any place you can think of.  And I get dirty looks, I
7  get dirty stares.  You know, it was several times we
8  got blued.
9    Q   Have you ever spoken with them about it,
10 anything?
11   A   I'm pretty sure they're aware.  It was one
12 officer that told me that they don't condone the
13 actions of Blake and Chey, that they act like that
14 they are high schoolers and just got out of patrol
15 school.
16   Q   I'm talking about Chey and Blake.  Have you
17 ever spoken with them about this?
18   A   No, ma'am.  I'm obligated not to discuss
19 this with anybody other than my attorney.
20   Q   Okay.  And have you been convicted of any
21 other crimes?
22   A   No, ma'am.  I'm a college student.
23   Q   Well, I know.  I'm just -- I have to ask you
24 all of these questions.
25   A   You're fine.  I'm just letting you know.

Page 73

1  I've never been convicted. I've never been charged
2  with no crime or no heinous crime. I'm an upworthy
3  citizen.
4     Q   Okay. I just have a few more questions.
5  And I just want to ask you -- is he saying something?
6     A   No, ma'am. I'm listening.
7     Q   No, I was asking if Daniel said something.
8  I can't hear him.
9         Just a few quick questions. After you were
10 tased, what did Blake do with the taser?
11    A   What Blake did with the taser? He handed
12 the taser to Chey, and Blake put my mom in his squad
13 car.
14    Q   Did they unplug the prongs?
15    A   No. They had it attached to the gun the
16 whole time. That's why I'm like -- that's why I'm
17 like I don't know how many times I got tased. I'm on
18 the ground just shaking. I'm unaware. I don't know.
19    Q   So you went to the hospital with the taser?
20    A   In me.
21    Q   With prongs in you?
22    A   Yeah, the prongs in me. They had the prongs
23 in me. They had to undo the cords on the scene when
24 they arrived. But the whole time before the ambulance
25 ever showed up, the prongs was in me. The cords were

Page 74

1  still attached to the gun, and everything.
2     Q   Are you saying while you were on the ground
3  they kept tasing you?
4     A   While I'm on the ground, I'm still shaking.
5  I never stopped shaking.
6     Q   Okay.
7     A   I never -- I never stopped shaking.
8     Q   You think they only tased you once?
9     A   I don't know. Like, I just feel watts. It
10 never stopped. Like, the pain never stopped. I still
11 felt it. I don't know how many times he laid his hand
12 on that trigger. I know for a fact that you can --
13 you can tase a person, and you can hold that tase.
14 You can hold that watt. I know for that -- I know for
15 that fact.
16    Q   You think at that point he did?
17    A   I believe so.
18    Q   Okay. So did he -- once all of this was
19 over with, did he unhook the prongs, or did you go to
20 the hospital with the taser gun?
21    A   Like when they arrived, the people from the
22 ambulance came and unhooked the wiring from the gun, I
23 guess. And they tried to roll me over and tried to
24 cradle me over onto the stretcher because I was unable
25 to walk. Like, I clearly couldn't walk.

Page 75

1     Q   Did you see what Chey did with his taser?
2     A   No, ma'am. No, ma'am.
3     Q   Okay. All right. In your discovery
4  responses, it says you have some photos in your
5  iCloud. What are they?
6     A   It was pictures of my scrotum. And
7  initially I told Daniel Waide I didn't want that to be
8  a part of the exhibit because I didn't want my scrotum
9  to be displayed. But, at the same time, I had -- I
10 had an iPhone. I got a new phone. It went to my
11 iCloud, and I tried to get it to get the pictures just
12 so Daniel Waide could have them, and I couldn't access
13 my pictures. I couldn't get to them.
14    Q   That's all that is in there, though?
15    A   Yes, ma'am. And the picture just showed the
16 swelling and the indentions and where it left the
17 marks and the bruises.
18        MS. SMITH: Give me one second, and let
19 me see if I have any other questions, if you don't
20 mind.
21        MR. WAIDE: Can we take a two-minute
22 break?
23        MS. SMITH: Yeah. Let's take a break,
24 and I'll just look and see. I might -- I might be
25 done. Can we go off the record, Amanda?

Page 76

1         (Off the record.)
2         MS. SMITH: I don't have any more
3  questions, Darious.
4         MR. WAIDE: Wait a second. I don't
5  have any questions. I don't know if Mary Lee --
6  doesn't she represent Chey Sumrall?
7         MS. HOLMES: I do. But, no, Christina
8  covered everything that I was going to go through, so
9  I feel good there. So we can move on.
10        MR. WAIDE: All right.
11        (WHEREUPON, THE DEPOSITION WAS
12        CONCLUDED AT APPROXIMATELY 11:08 a.m.)

Darious Leggett

Page 77

```
 1
 2              CERTIFICATE OF REPORTER
 3
 4      I, AMANDA WOOTTON, Court Reporter and Notary
 5 Public for the State of Mississippi, do hereby certify
 6 that the above and foregoing pages contain a full,
 7 true and correct transcript of the proceedings had in
 8 the aforenamed case at the time and place indicated,
 9 which proceedings were recorded by me to the best of
10 my skill and ability.
11      I also certify that I placed the witness under
12 oath to tell the truth and that all answers were given
13 under that oath.
14      I certify that I have no interest, monetary or
15 otherwise, in the outcome of this case.
16           This the 30th day of April 2020.
17
18
19
20
21
22                  AMANDA M. WOOTTON
23 My Commission Expires:
24 December 15, 2022
25
```

Page 78

```
 1              CERTIFICATE OF DEPONENT
 2
 3
 4      I,_____, do hereby
 5 certify that the foregoing testimony is true and
 6 accurate to the best of my knowledge and belief, as
 7 originally transcribed, or with the changes as noted
 8 on the attached Correction Sheet.
 9
10
11
12
13
14
15
16
17
18      Subscribed and sworn to before me
19 this the _____ day of _____, 2020.
20
21           _____
22               Notary Public
23
24 My Commission Expires:
25
```

Page 79

```
 1              CORRECTION SHEET
 2
 3      I,_____, do hereby
 4 certify that the following corrections and additions
 5 are true and accurate to the best of my knowledge and
 6 belief.
 7
 8 CORRECTION      PAGE      LINE      REASON
 9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17
18
19
20      Subscribed and sworn to before me
   this the _____ day of _____, 2020.
21
22
23           _____
24 My Commission Expires:        Notary Public
25
```

Selena Howard, et al. v
Forrest County, et al.

Darious Leggett

## $

**$250 (2)**
58:23,25

## A

**AB (1)**
65:2
**able (8)**
11:20;20:2;21:10;
55:5;56:9;58:19,20;
60:9
**access (1)**
75:12
**accurate (3)**
66:5;69:12,15
**accused (1)**
71:17
**act (1)**
72:13
**actions (1)**
72:13
**actually (2)**
24:23;51:20
**added (1)**
24:8
**address (3)**
8:19,21;20:25
**advance (1)**
58:23
**affidavit (8)**
48:24;61:2,6,21;
63:3,17,21;64:3
**affidavits (6)**
48:6;64:24;68:11,11,
14,20
**afterwards (1)**
52:24
**again (3)**
12:1;21:13;45:24
**against (2)**
64:8;71:15
**aggravated (1)**
49:21
**aggressive (2)**
28:24;47:13
**agitated (1)**
49:21
**agree (1)**
67:18
**ahead (5)**
6:9;36:19;38:15;
42:22;52:20
**ahold (1)**
31:7
**aim (1)**
36:21
**aimed (5)**
34:6;36:22,24;46:10,
11
**ain't (10)**

22:9;24:11;31:21;
34:14;40:25;41:3;
51:22;52:11;53:22;
54:8
**Alabama (2)**
55:16,17
**almost (4)**
16:18,20;56:4;60:15
**alone (1)**
71:15
**always (2)**
25:23,24
**Amanda (3)**
48:5;64:16;75:25
**ambulance (10)**
29:13;39:23;50:3,4,
8,11,12;51:3;73:24;
74:22
**anesthesia (1)**
57:10
**anesthetic (1)**
57:14
**anesthetics (1)**
57:16
**anguish (2)**
60:19,21
**Animal (5)**
19:13;27:4;46:23,24;
61:13
**animals (3)**
25:12,25;46:9
**animosity (2)**
53:24;54:1
**answered (2)**
43:11,16
**anymore (1)**
60:16
**apologetic (2)**
63:15,18
**apologized (1)**
52:6
**apologizing (1)**
61:9
**appear (1)**
61:22
**approach (2)**
13:6;46:22
**APPROXIMATELY (1)**
76:12
**April (1)**
6:24
**area (14)**
8:19;10:15,16;13:3,
8,23;30:20,22;31:7;
34:17;50:15;57:17;
72:4,4
**argument (1)**
22:12
**arm (2)**
16:1;32:8
**arms (2)**
15:24;50:17
**around (10)**

12:15;13:7;23:21,25;
24:1,4;26:25;36:15;
41:11;43:3
**arrest (15)**
16:8;17:9;29:10,11,
15;32:16,17;33:21;
42:8;61:4,21;64:17;
65:25;67:24;71:21
**arrested (20)**
7:16;23:3;30:4,13;
63:25;64:11;65:24;
66:2,7,9,11,15,15,18,
21,21,22;67:1,1,4
**arresting (2)**
30:4;32:15
**arrival (2)**
39:22,23
**arrive (2)**
41:15;50:3
**arrived (8)**
41:16;50:4,5,5,8;
51:10;73:24;74:21
**asleep (1)**
15:24
**assistance (1)**
45:9
**associate's (2)**
7:24;8:5
**assumption (1)**
26:6
**ate (2)**
25:11;26:5
**athlete (1)**
60:5
**attached (5)**
34:18;38:9;65:5;
73:15;74:1
**attack (1)**
47:2
**attend (1)**
57:7
**attended (2)**
7:22,24
**attention (1)**
30:22
**attention-wise (1)**
30:21
**attitude (3)**
21:1;24:11,16
**attorney (4)**
7:9;45:11;68:6;
72:19
**awake (1)**
17:14
**aware (7)**
34:23;59:23;61:18;
64:8;66:17;71:9;72:11
**away (6)**
24:15;27:25;36:25;
37:2;52:16;58:9

## B

bachelor's (2)
7:25;8:8
**back (35)**
12:14,15,16;13:8;
15:17,21;16:10,13;
17:18;21:22;24:9;25:2;
28:12,23;29:25;32:21,
23,25;35:1,2;39:10;
40:14,17,22;41:1;42:5;
49:25;50:13;53:15;
58:17;59:8,13;60:3;
63:11;68:10
**background (1)**
7:19
**backs (1)**
43:25
**bad (5)**
43:23;50:23;57:20,
21;58:8
**bark (1)**
47:11
**barked (2)**
47:3,3
**Barker (1)**
30:25
**barking (4)**
46:2,4;47:4,8
**basically (2)**
21:18;50:8
**Bass (6)**
5:9;8:9;65:15;68:1,
7;70:8
**Bates (4)**
18:20,24;19:9;65:8
**Bear (4)**
18:7;58:19;59:2;
64:14
**beat (4)**
62:13;69:19,23;70:2
**bed (2)**
17:13;51:16
**bedside (1)**
52:1
**beforehand (1)**
7:9
**beginning (3)**
20:21;21:5;49:18
**behind (7)**
13:11,24;14:3;17:1;
27:17;42:4;49:24
**bent (2)**
40:15;58:8
**beside (1)**
40:13
**Besides (8)**
7:9;20:10;22:3,19;
42:24;52:18;53:23;
59:25
**best (1)**
45:12
**better (2)**
6:4;48:17
**big (4)**

13:6;19:4;23:14;
26:24
**Birmingham (1)**
55:16
**birth (1)**
6:23
**bit (4)**
16:16;21:12;35:1,2
**bite (2)**
47:1,2
**biting (2)**
46:17,19
**bitten (1)**
14:20
**bizarre (2)**
18:5;23:7
**blades (1)**
39:13
**Blake (48)**
5:9;8:9,11,15;16:11;
21:12;22:12,24;27:15,
16;28:11;30:7,15,22;
32:5;33:14;34:2,3;
35:11,13,17;36:3,15,
17;37:6;39:2,3,8,8;
40:18;42:16;52:10,12,
23;53:3,13;54:7,9;
61:16;65:15;68:1,7;
70:8;72:13,16;73:10,
11,12
**Blake's (1)**
54:7
**blue (1)**
23:15
**blued (1)**
72:8
**bodily (1)**
32:19
**body (1)**
60:6
**bones (1)**
26:19
**booked (1)**
51:12
**both (9)**
15:1;25:12;27:8;
35:18;47:16,17;52:16;
58:4;65:22
**bottom (3)**
19:9;65:22;66:10
**bowl (1)**
15:5;25:8,9,9
**bowls (4)**
25:6,8,8,11
**boy (1)**
9:8;44:24
**break (6)**
6:6,7;29:24;47:19;
75:22,23
**breathe (3)**
39:14,14;40:15
**Brief (1)**
64:15

**AW REPORTING - 601-573-0961**
**AWREPORTING.COM**

bringing (1)
52:14
bro (1)
53:5
brothers (1)
54:7
brought (1)
25:23
bruises (1)
75:17
BS (1)
41:3
bucket (2)
26:4;49:15
build (2)
55:15;60:7
Bull (1)
14:19
business (1)
55:20
buy (2)
25:14,16

**C**

cabin (9)
13:7;14:2,3,4,5,6;
21:21,24,25
call (20)
6:19;18:4,24;19:13;
30:25,25;33:19;43:1,7,
7,15,16;44:10;51:14;
63:15,19,19,22,23;
64:22
called (13)
18:23;31:6,13;42:17,
18,18,19;43:11,12;
45:18;55:1;58:21;
64:17
calling (2)
30:24,24
calls (2)
18:13;31:12
calm (1)
20:20
came (20)
12:6;15:21;20:14;
25:23;28:12,22;30:8;
38:25;39:9;40:17,18;
42:2;51:17;54:16;61:7;
62:7;67:20,20;70:15;
74:22
can (57)
5:20;6:19;7:18;
12:21,22;17:20;18:7,9,
11,17;19:6,19,21;
22:16,21;23:2,16,16;
24:5,6,14;29:4;33:2;
37:14,15,23;40:10;
41:9;48:5,12,12,14,15,
17,19,24;50:9,15;
51:23;54:19;59:2;
60:15;64:2,16;65:1,7,

20;68:2;69:8;72:6;
74:12,13,13,14;75:21,
25;76:9
captain (1)
50:7
car (11)
17:10;29:13;34:22;
39:6,8,9;40:2,18;
41:17;70:21;73:13
care (1)
27:5
career (1)
42:1
Carey (5)
11:10,15;55:5,23;
57:7
cars (2)
17:2;21:14
case (1)
27:5
cause (1)
71:4
cemetery (2)
12:4;13:17
chain (10)
14:12;15:3,4;22:6,6;
23:1,22,23;46:6,7
chained (1)
22:13
championship (3)
43:13;53:16,17
chance (1)
65:11
charged (11)
60:25;61:3,13,15;
67:19;68:11;69:1,16,
19;70:3;73:1
charges (21)
61:23;62:8,9,10,12,
12,14,14;64:8;67:22,
23;68:4,8;69:5,8,10,11,
14,20,23;70:2
checked (3)
58:24;70:16,16
checking (1)
70:14
chest (1)
50:16
Chey (48)
5:9;8:9,11;16:11;
21:5,7,11,12;22:12,24,
24;27:18;28:13;29:5,
10,22;30:22;31:10;
32:4;33:13,19;35:2,4,4,
8,16,19;36:3,9;37:2;
38:25;39:1,5,7,9;
40:17;42:15;46:7;52:2,
4,5;61:6;63:14;72:13,
16;73:12;75:1;76:6
chicken (2)
10:21,22
chiming (2)
21:12;22:25

Christina (3)
5:8;19:25;76:7
citation (4)
61:5,19;64:6;66:23
citizen (1)
73:3
civil (2)
7:14;62:11
claims (1)
71:7
clarify (1)
9:15
class (3)
15:12,15;56:10
classes (4)
11:19;56:6,9,11
clear (1)
66:19
cleared (3)
47:18;62:9,10
clearly (1)
74:25
close (2)
55:14;56:20
coach (8)
42:19;43:16,21,22,
23,25;44:1,10
coaching (1)
44:23
collar (1)
26:24
College (5)
7:25;8:4,7;25:17;
72:22
coming (2)
12:16;29:25
command (1)
29:15
commanded (1)
49:24
commands (2)
29:6;33:1
comments (1)
23:23
commotion (1)
17:7
Community (1)
8:4
complaint (1)
60:18
completed (1)
62:13
completely (2)
13:21;60:16
completing (1)
55:19
comply (2)
22:7;65:25
CONCLUDED (1)
76:12
condone (1)
72:12
conduct (5)

49:1;61:3,20;65:24;
67:24
confidence (1)
60:8
conform (1)
22:15
confrontation (1)
49:13
connection (1)
44:1
contact (1)
49:14
Continuing (9)
11:1;18:10;19:7,20;
20:7;48:11,22;65:6;
67:15
conversation (6)
21:6;44:4,5,7;45:7,
21
convicted (3)
70:1;72:20;73:1
Cook (1)
70:9
cool (1)
54:2
cop (2)
17:2;41:17
cops (1)
41:2
cords (2)
73:23,25
Corey (1)
53:12
countryside (1)
10:16
county (19)
5:9;7:2,22;8:3,13;
10:14,15;12:16;13:14,
17;31:6;45:10;51:12;
53:17;55:2;63:4;70:6;
71:12,24
couple (6)
12:6,6,12;27:22,24,
25
course (3)
13:1;14:24;46:22
courses (1)
15:16
court (14)
5:20,25;10:23;18:14,
17;20:4;48:7;61:22;
64:8;19;65:1;67:22,23;
69:5
covered (1)
76:8
cradle (1)
74:24
crazy (2)
34:24;43:9
credits (1)
55:14
crime (2)
73:2,2

crimes (1)
72:21
cruelty (2)
61:14;66:12
crying (2)
50:19,19
currently (3)
8:17;10:8,17
cursing (2)
29:2;49:19
cut (1)
38:15

**D**

damage (1)
60:2
danger (1)
70:19
Daniel (5)
18:19;48:1;73:7;
75:7,12
DARIOUS (11)
5:2,8;6:18,19,21;
18:11;19:8;48:12;65:7,
9;76:3
date (7)
6:23;7:4;12:2,5;
45:17;62:1;67:22
dated (3)
68:12,17,24
daughter (1)
9:24
David (2)
43:7,10
day (20)
15:7,22;23:10;51:8;
55:5,10,11,12,19;56:8,
13;59:1;62:18,18,22;
64:7;67:23;68:12,24;
69:2
deadline (1)
56:11
deal (1)
19:4
dear (1)
52:15
debated (1)
54:13
defend (1)
28:21
definitely (2)
20:5;25:11
defuse (6)
29:23;31:22,23;
32:18;33:7;54:17
degree (1)
7:24
deliberately (2)
34:16;50:16
demanding (2)
22:10,20
demands (3)

Selena Howard, et al. v
Forrest County, et al.

Darious Leggett

21:17;22:8;29:9
**depending (1)**
  56:24
**deploy (1)**
  37:6
**deployed (1)**
  36:9
**deposed (2)**
  5:12,17
**deposition (3)**
  5:14;7:8;76:11
**deputies (5)**
  7:2;39:22;70:6;
  71:13;72:2
**Deputy (6)**
  27:13;48:23;49:3,23;
  61:6,16
**describe (2)**
  12:21,22
**Deshawn (1)**
  6:18
**designed (1)**
  21:21
**despite (2)**
  25:22;28:17
**detain (2)**
  29:16,17;42:7
**detained (1)**
  42:9
**differently (1)**
  56:2
**difficult (1)**
  6:14
**diploma (3)**
  7:20,21;8:2
**directly (2)**
  21:24;58:1
**dirt (2)**
  12:25,25
**dirty (2)**
  72:6,7
**disagree (7)**
  7:5,6;66:20,22,25;
  67:16,17
**disagrees (1)**
  67:14
**discovery (2)**
  48:2;75:3
**discuss (1)**
  72:18
**dismissed (2)**
  69:22,24
**Disorderly (5)**
  49:1;61:3,20;65:24;
  67:24
**dispatch (3)**
  31:7;40:6,9
**dispatched (1)**
  19:12
**dispensation (2)**
  62:8;69:21
**displayed (1)**
  75:9

**distance (3)**
  20:3,5;27:16
**Dixie (2)**
  8:19;10:16
**doctor (4)**
  59:4,7,10;61:7
**doctors (3)**
  58:18,21;60:19
**documents (2)**
  7:11;65:4
**dog (38)**
  14:11,24;15:2;18:4;
  22:22;23:1,4,14,15,16,
  16,19,19,24;24:1,10,
  12,14,14,15;25:5,9,24;
  26:2,4,22;28:22;46:7,
  11,11,12,13,15,17;
  47:12;49:4,14;52:9
**dogs (46)**
  14:10,17,18;15:4;
  20:14,15;22:5,13,16,
  16,17,20,20;23:6,10,
  10,11,21;25:3;26:5,6,8,
  13,13,14,14,15,15,17;
  27:8;45:10;46:1,4,5,6,
  9;47:4,10,14,15,20,20,
  21,22;65:14;66:12
**doll (1)**
  34:20;37:18
**Dollar (1)**
  72:5
**done (22)**
  7:7;12:6;15:23;
  20:25;29:22;31:9;
  38:25;39:1,2;40:18;
  41:17;42:20;43:5;
  52:24;54:15;55:7;57:4;
  58:21;61:16;63:11;
  70:7;75:25
**door (8)**
  17:15;24:3,10;27:19;
  28:3,5;29:25;51:15
**down (11)**
  5:21;19:10;28:22;
  33:10;39:11;40:16,20;
  41:18;43:22;45:10;
  55:1
**driveway (7)**
  12:24;13:3,10,11,16;
  15:22;17:3
**drop (6)**
  15:24;34:16;56:6,9,
  10,11
**dropped (3)**
  15:10,13;55:8
**drove (1)**
  12:15
**due (1)**
  11:12
**duly (1)**
  5:3
**during (3)**
  9:19;11:7;52:23

**E**

**ear (1)**
  33:9
**earlier (1)**
  68:15
**early (1)**
  44:14
**eating (1)**
  26:7
**edgy (1)**
  70:18
**educational (1)**
  7:18
**eight (3)**
  16:16;17:23;62:20
**Elk (1)**
  8:19
**Elks (1)**
  12:22
**else (4)**
  47:25;70:13,17;
  71:16
**emotional (1)**
  52:19
**empathy (1)**
  61:12
**employed (1)**
  10:17
**employee (1)**
  71:24
**enough (3)**
  14:14;25:14,16
**entrance (3)**
  27:17,18,20
**ER (1)**
  59:13
**escalate (1)**
  22:9
**escalated (4)**
  42:13;52:7;53:10;
  61:9
**even (3)**
  50:22;55:24;58:23
**evening (1)**
  62:20
**everybody (1)**
  44:15
**exactly (1)**
  62:4
**exam (3)**
  56:7;57:2,7
**EXAMINATION (1)**
  5:7
**examined (1)**
  5:4
**exams (2)**
  11:19;56:13
**excessive (1)**
  71:18
**excruciating (1)**
  36:8

**exhibit (11)**
  18:6;47:25;64:17,23,
  23,24;65:4;67:13;
  68:12,14;75:8
**experience (1)**
  41:13
**experts (1)**
  26:10
**explain (1)**
  37:20
**extended (1)**
  32:8
**extent (1)**
  63:12
**extremely (3)**
  36:7;37:19;57:20
**eye (2)**
  36:23,23

**F**

**face (12)**
  21:16;28:25;30:23;
  35:11,12;38:19;40:15;
  41:4;49:3,7,8,13
**facing (1)**
  13:19
**fact (13)**
  11:18;32:23;36:6;
  41:24;46:21;47:4,19;
  66:24;67:20,21;69:4;
  74:12,15
**factor (1)**
  27:7
**factory (1)**
  10:21
**failure (1)**
  65:25
**fairly (2)**
  44:5;45:22
**fall (8)**
  30:17;31:11;34:8,9,
  12;37:11;38:5,21
**family (8)**
  10:10,12;25:24;
  44:11;51:10,12;54:21,
  25
**far (2)**
  36:25;37:2
**fed (2)**
  23:11;26:7
**feed (5)**
  23:9,10,10;24:13,15
**feel (8)**
  37:22;57:17,19;
  58:13;60:16;70:19;
  74:9;76:9
**feeling (1)**
  39:12
**fell (6)**
  30:19;35:5,16,16;
  38:17,19
**felony (1)**

**71:16**
**felt (3)**
  36:6;37:19;74:11
**few (4)**
  5:10;62:5;73:4,9
**fidgety (1)**
  70:23
**field (1)**
  13:6
**figure (1)**
  58:5
**figured (1)**
  63:2
**file (1)**
  62:11
**filled (2)**
  48:6,24
**final (4)**
  8:1;11:19;55:22;
  56:7
**finals (6)**
  11:11,25;55:6,8,10,
  12
**find (2)**
  18:7;64:14
**fine (8)**
  6:20;32:1;38:16;
  48:19;52:21;65:20;
  71:11;72:25
**finger (2)**
  37:17,17
**finished (2)**
  38:16;55:18
**first (13)**
  5:3;33:22;35:15;
  36:22;44:17;48:25;
  51:19;53:17;57:19;
  63:19,22;64:8,22
**fish (1)**
  38:9
**five (7)**
  8:25;10:4;12:14;
  16:21;19:10;51:9;
  54:14
**fix (1)**
  22:4
**fixing (1)**
  24:2
**flesh (2)**
  38:10,11
**folks (1)**
  63:22
**follow (1)**
  58:18
**follows (1)**
  5:4
**follow-up (1)**
  59:11
**follow-ups (1)**
  59:12
**food (27)**
  14:25;15:2,5;23:14,
  15,16,17,19,19,24;

Darious Leggett

24:1,10,12,14;25:5,9,
10,14,16,24;26:2,4;
27:11;28:13,22;49:5,
14
**football (8)**
8:13;41:25;42:19,22;
43:12;53:14;55:15;
60:4
**force (1)**
71:18
**forgive (3)**
53:6,7,9
**forgot (1)**
62:16
**form (2)**
19:16,18
**former (1)**
8:12
**Forrest (26)**
7:1,22;8:3,13;10:14,
15;12:16;31:6;45:9;
51:5,7,10,11,12,13;
53:17;54:21;55:2,2;
58:11;63:4,22;66:1;
70:6;71:12,23
**forth (1)**
42:8
**forward (2)**
38:19;54:10
**foul (2)**
29:4;41:2
**found (1)**
67:25
**four (2)**
19:10;62:19
**Friday (2)**
48:1,5
**friend (3)**
52:15,15;53:12
**friends (1)**
25:24
**frightened (1)**
59:3
**front (16)**
14:3,5;21:9,15,16,18,
18,20,22,24;34:3;
35:11;51:15;58:25;
61:2;65:8
**full (1)**
6:16
**fullback (1)**
53:15
**fully (2)**
32:16;35:10
**fur (1)**
26:20

## G

**Gamecocks (1)**
55:16
**gave (2)**
61:6;63:21

**GD (1)**
23:19
**GED (3)**
7:19;15:11,15
**General (9)**
51:5,7,11,14;54:21;
58:11;63:23;66:1;72:5
**genitals (4)**
34:18;35:17;37:19;
50:18;57:6;71:1
**gets (1)**
36:12
**girlfriend (9)**
9:11,12,16;15:9;
43:2;55:1;61:17;63:20;
70:11
**given (6)**
61:5,19,20;64:6;
66:23;68:4
**giving (5)**
21:16;51:12;55:4;
70:10;71:5
**God (4)**
34:20;38:12;51:20;
53:3
**goes (1)**
19:1
**good (3)**
44:1;45:17;76:9
**GPA (3)**
55:7,15;56:3
**grab (2)**
29:8;30:2
**grabbing (2)**
29:8;30:1
**graduated (2)**
7:21,23
**grandad (1)**
25:23
**grandma (6)**
30:24,24,25;31:5,6;
33:19
**grandmother (4)**
31:12,13;33:11;
42:24
**grass (3)**
21:8;38:19;40:16
**gravel (2)**
12:25;13:16
**graveyard (4)**
12:7,10;13:9,11
**grew (2)**
26:23,24
**grip (1)**
34:1
**groove (1)**
60:4
**ground (19)**
28:8;29:12;34:20,25;
35:13,18;36:6;37:11;
38:21;39:2;40:13;
41:19;43:5;52:25,25;
57:6;73:18;74:2,4

**growing (1)**
26:24
**growling (3)**
46:10;47:6,7
**grudges (1)**
54:3
**guess (20)**
20:19;30:8;32:11;
33:20,21;37:22;38:2;
40:1,19;51:18;54:16;
55:25;60:2;63:9,11,12;
65:14;66:4;70:4;74:23
**gun (7)**
34:4,5,15;73:15;
74:1,20,22
**guy (1)**
54:2
**guys (3)**
12:12;23:11;71:2

## H

**half (3)**
12:23;60:6,15
**hand (9)**
33:9,11;34:11;35:7,
24;37:16;39:4;45:24;
74:11
**handcuffed (1)**
51:16
**handcuffs (5)**
39:16,19,25;41:18;
42:10
**handed (1)**
73:11
**hands (8)**
28:20;30:3,9;33:15,
16;41:4;42:4;49:24
**happen (4)**
47:19;52:8;53:10,18
**happened (20)**
10:7;11:11;15:20;
33:6;35:22;36:5,12;
37:10;38:24,25;39:1;
44:7;51:6;53:8;55:21;
57:5;61:11;62:20;66:5;
67:8
**happens (1)**
30:18
**harassing (1)**
71:5
**hard (8)**
39:14;48:13;51:2;
60:3,7,11;70:11;71:6
**harm (1)**
32:19
**hatred (1)**
53:4
**Hattiesburg (1)**
8:18
**head (11)**
33:25;34:1,6,9,10;
35:6;36:22,24;37:11;

38:4,17
**heads (1)**
5:22
**healing (1)**
27:6
**hear (9)**
16:4,7,7;20:1,2;
36:11;39:5;67:9;73:8
**heard (6)**
17:5,6,6,7,8;42:21
**hearing (2)**
42:24,24
**heart (1)**
53:4
**heartbroken (1)**
47:21
**hectic (1)**
40:10
**heinous (1)**
73:2
**help (8)**
30:8;31:1,3;43:9,20,
22;44:3;45:12
**helped (2)**
25:23,25
**Hens (4)**
10:21,25;11:2,3
**herself (1)**
68:7
**Hey (3)**
5:8;18:19;64:2
**hide (1)**
63:20
**high (7)**
7:19,21,22;8:2,15;
44:22;72:14
**himself (1)**
45:11
**historical (1)**
53:18
**history (3)**
52:11;53:13,19
**hit (11)**
33:25;34:1,2,9,9,11,
11;35:6;37:11;38:17;
50:18
**Hogan (2)**
43:7,10
**hold (4)**
14:14;54:3;74:13,14
**holds (1)**
23:15
**hollering (1)**
38:12
**HOLMES (1)**
76:7
**home (6)**
15:21;16:14,21;21:2;
24:2,5
**honest (1)**
18:2;24:7;71:1,2
**Honestly (4)**
11:9;54:6;58:13;

70:19
**hooks (1)**
38:9
**hop (1)**
33:7
**hospital (18)**
11:21;41:11,12;
50:10,11;51:5,7,24;
54:10;55:24;57:10;
62:15,17,19,25;63:10;
73:19;74:20
**hostile (7)**
20:20;21:1;23:20;
46:8,21,23;49:18
**hours (3)**
51:9,24;54:14
**house (18)**
13:6,12,19,25;14:25;
15:2,8,18,23;16:2,2,3;
26:2,3;27:13;56:21,23;
70:20
**hovering (1)**
23:22
**Howard (5)**
9:15,22,23;18:24;
66:11
**Howard's (1)**
9:21
**humble (2)**
22:8;31:22
**hunch (1)**
38:8
**hunting (1)**
26:13
**hurt (4)**
38:18;43:22;52:9;
57:21

## I

**iCloud (2)**
75:5,11
**IDs (2)**
70:14,14
**illegal (1)**
22:13
**immediately (7)**
16:19,20;36:15;37:8;
38:6;40:1;53:8
**inches (2)**
34:14;58:9
**incident (28)**
7:1,4;8:10,21;9:19;
10:6;11:8,10,13;12:3,
5;13:24;14:1;15:7;
17:14;41:8,9;42:15;
52:23;53:7;54:5;55:7;
57:4;59:19;62:20;
65:16;70:7;71:12
**including (1)**
41:11
**indention (1)**
26:19

Selena Howard, et al. v
Forrest County, et al.

Darious Leggett

**indentions (1)**
75:16
**informed (1)**
11:22
**initially (7)**
36:17,22;39:3;42:7;
47:15;57:18;75:7
**initiated (1)**
21:6
**injured (1)**
38:20
**injuries (2)**
58:12,16
**injury (2)**
59:24;60:9
**inside (1)**
17:2
**instead (2)**
49:11;65:2
**intentionally (1)**
52:8
**interpretation (1)**
24:24
**intervene (2)**
31:17;32:14
**into (11)**
15:22,23;16:2,3;
24:5;27:13;29:13;
35:24;60:4;70:20;72:5
**introduce (1)**
18:7
**intuition (1)**
32:12
**involved (1)**
7:13
**iPhone (1)**
75:10
**Isabella (1)**
10:2
**issue (1)**
33:1
**issues (1)**
59:25

**J**

**Jacksonville (1)**
55:16
**jail (6)**
62:24;63:1,5,11;
64:4,5
**jailhouse (1)**
55:2
**Jewel (1)**
31:15
**job (1)**
25:18
**jobs (1)**
25:18
**judge (3)**
68:3,8;69:7
**jump (2)**
29:19,21

**jumps (1)**
60:1
**justice (1)**
48:7

**K**

**keep (3)**
19:3;26:4;40:20
**kept (2)**
22:20;74:3
**kids (2)**
58:20;59:2
**kind (5)**
5:18;16:5;24:8;46:4;
60:3
**knee (2)**
39:10,12
**knees (3)**
40:17,22,22
**knew (10)**
8:11,14,15;41:25;
43:14;44:11;52:10,10,
11;66:13
**knowledge (1)**
66:17
**known (1)**
66:19
**knows (2)**
38:2;54:2

**L**

**label (3)**
18:24;19:9;65:8
**labeled (1)**
18:20
**Labradors (1)**
14:19
**laid (4)**
17:13;37:17;41:18;
74:11
**Lake (2)**
8:20;12:22
**land (1)**
12:8
**language (3)**
29:3,4;41:2
**lash (1)**
26:25
**last (2)**
56:8,20
**lasted (3)**
41:9;60:14,14
**late (2)**
48:1,5
**lately (1)**
12:17
**later (2)**
18:18;62:5
**law (3)**
22:11,14;68:1
**lawfully (1)**

67:2
**lawnmower (4)**
33:25;34:2,2;35:6
**lawsuit (1)**
71:8
**lawsuits (1)**
7:14
**laying (1)**
37:18
**leaned (1)**
24:19
**lease (1)**
45:2
**leash (7)**
22:14,16,17,21,22;
25:3;27:9
**leasing (1)**
12:8
**least (1)**
56:24
**leave (2)**
52:3;70:20
**Lee (1)**
76:5
**left (5)**
23:12;28:5,6;63:21;
75:16
**leg (2)**
60:1,1
**LEGGETT (8)**
5:2;6:18;31:15;33:4;
49:3,24;66:1;67:11
**legs (1)**
33:15
**lesions (1)**
26:21
**less (24)**
10:16;17:19;20:18;
21:23;22:12,24;27:16;
29:22;30:1;31:18;
32:21;33:16;37:1;
41:17;42:23;43:20;
45:5,8,15;50:14;55:18;
63:18;70:10,17
**letting (3)**
56:12;70:14;72:25
**life (1)**
70:19
**ligaments (1)**
38:10
**liked (1)**
24:7
**line (1)**
13:5
**listening (1)**
73:6
**little (11)**
16:16;21:12;25:21;
26:25,25;35:1,2;47:13;
48:17;51:14;53:19
**live (3)**
8:18;10:14;72:3
**lived (2)**

8:24;9:10
**local (2)**
57:13,16
**located (3)**
11:3;14:10,11
**log (1)**
19:5
**long (16)**
8:24;11:5;12:10;
13:3;35:25;36:5;37:13,
14;41:7,12;44:4;45:20,
23;56:21;60:13;62:15
**longer (2)**
36:4;44:6
**look (10)**
7:11;19:2,6;26:8,14,
17;58:11;65:21;68:10;
75:24
**looked (1)**
27:6
**looking (3)**
36:23;54:18;68:22
**looks (3)**
48:23;49:2;72:6
**lot (7)**
13:7;40:10;45:6,8;
53:9;60:5;72:4
**loud (1)**
5:20;17:9
**loving (2)**
46:9;54:2
**low (1)**
24:15
**lower (1)**
60:6
**luckily (1)**
54:15

**M**

**ma'am (53)**
5:16;6:5,8,10,11,15,
20;7:10,12,17;8:5,8,23;
11:3;14:21;15:6;20:11;
21:8,15;29:7,11,16,18;
36:20;37:14;38:4;
39:18;42:6;45:22;
48:14;49:1;54:6;58:13;
59:12;60:10,23;61:15,
24;63:1;64:7;65:12;
66:8,13;68:13,23;
71:14;72:3,18,22;73:6;
75:2,2,15
**Mack (2)**
44:19,19
**maintenance (1)**
12:17
**majority (3)**
51:8;60:6;62:17
**makes (1)**
6:14
**making (5)**
23:23;26:6;28:13;

53:11;71:7
**male (2)**
16:4,5
**malnourished (2)**
23:6;26:12
**man (5)**
38:8;41:9;53:4,5;
64:3
**many (8)**
14:15;37:23;41:22;
55:10;56:15;57:22;
73:17;74:11
**mark (1)**
26:23
**MARKED (1)**
65:4
**marks (1)**
75:17
**married (1)**
10:8
**Mary (1)**
76:5
**matters (1)**
53:5
**may (1)**
27:6
**mayor (1)**
32:24
**McGee (1)**
71:20
**mean (8)**
13:15;27:20,21;
28:19;38:15;49:10;
54:5;63:8
**meant (3)**
51:1;52:7,8
**medical (2)**
59:15,18
**medication (1)**
6:13
**meeting (1)**
53:20
**memory (1)**
62:2
**mental (2)**
60:19,21
**mention (2)**
63:24;64:1
**midterm (1)**
55:20
**might (4)**
48:7,17;75:24,24
**mile (1)**
12:23
**mind (1)**
75:20
**mine (1)**
52:16
**minute (1)**
65:18
**minutes (4)**
12:14;16:21;41:10;
56:24

**miss (3)**
11:12;55:21;57:8
**Mississippi (7)**
7:24;8:6,18;10:11,
12;22:14;44:22
**mistakes (1)**
53:9
**mixed (1)**
14:19
**mom (48)**
9:12,18;15:10,25;
16:2,8,24;17:7,9;
20:24;24:21;28:1,3;
29:23;30:19,23;31:5,8,
12;32:22,23;33:6,13,
18,23;34:8,9,12,13,22;
35:3,5,15,16,17;36:3,
10,12,16;37:8;39:2,7,8,
24;40:17;41:17;42:15;
73:12
**moment (1)**
53:18
**money (2)**
25:14,16
**month (2)**
60:15,15
**months (2)**
11:6;62:5
**Monticello (6)**
42:19;43:17,19;44:8,
17,19
**more (30)**
10:16;12:10,13;
17:18;20:18;21:23;
22:12,24;27:16;28:10;
29:21;30:1;31:18;
32:21;33:16;40:6;41:2,
16;42:23;43:20;45:5,8,
15;50:14;55:18;63:18;
70:10,17;73:4;76:2
**morning (9)**
11:22;15:8,9;17:23;
18:3;23:11;44:15;
62:18,21
**Moselle (1)**
11:4
**most (3)**
34:6;58:19;59:3
**mother (3)**
35:19;37:3;65:24
**Mother's (1)**
32:11
**move (12)**
34:7,14,19;38:8,11;
39:10;41:19,20;50:20;
51:2;60:11;76:9
**moving (1)**
33:17
**much (10)**
10:15;21:9,17;24:7;
27:22;30:20;34:23;
45:14,14;50:19
**multiple (1)**

15:2
**must (1)**
68:4
**myself (2)**
28:21;38:20

**N**

**name (16)**
5:8;6:16;9:21;10:1,
23;31:14;42:1,2;44:18;
59:8;67:22,25;69:6;
70:9;71:14,15
**names (1)**
41:24
**narrative (1)**
65:15
**necessarily (1)**
59:6
**neck (2)**
26:23;27:1
**need (11)**
6:6;23:3;25:25;40:6;
41:1;43:20;45:9,9,23;
60:8;64:2
**needs (1)**
31:3
**nerve (2)**
59:25;60:2
**New (2)**
55:20;75:10
**next (3)**
25:6;38:24;57:24
**niece (7)**
9:14,23;15:10,23;
16:1,22;17:12
**nine (1)**
9:12
**nine-ish (1)**
56:19
**Nineteen (1)**
48:10
**nipping (1)**
46:17
**nobody (5)**
18:4;15:15;54:20;
69:13;70:13
**nod (1)**
5:22
**nonchalant (1)**
24:11
**none (6)**
26:15;29:1;36:11;
52:7;64:1;71:1
**Nope (1)**
66:13
**normal (1)**
15:22
**normally (2)**
14:11;16:5
**NOS (1)**
65:4
**notice (1)**

58:23
**numb (1)**
57:17
**number (2)**
18:24;63:21
**numbers (1)**
19:1;65:1
**nurses (1)**
51:17

**O**

**oath (2)**
5:4,24
**Object (3)**
19:16,17,18
**objection (2)**
20:2,6
**obligated (1)**
72:18
**occurred (1)**
8:22
**o'clock (3)**
16:17;56:19;57:1
**odd (1)**
29:9
**off (34)**
14:12;15:4,11,13,25;
17:18;20:2,5;21:5,9;
22:6;23:1,21,23;25:3;
27:8;29:19,21;30:10,
11,17,19;31:11;32:2;
36:18;38:15;40:14,24;
46:5,6,15;59:8;75:25;
76:1
**offense (2)**
21:2;22:1
**offered (1)**
26:3
**office (1)**
31:6
**Officer (9)**
28:11;46:7;52:1,2;
63:14;70:8,9,25;72:12
**officers (20)**
11:22;16:7,18;17:4,
16;19:23;20:8;22:2;
26:2;32:7;40:6;41:14,
21,23,25;42:4;52:2;
57:5;70:22;71:17
**official (1)**
31:1
**officials (1)**
31:1
**often (1)**
72:4
**old (4)**
6:21,22;10:3;42:18
**older (3)**
12:6,6,12
**once (12)**
13:5;34:8,9;35:16;
37:25;38:5;41:6;46:6;

50:1;66:8;74:8,18
**one (27)**
16:7;18:7;19:9;
21:11;26:22;31:22;
37:21;38:2;46:9;48:25;
50:6,12,15;55:20;
56:16,18,18,19,20;
57:1,22;58:1,2,6;
64:22;72:11;75:18
**only (8)**
16:5;22:16;37:25;
42:14;47:22;59:11;
72:1;74:8
**onto (3)**
12:6;21:10;74:24
**open (2)**
50:17,17
**opinion (2)**
26:9,9
**ought (2)**
16:8;17:9
**ours (1)**
52:16
**out (38)**
5:20;8:14;14:23;
17:5;20:14;25:12;
26:19,20;28:2;30:3;
33:15;35:23,24;38:19;
41:2;45:18;48:7,24;
50:16;52:12;53:18;
56:17;57:11;58:5,14;
62:19,22;63:17,19,19;
67:25;69:5,6,11,12;
70:11,13;72:14
**outside (12)**
16:3,4,10,24;17:16;
19:24;20:9,23;28:12,
23;30:1;53:23
**over (19)**
12:1;17:14;22:19,25;
23:22;28:11;33:23,24;
35:6;37:15;38:5;43:25;
46:23;50:22;58:8;
63:15;74:19,23,24
**own (1)**
9:5
**owned (1)**
56:1
**owner (4)**
9:4;45:1;46:20,24
**owners (2)**
46:21;47:17
**owns (2)**
9:3;47:14

**P**

**page (3)**
6:25;19:8;65:7
**pain (8)**
34:23;36:8;50:20;
57:18;59:14;60:14,14;
74:10

**painful (5)**
34:25;36:7;37:20,20;
58:10
**Pamela (2)**
68:6,7
**panicking (1)**
30:23
**paper (2)**
49:9,12
**paperwork (3)**
17:21;59:8,9
**paragraph (1)**
66:10
**parents (1)**
63:20
**part (5)**
12:8;45:17;46:5;
58:19;75:8
**parts (2)**
42:21,25
**passed (2)**
52:16;56:11
**past (1)**
52:11
**patch (1)**
25:21
**Patricia (2)**
9:22,23
**Patricia's (1)**
9:24
**patrol (3)**
34:22;72:4,14
**pause (1)**
64:15
**pay (1)**
58:24
**Pearl (7)**
7:23;8:3;15:14,14;
42:19;43:24;44:20
**pen (1)**
51:18
**pending (1)**
69:9
**people (11)**
26:13,13;27:4;42:17,
18;43:1;53:9;54:18;
63:23;70:14;74:21
**percent (1)**
60:6
**periodically (1)**
60:1
**person (3)**
58:22;68:8;74:13
**personally (1)**
54:1
**pertaining (1)**
16:9
**phone (19)**
31:19;32:24;33:9,9,
11,12,18;34:1;40:5;
42:18,20;43:6,11,14,
15,17;44:25;45:24;
75:10

**photos (1)**
75:4
**physically (1)**
32:7
**picture (2)**
14:7;75:15
**pictures (3)**
75:6,11,13
**piles (1)**
25:23
**pine (1)**
13:23
**pinned (1)**
38:7;39:11;58:7
**pins (5)**
38:9;39:11,15;40:16;
41:19
**Pit (1)**
14:19
**place (7)**
11:23;13:24;14:1;
20:25;49:24;61:11;
72:6
**plant (2)**
10:22,24
**play (2)**
23:5;55:15
**played (2)**
8:12;43:12;53:14
**player (1)**
60:5
**pleading (6)**
31:20;32:9;33:10;
34:20;38:12;53:1
**Please (6)**
31:20,20;32:9,10,10;
33:10
**plus (1)**
39:15
**point (24)**
17:19;23:13;25:22;
27:15;29:5,20,22;
31:16;34:22;35:10;
37:6;39:17,18;40:14;
42:12;46:1;49:20,22,
25;50:2,19;52:18;56:7;
74:16
**pointed (1)**
34:6;35:19;38:4
**police (5)**
41:14;51:15,25;52:1;
70:18
**policy (1)**
55:25
**porch (22)**
21:7,10,19,20,22;
27:9,17,18,21,24;28:6,
9,10;29:19,21;30:10,
11,17,19;31:11;32:2;
40:11
**position (1)**
44:1
**possible (2)**
54:17;56:10
**possibly (3)**
44:2;51:22,23
**post (12)**
63:24;64:10;66:2,6,
9,11,14,18,21,22;67:1,
4
**pounds (1)**
23:15
**practice (2)**
53:21,21
**premises (1)**
14:2
**prepare (1)**
7:7
**pressed (1)**
40:20
**Pretty (7)**
10:15;21:9,17;27:22;
30:20;59:17;72:11
**prevent (1)**
63:6
**previously (1)**
70:24
**printed (3)**
48:16,18,20
**prior (4)**
12:3,5;42:3;71:11
**privately (1)**
56:1
**probable (1)**
71:4
**probably (2)**
25:11;41:10
**problem (2)**
22:5;54:8
**problems (1)**
59:23
**process (1)**
55:19
**processed (1)**
55:3
**prong (2)**
57:22;58:2
**prongs (13)**
35:22,24;54:12;
57:11,22,23;61:8;
73:14,21,22,22,25;
74:19
**proof (1)**
49:4
**property (19)**
9:3,4,7;12:4,7,11,17,
21,24;13:1,4;14:1;
16:12;17:19;19:21;16;
45:1,16,16,19
**protecting (1)**
32:11
**protective (1)**
46:23
**provide (1)**
49:4
**provoke (1)**
24:17
**public (1)**
31:1
**pull (3)**
12:24;57:20;64:16
**pulled (7)**
15:22;16:9,18;17:10;
23:12;70:11,15
**pulling (4)**
17:2;38:10,10;70:13
**push (3)**
40:24,25;63:13
**pushed (2)**
31:9;33:22,22,23;
35:4
**put (19)**
14:14;28:20,22;
29:13;30:8;39:7,8,10,
16,19,25;40:2,17;41:4;
42:4,10;50:21;63:4;
73:12
**putting (3)**
39:6,6;40:22

**Q**

**quarter (1)**
12:23
**quick (6)**
5:10,18;19:25;25:2;
44:7;73:9
**quickly (2)**
16:14;54:16

**R**

**radio (4)**
18:13,23;19:5;64:22
**rag (2)**
34:20;37:18
**reacting (2)**
34:12,13
**reaction (1)**
28:18
**read (2)**
65:11,18
**Real (5)**
19:25;44:7,11;52:19;
58:8
**really (12)**
5:10,18,19;16:13;
25:2;43:8,9;44:1;
53:25,25;57:15;71:4
**reason (9)**
17:1,17,20,23,25;
20:10;22:17;29:9;34:7
**recently (7)**
9:6,6;10:4;12:19;
15:10,13;52:15
**record (3)**
6:17;75:25;76:1
**recording (1)**
40:9
**records (2)**
59:15,18
**referred (2)**
59:7,9
**referring (2)**
39:7;65:14
**refused (1)**
49:25
**regardless (1)**
69:15
**rehab (1)**
60:24
**relations (1)**
53:23
**religion (1)**
55:21
**reliving (1)**
38:23
**remake (1)**
55:22
**remarks (2)**
23:2;28:13,16;53:11
**remember (5)**
25:10;33:2,3;35:10;
45:5;59:7
**remorse (1)**
61:10
**remove (4)**
33:4;54:11;57:13;
61:7
**removed (1)**
51:22
**repeat (1)**
49:18
**rephrase (2)**
6:2;36:13
**Report (1)**
64:17
**reporter (7)**
5:20;10:23;18:14,17;
20:4;64:19;65:1
**represent (2)**
5:9;76:6
**reside (1)**
8:17
**resisting (4)**
61:3,21;65:25;67:24
**response (2)**
23:8,9
**responses (1)**
75:4
**re-supplement (1)**
48:2
**retake (1)**
55:23
**ribcage (2)**
26:15,18
**ride (3)**
15:24;41:11;50:11
**right (44)**
5:15;8:16;9:1;12:1,
11,13;14:5;15:19,19;
21:18;22:22;24:5,6,6,
**right (cont.)**
21;27:9,22;28:3,7;
30:22;31:2;32:3,6;
33:6;37:10,10;40:8;
41:3;44:9,14;47:23;
49:5,6;50:25;56:12;
57:24;61:7,19;66:3,4;
68:21;71:2;75:3;76:10
**right-of-way (2)**
13:14,17
**rights (1)**
24:4
**River (7)**
7:23;8:3;15:14,14;
42:19;43:24;44:20
**Road (6)**
8:20;12:22,25;13:1,
16,19
**roadblock (1)**
70:8
**Rogers (4)**
9:4;42:20;43:18;
44:24
**roll (2)**
50:22;74:23
**room (1)**
63:20
**rough (3)**
25:21;46:22;47:9
**rules (1)**
5:18
**run (8)**
26:13,13,14;60:5,7,9,
11;72:4
**runaround (1)**
51:13;55:4
**run-in (1)**
70:25
**run-ins (2)**
70:6;71:12
**running (4)**
24:15;43:25;46:15;
53:15
**rush (1)**
58:14

**S**

**sack (1)**
58:10
**same (13)**
6:25;8:12,21;35:18;
36:2;37:4;53:2,14;
62:22;68:12,24;69:1;
75:9
**saying (21)**
17:11;22:2,5,11;
23:4;28:22;32:13;
34:14;35:8,12;43:10,
21;50:24;52:5,22;
54:19;59:20;66:16;
70:4;73:5;74:2
**scared (1)**
58:19

Case 2:19-cv-00084-KS-MTP   Document 48-5   Filed 05/26/20   Page 29 of 56

Selena Howard, et al. v                                                    Darious Leggett
Forrest County, et al.

**scene (4)**
40:7;42:2;50:6;
73:23
**sceptical (2)**
71:2,3
**school (18)**
7:20,21,22;8:2,14,
15;11:9,14;15:11;
44:22;53:23;55:6,25;
56:1,14,22,23;72:15
**schoolers (1)**
72:14
**screaming (6)**
17:8,8;31:20;38:11;
57:21,21
**scrotum (8)**
34:17;38:7;58:1,3,3;
70:17;75:6,8
**search (2)**
71:3,4
**searched (2)**
70:12,13
**second (3)**
18:8;75:18;76:4
**seconds (4)**
36:4;37:15,21;44:6
**seeds (1)**
59:2
**seeing (2)**
24:22;53:21
**Selena (16)**
9:15,21;16:3,24;
20:16;25:13;28:1,2,8;
40:3;42:15;46:20;
47:15;64:6;67:5,21
**semester (2)**
8:1;11:17
**send (2)**
18:18;48:1
**sensitive (1)**
52:17
**sent (1)**
18:20
**September (4)**
7:2,5;11:25;68:17
**set (1)**
56:1
**seven (1)**
19:10
**several (5)**
37:19;51:17;59:12;
72:3,7
**severely (2)**
55:8;63:9
**shade (2)**
14:25;15:2
**shaded (1)**
15:1
**shaft (2)**
58:2,3
**shake (1)**
5:22
**shaking (9)**

34:20,24;37:18;
38:21;39:3;73:18;74:4,
5,7
**shaky (1)**
70:23
**Shelby (6)**
9:4,5;12:9;42:20;
43:17;44:24
**shelter (1)**
14:22;27:4
**Sheriff (1)**
71:20
**sheriffs (2)**
50:4,5
**sheriff's (1)**
31:6
**shirt (4)**
34:17;38:6,7;58:7
**shoot (2)**
46:12,15
**short (3)**
44:5;45:7,22
**shot (5)**
34:10,17;35:22,24;
46:14
**shoulder (1)**
39:13
**shoved (8)**
29:22;30:10,11;31:9;
33:22,23;35:4,5
**shoving (1)**
30:2
**show (11)**
17:21;18:6;23:3,16,
16,18,19;24:10;26:3;
48:6;49:14
**showed (6)**
28:12;67:12;68:14;
69:4;73:25;75:15
**showing (6)**
26:1,15,18,19;61:10,
12
**siblings (2)**
54:7,8
**side (8)**
14:6;21:22,23;28:5,
6;40:23;58:9;70:16
**sides (1)**
21:22
**sign (4)**
63:2,17;64:2,3
**simple (1)**
66:11
**simultaneously (2)**
36:3;37:9
**sister (4)**
9:14,21;15:11,15
**sit (1)**
24:6
**sitting (1)**
54:14
**situation (20)**
11:11;20:20,25;22:4,

9;24:8;29:24;31:23,23;
32:18;33:5,8;42:25;
51:18;52:6;54:18;
58:15;61:9;62:6;63:9
**six (1)**
19:10
**skinny (2)**
26:8,17
**skip (1)**
19:2
**sky (1)**
33:16
**smart (1)**
23:2
**SMITH (29)**
5:7;11:1;18:9,10,12,
15,19,23;19:2,7,20;
20:7;47:24;48:4,10,11,
19,22;64:13,16,21;
65:3,6;67:9,12,15;
75:18,23;76:2
**sold (1)**
9:7
**somebody (5)**
31:3;37:23;43:8;
68:5;69:8
**someone (1)**
68:2
**sometimes (1)**
5:22
**somewhere (1)**
44:22
**son (2)**
32:11;43:13
**soon (2)**
12:24;13:4
**sore (1)**
60:10
**sorry (10)**
6:9;18:13;31:25;
42:22;46:25;48:4;52:7,
10,20;61:11
**sort (2)**
50:7;61:5
**sound (1)**
66:3
**sounds (2)**
66:4,14
**Southern (4)**
10:21,25;11:2,3
**spaced (2)**
56:17,17
**speaker (1)**
45:25
**specialist (1)**
58:22
**specifically (1)**
41:24
**spent (1)**
51:8
**spoken (2)**
71:20,23;72:9,17
**sponsored (1)**

43:13
**sprawled (3)**
30:3;33:15;50:16
**squad (7)**
29:13;39:6,8,9;40:2,
18;73:12
**standing (9)**
21:8,14;27:24;28:4;
33:14;34:3;35:11,14,
15
**stares (1)**
72:7
**start (1)**
29:2
**started (10)**
5:11;8:8;21:5;24:1;
28:13;29:8;46:10,15;
47:10,12
**starts (1)**
18:25
**state (2)**
53:16,17
**stated (1)**
32:17
**statement (1)**
30:6
**stating (1)**
42:1
**stay (2)**
8:19;12:14
**Stayed (1)**
8:25
**staying (3)**
9:12,18,19
**step (6)**
21:10;24:5;33:24,24;
35:6;49:8
**stepped (3)**
49:3,7,12
**steps (5)**
21:10;24:2;27:21,25,
25
**still (27)**
9:1,5;16:3,24;19:21;
23:23;27:16;30:20,21;
33:8,9,11,14,25;34:3;
39:3;40:11;41:18;
44:22;58:20;59:1;67:4;
69:16;70:3;74:1,4,10
**stop (2)**
31:20;32:20
**stopped (4)**
74:5,7,10,10
**straight (1)**
42:7
**stretcher (3)**
50:22,23;74:24
**strong (1)**
14:14
**student (1)**
72:22
**stuff (6)**
11:21;32:25;34:1;

40:23,23;47:12
**stunt (2)**
16:9;17:10
**subdue (1)**
40:19
**subject (1)**
52:18
**subjects (1)**
65:23
**Subway (1)**
25:18
**suffered (1)**
60:19
**suggest (1)**
26:1
**suit (1)**
62:11
**Sumrall (10)**
5:9;8:10,11;21:6;
27:13;48:24;49:23;
61:6;63:14;76:6
**Sumrall's (1)**
49:3
**Sunflower (1)**
72:5
**supervisor (1)**
50:7
**supplemented (1)**
48:5
**supposed (1)**
50:6
**sure (11)**
5:22;34:5;36:2;38:1;
40:8;45:16,17;57:15;
59:17;69:3;72:11
**surgery (3)**
54:11,13,15
**surgically (1)**
51:22
**surrounded (2)**
13:2,22
**swelling (1)**
75:16
**swing (3)**
24:17,21;28:19
**sworn (2)**
5:3,25

**T**

**talk (7)**
7:1,9;12:2;21:1;
50:20,24,25
**talking (18)**
16:4;17:5;20:24;
21:11;26:5,5;31:5;
32:24;45:7;50:13;
52:13,17,23;53:2,2,3;
65:23;72:16
**targeted (1)**
20:18
**tase (5)**
35:25;37:23;46:13;

74:13,13
**tased (33)**
29:12;31:9;34:10;
35:7,16,16,17;36:3,3,5,
10,12,16;37:8,9,12,12,
13,21,25;38:3,5;39:1,2;
40:1;42:3;43:5;50:15;
52:25;70:25;73:10,17;
74:8
**taser (23)**
34:5,10,15;35:19;
36:9,17,23;37:7,23;
38:9;39:4,9;46:10,11,
12,14;54:11;73:10,11,
12,19;74:20;75:1
**tasers (1)**
57:6
**tases (1)**
36:16
**tasing (1)**
74:3
**team (3)**
8:13;43:13;53:14
**teammates (1)**
8:12
**telling (14)**
23:13;30:25;33:19;
40:6,14,25;43:6,7;
50:14;51:9;53:1,3;
57:5;63:16
**ten (1)**
56:19
**terms (1)**
67:11
**Testament (1)**
55:21
**testified (1)**
5:4
**testimony (1)**
5:25
**therapist (2)**
60:22,24
**Thomas (1)**
10:2
**though (7)**
9:1;13:20;49:19;
55:24;61:19;62:22;
75:14
**thought (1)**
32:19
**threatened (1)**
70:20
**three (17)**
10:6;11:6;12:14;
19:10;30:9;36:4;41:23,
25;50:5;51:9;54:14;
55:11,12;56:13;59:13;
62:12,13
**threshold (4)**
24:3,10;28:4;29:25
**throw (2)**
69:6,12
**ticket (1)**

71:15
**tied (1)**
14:22
**times (6)**
37:23;59:13;72:3,7;
73:17;74:11
**Toby (1)**
30:25
**today (3)**
6:13;7:1,8
**together (1)**
53:16
**told (17)**
12:9;12:20:12,13;
23:9,24;24:4;46:5;
50:8;53:8;54:21,25;
66:6,8;68:7;72:12;75:7
**tolerate (1)**
60:16
**tone (3)**
17:9;46:21;49:18
**tons (1)**
36:7
**took (8)**
14:1;20:25;22:1;
36:18;47:21;51:5;
61:11;63:1
**top (1)**
19:10
**tore (1)**
22:17
**total (2)**
41:7,9
**touch (1)**
32:7
**touched (1)**
32:14
**toward (1)**
27:18
**towards (12)**
20:18;23:20;24:2;
28:11;29:6,8;34:16;
46:11;53:4,5,24;54:1
**to-wit (1)**
5:5
**traffic (2)**
56:25;71:15
**trail (1)**
13:8
**trailing (1)**
16:25
**transported (1)**
66:1
**trash (1)**
22:18
**treatment (1)**
63:10
**tree (1)**
22:14
**trees (4)**
13:23;14:12,13;15:1
**Trent (1)**
6:18

**trial (1)**
26:10
**tried (27)**
27:14;29:14,16,17;
30:7;32:14,16;33:7,20,
20,21;38:7;42:7,7,10;
43:15,16;44:2;45:11;
46:15;54:16,17;57:17;
58:14;74:23,23;75:11
**tries (1)**
32:4
**trigger (3)**
37:17,17;74:12
**trimester (1)**
11:24
**trimesters (1)**
11:18
**trip (1)**
33:23
**tripped (2)**
33:24;35:5
**trouble (1)**
54:19
**trust (2)**
70:18;71:1
**truthfully (1)**
6:1
**try (14)**
6:4;12:4;21:1;28:23;
31:16,23;40:19,19,24,
25;41:4;44:13;47:2;
54:4
**trying (31)**
14:7;22:7,7,8,15;
23:5;24:16,17;28:19,
21;29:8,23;30:2,5;
31:7,22;32:18;40:20;
43:22;44:9;45:5;47:5;
50:20,21;51:11;55:15;
58:4;60:7;63:6,13;
64:13
**tub (1)**
23:15
**tug (1)**
57:20
**turn (1)**
23:21
**turned (5)**
10:4;12:15;23:25;
24:1,4
**turns (1)**
36:15
**tussling (1)**
30:2
**two (18)**
14:12,16,17,17;19:9;
21:21;25:8,11;34:14;
36:4;43:17;47:22;56:8,
20;57:22,23;59:13;
62:12
**two-minute (1)**
75:21
**type (3)**

14:17;15:15;58:22

**U**

**unable (1)**
74:24
**unaware (2)**
45:19;73:18
**unbearable (1)**
38:22
**under (10)**
5:4,24;18:24;29:10,
11,14;42:8;51:14;
57:10;70:16
**understands (1)**
67:11
**undo (1)**
73:23
**unhook (1)**
74:19
**unhooked (1)**
74:22
**unlawful (3)**
31:3;40:7;63:12
**Unlawfully (2)**
67:2;68:1
**unplug (1)**
73:14
**up (41)**
11:20,21;12:24;13:4;
14:22;16:13,18;22:17;
23:12;24:2;25:2;27:9;
28:20;29:24;32:22,23,
25;33:9;34:19;35:1,2,
14,15;38:8;45:16,16;
47:18,19;50:21;51:14;
55:15;56:1;58:18,23,
25;60:7;64:16;67:20;
69:5;70:16;73:25
**upset (1)**
28:16
**upworthy (1)**
73:2
**urinate (1)**
60:12
**use (1)**
60:5
**using (3)**
29:3,4;41:2

**V**

**van (1)**
50:13
**vehicle (4)**
70:12,12,16;71:4
**verbal (3)**
29:6,15;33:1
**verbally (1)**
5:21
**version (3)**
48:17,18,20
**video (1)**

5:19
**vividly (1)**
33:3
**voices (1)**
16:4

**W**

**WAIDE (15)**
18:25;19:5,16,18,25;
48:3,9,16,21;67:10;
75:7,12,21;76:4,10
**waistband (1)**
34:16
**wait (2)**
24:6;76:4
**walk (14)**
16:2,22;17:2,5;24:2,
3;27:9,13;50:21;51:1,
1,2;74:25,25
**walked (6)**
15:23;19:24;20:9,23;
21:9;51:19
**walkie-talkie (1)**
63:15
**walking (5)**
16:1,3,10;24:1;29:24
**walnut (1)**
14:13
**wants (1)**
12:9
**warn (2)**
36:9;38:3
**warrant (3)**
17:21;68:2;71:3
**water (7)**
14:25;15:3,5;25:5,7,
8,9
**watt (1)**
74:14
**watts (4)**
36:7,7;37:19;74:9
**way (11)**
5:19;26:14;45:12;
49:8,10;50:17;51:23;
55:25;56:10;57:2,4
**ways (3)**
26:11,12;27:25
**week (1)**
56:8
**weird (6)**
5:19;16:6;20:19,20;
21:21;46:5
**welcome (2)**
12:10,13
**welfare (2)**
20:15;52:9
**weren't (7)**
47:7;7:49:16,19;
54:22;57:1;66:25
**Wesley (1)**
70:9
**what's (7)**

9:21;10:23;17:22;
31:2,14;34:24;44:17
**WHEREUPON (1)**
76:11
**whole (24)**
10:12;13:7;24:22;
28:2;31:18,19;38:14;
40:3,11;41:7;43:24;
46:3,3,9;47:9;51:13;
52:12;55:5,4;61:8;62:18,
18;70:22;73:16,24
**William (5)**
11:10,15;55:5,23;
57:7
**wiring (1)**
74:22
**withdraw (3)**
11:14,16;55:6
**within (2)**
14:2,12
**WITNESS (3)**
10:25;18:21;19:17
**witnesses (1)**
42:14
**witnessing (1)**
28:2
**woman (2)**
51:19,19
**women (2)**
21:3,3
**wood (1)**
13:5
**wooded (2)**
13:3,22
**woods (3)**
13:2,7,22
**Wootton (1)**
20:1
**worded (3)**
49:9,10,12
**words (1)**
24:25
**work (2)**
10:19;11:12
**worked (2)**
54:6,7
**workers (1)**
50:12
**working (6)**
10:20,20;11:5,7;
25:17,19
**works (4)**
25:19;27:4;37:24;
44:20
**worse (2)**
24:9;26:14
**wound (1)**
27:5
**write (3)**
68:2,7;69:8
**written (2)**
67:25;69:5
**wrong (1)**

12:13
**wrote (6)**
48:25;49:1;61:16;
63:17;69:11,14

## Y

**Y'all (3)**
41:1;52:11;71:3
**yank (1)**
57:19
**yard (2)**
14:13;33:14
**yards (2)**
37:1,5
**years (4)**
6:22;8:25;9:12;
25:20
**yelling (9)**
17:8;20:24;45:25,25;
46:8;47:11;49:16,17,
17
**you-all (2)**
10:14;69:1
**younger (1)**
26:23

## 1

**1 (2)**
56:19;65:4
**11:08 (1)**
76:12
**12 (2)**
18:9,12
**1348 (2)**
8:19;12:21
**18 (1)**
55:14
**1996 (2)**
6:24,25

## 2

**2 (4)**
34:14;58:9;68:12,14
**2.9 (2)**
56:4,4
**20 (3)**
37:15,21;56:24
**2013 (1)**
53:16
**2017 (2)**
7:2,5
**24 (1)**
6:22
**25 (1)**
56:24
**27 (1)**
7:5
**27th (1)**
68:17
**2nd (1)**

6:24

## 3

**3 (3)**
34:14;37:4;65:5
**3.0 (1)**
56:5
**33 (1)**
19:1
**34 (1)**
18:25
**36 (3)**
18:20,24;19:8

## 4

**4/2/96 (1)**
6:24
**40 (1)**
44:6
**45 (1)**
41:10

## 5

**5 (2)**
37:1,5
**50 (2)**
23:15;41:10

## 6

**6 (2)**
18:20;65:8
**60 (1)**
23:15

## 7

**7:50 (1)**
16:16

## 8

**8 (1)**
16:17

## 9

**9 (1)**
57:1
**90 (1)**
60:6

Print Date:  2/13/2020
Print Time:  14:35

## Blotter Report

User Name:KBYRD

Terminal #: 001

### For Date(s): 9/27/2017 to 9/27/2017.

Organization(s): All; Department(s): All; Event Code(s): All.

---

**Event Type:** 1067 - TRESPASSING  **Date / Time:**  9/27/2017 3:47:10 AM  **CAD #:**  2017-11414
**Event Location Info / Location:**  / 806 LEEVILLE RD
**Name:**  RICKY DURDEN  **Phone:**  (601)520-7207
**Call Location:** 1068 MONROE RD
**Remarks:**  RP ADV THAT HE JUST GOT HOME AND THERE IS A LIGHT ON INSIDE. HE OPENED THE DOOR AND LET
THE DOG INSIDE

**Narratives:**
RP ADV THAT HE SHINED A FLASHLIGHT INTO THE WINDOW AND THE LIGHT TURNED OFF.
F56 ADV 1040 TRAFFIC
F56 ADV 1040 TRAFFIC CLEARED

**Disp.:**  NR-NO REPORT
**Zones - Law:** E    **Fire:**  MA    **EMS:** AAA  **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| SHERIFF F56 | | 3:50:08 AM | 3:50:08 AM | 3:50:23 AM | 4:03:42 AM | 4:15:14 AM |

---

**Event Type:** 1081 - SUSPICIOUS PERSON  **Date / Time:**  9/27/2017 4:40:09 AM  **CAD #:**  2017-11415
**Event Location Info / Location:**  / 806 LEEVILLE RD
**Name:**  RICKY DURDEN  **Phone:**  (601)520-7207
**Call Location:** 1068 MONROE RD
**Remarks:**  RP ADV THAT HE SAW SOME A FLASHLIGHT IN THE BUSHES BEHIND THE HOUSE.

**Narratives:**

**Disp.:**  NR-NO REPORT
**Zones - Law:** E    **Fire:**  MA    **EMS:** AAA  **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| SHERIFF F11 | | 4:43:17 AM | 4:43:17 AM | 4:43:31 AM | 4:52:25 AM | 4:53:46 AM |
| SHERIFF F52 | | 4:42:41 AM | 4:42:41 AM | | | 4:43:20 AM |

---

**Event Type:** 1046 - GENERAL ALARM  **Date / Time:**  9/27/2017 6:29:46 AM  **CAD #:**  2017-11416
**Event Location Info / Location:**  / 711 BONHOMIE RD
**Name:**  CMS ALARM / RES ALARM  **Phone:**  (888)289-2800
**Call Location:** BONHOMIE RD
**Remarks:**  GLASS BREAK, UNABLE TO GET KEY HOLDER, KEY HOLDER IS MR CLARK @ 601-602-2536, ATTEMPTED
TO CALL BUT NO ANSWER

**Narratives:**
OUT WITH BROTHER OF HOME OWNER, CHECKING DOORS AND SET THE ALARM OFF AGAIN
BACK 10-8 BROTHER IS AT LOCATION AND ADVISED EVERYTHING IS CODE 4

**Disp.:**  NR-NO REPORT
**Zones - Law:** S    **Fire:**  DI    **EMS:** AA  **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| SHERIFF F17 | | 6:42:17 AM | 6:42:17 AM | 6:42:28 AM | | 6:53:17 AM |
| SHERIFF F70 | | 6:34:04 AM | 6:34:04 AM | 6:34:35 AM | 6:44:50 AM | 6:53:53 AM |

---

**Event Type:** 10100 - WEATHER INVOLVED  **Date / Time:**  9/27/2017 6:50:41 AM  **CAD #:**  2017-11417
**Event Location Info / Location:**  / CHURCHWELL RD @ APPS SLADE
**Name:**  **Phone:**  ( ) -
**Call Location:** CHURCHWELL RD @ APPS SLADE
**Remarks:**  TREE ACROSS ROADWAY, SCHOOL BUS STOPPED AND UNABLE TO BACK UP

**Narratives:**
CONTACTED COUNTY BARN WHO ADVISED HE WOULD HAVE SOMEONE EN ROUTE, ALSO PAGED FI
RE DEPT
TREE OUT OF THE ROAD

**Disp.:**  NR-NO REPORT
**Zones - Law:**     **Fire:**     **EMS:**    **Rescue:**



CLT-HOWARD-000898

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| SHERIFF F17 | | 6:53:24 AM | 6:53:24 AM | 6:54:01 AM | 7:06:19 AM | 7:09:38 AM |
| SHERIFF F70 | | 7:04:11 AM | 7:04:41 AM | 7:04:41 AM | 7:04:41 AM | 7:10:26 AM |

**Event Type:** 1054 - ANIMAL CALL   **Date / Time:** 9/27/2017 7:00:44 AM   **CAD #:** 2017-11418
**Event Location Info / Location:** / OLD HWY 49 1 MILE SOUTH AGRICU
**Name:** CARRIE   **Phone:** ( ) -
**Call Location:** OLD HWY 49 1 MILE SOUTH AGRICU
**Remarks:** 4 DONKEYS IN THE ROADWAY JUST SOUTH OF THE SCHOOL

**Narratives:**
NEGATIVE CONTACT WITH DONKIES AT REPORTED LOCATION, F17 GOING TO 321 OLD HWY 49
TO SEE IF THIS IS THE OWNER OF THE DONKIES
DONKEYS BAKC IN FENCE THEY BELONG TO MS RUTH AND HER NEW NUMBER IS 601-520-*3456

**Disp.:** NR-NO REPORT

| Zones - Law: | Fire: | EMS: | Rescue: | | | |
|---|---|---|---|---|---|---|
| **Responding Unit(s)** | | **Case / Run #** | **Received** | **Dispatched** | **Enroute** | **On-Scene** | **Cleared Call** |
| SHERIFF F17 | | | 7:10:17 AM | 7:10:17 AM | 7:10:39 AM | 7:20:47 AM | 7:28:24 AM |

**Event Type:** TEST - TEST   **Date / Time:** 9/27/2017 7:53:47 AM   **CAD #:** 2017-11419
**Event Location Info / Location:** / 210 MAIN AVE
**Name:**   **Phone:** ( ) -
**Call Location:** 210 MAIN AVE
**Remarks:**

**Narratives:**
**Disp.:** TC-TEST CALL

| Zones - Law: S | Fire: BR | EMS: AAA | Rescue: | | | |
|---|---|---|---|---|---|---|
| **Responding Unit(s)** | | **Case / Run #** | **Received** | **Dispatched** | **Enroute** | **On-Scene** | **Cleared Call** |

**Event Type:** 1083 - TRAFFIC STOP   **Date / Time:** 9/27/2017 7:54:14 AM   **CAD #:** 2017-11420
**Event Location Info / Location:** / ELKS LAKE AND BROWN BRIDGE
**Name:**   **Phone:** ( ) -
**Call Location:** ELKS LAKE AND BROWN BRIDGE
**Remarks:**

**Narratives:**
**Disp.:** WA-WARNING

| Zones - Law: | Fire: | EMS: | Rescue: | | | |
|---|---|---|---|---|---|---|
| **Responding Unit(s)** | | **Case / Run #** | **Received** | **Dispatched** | **Enroute** | **On-Scene** | **Cleared Call** |
| SHERIFF F70 | | | 7:54:38 AM | 7:54:38 AM | 7:54:38 AM | 7:54:38 AM | 7:54:58 AM |

**Event Type:** 1081 - SUSPICIOUS PERSON   **Date / Time:** 9/27/2017 8:02:26 AM   **CAD #:** 2017-11421
**Event Location Info / Location:** / 433 MONROE RD
**Name:**   **Phone:** ( ) -
**Call Location:**
**Remarks:**

**Narratives:**
FTT418
801416523
COMING OUT OF YARD ACROSS FROM 433 MONROE RD
NCIC RESPONSE
37302.
HDI 0933 07:52:20 09/27/17
RR.MSHDI0000.MS0180001.
VIN/JT3HN86R7X0255221
RR.MSLIC0000.MS0180001.*MRI2431872.
**** RECORDS MAINTAINED BY MS TAX COMMISSION ****
LIC/FTU502   LIT/AU EXP/03-2018 ISSUED/09212017 TAG STATUS/2
VIN/JT3HN86R7X0255221  1999 TOYT RR5  4W WHITE
PUR-DTE/03262014 TLE-DTE/06122014 TLE/9529889  TYPE/T
REG/MANTOOTH RANDALL OR CHANDLER   TLE/MANTOOTH RANDALL OR CHANDLER
140 FORD RD          140 FORD RD

CLT-HOWARD-000899

HATTIESBURG   MS 39401        HATTIESBURG   MS 39401
CO/FORREST        CO/FORREST        #LEINS/0
LEIN/1 DTE/00000000        LEIN/2 DTE/00000000
DECAL#/8FTU502
Insurance Status/CONFIRMED Insurer/State Farm Mut Auto Ins Co Policy/2421591629
MRI 2431879 37302 0004 07:52:21 09/27/17

NCIC RESPONSE
37302.
DMVWS 2475 08:04:23 09/27/17
DR.MSOLN0000.MS0180001.
OLN/801416523

OLN/801416523   CLASS/Regular Operator
BRADY        KENNETH      RAY
59 JIM BURCH RD LOT 15        HATTIESBURG  MS 394010000
RAC/W   SEX/M EYE/Green   HAI/Blonde  HGT/504   WGT/122
██████████  -██████████████████ █████████████
RESTRICTIONS/NONE   ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:Licensed        STATUS CDL:UNLICENSED
CONVICTED OF      OCCUR-DT  CONV-DT COM/HAZ ACC ENF-AGENCY        DISP
FTO SIGN / TRAF CNTL DEV 022715   041415 N N    N Forrest County SO  GLT
** END OF DRIVERS HISTORY **
MRI 2433237 37302 0005 08:04:24 09/27/17
SUBJECT ADVISED RAN OUT OF GAS BUT DOES NOT WANT A RIDE, HE IS OUT OF THE ROADWA
Y

Disp.: NR-NO REPORT

| Zones - Law: N | Fire: NF | EMS: AA | Rescue: | | | | |
|---|---|---|---|---|---|---|---|
| Responding Unit(s) | | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
| SHERIFF F51 | | | 8:02:38 AM | 8:02:38 AM | 8:02:38 AM | 8:02:38 AM | 8:07:08 AM |

| Event Type: LIFT - LIFT ASSISTANCE | Date / Time:   9/27/2017 8:12:56 AM | CAD #:  2017-11422 |
|---|---|---|

Event Location Info / Location:     /████████████████ █████ LOT 110
Name:  SUSAN WILSON/ LIFT ASSIST   Phone: ████████
Call Location: ██ ██████████
Remarks:  NEDD ASSIST WITH LIFTING MALE SUBJECT

Narratives:
      PAGED OUT DIXIE VFD WITH NO RESPONSE, PAGED OUT AGAIN AND FF109 ADVISED HE WOULD
      BE EN ROUTE FROM CARNES

Disp.: FR-FIRE RESPONDED

| Zones - Law: S | Fire: DI | EMS: AA | Rescue: | | | | |
|---|---|---|---|---|---|---|---|
| Responding Unit(s) | | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
| DIXIE DIXVFD | | | 8:17:15 AM | 8:17:15 AM | | | |
| FF109 | | | 8:28:56 AM | 8:28:56 AM | 8:29:02 AM | 8:53:28 AM | 9:23:01 AM |

| Event Type: 1054 - ANIMAL CALL | Date / Time:   9/27/2017 8:17:43 AM | CAD #:  2017-11423 |
|---|---|---|

Event Location Info / Location:   / 1348 ELKS LAKE RD
Name:        Phone:  ( ) -
Call Location:
Remarks:  COUNTY WORKER ADV THAT THERE WAS SOME DOGS THAT NEEDED TO BE CHECKED ON

Narratives:
      CHECKING ON SOME DOGS CALLED IN BY THE " COUNTY PEOPLE"
      TASER DEPLOYED AND 1095
      PERSON RESISTING
      SELENA HOWARD FROM 1348 ELKS LAKE RD CALLED 911 SCREAMING THAT THE POLICE TAZED
      HER BOYFRIEND AND SHOCKED THE DOGS
      1095 2X TASER DEPLOYED
      F17 ADV TO SEND AAA
      R/P ON 911 ADV SHE WON'T GET OFF 911 TIL F11 ARRIVES
      AAA 1017
      F11 ADV F13 IS 1017

CLT-HOWARD-000900

FIRST LONG DRIVEWAY ON THE LEFT PER F70
FIRST LONG DRIVEWAY BEFORE WARREN PAVEN HOUSE. JUST PAST OLLIE WILLIAMS
AAA 1023
ALL UNITS CODE 4
F17 FOLLOWING AAA TO THE HOSPITAL
F17 OUT @ ER
NCIC RESPONSE
37303.
DMVWS 3250 09:09:42 09/27/17
DR.MSOLN0000.MS0180001.
OLN/427415053
OLN/427415053   CLASS/Regular Operator
LEGGETT     ANTRINET     DENISE
11 J B HORNE ROAD           HATTIESBURG  MS  394010000

RESTRICTIONS/NONE     ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:Expired        STATUS CDL:UNLICENSED
CONVICTED OF        OCCUR-DT CONV-DT COM/HAZ ACC ENF-AGENCY        DISP
DRIVING W / SUSPEND LIC 082114   082114 N N   N Lamar County SO   FTA
NO PROOF OF LIAB INS   082114   082114 N N   N Lamar County SO   FTA
DRIVING W / SUSPEND LIC 071009   071009 N N   N Petal PD        FTA
NO PROOF OF LIAB INS   071009   071009 N N   N Petal PD        FTA
DRIVING W / SUSPEND LIC 022008   022008 N N   N Louisiana Office of FTA
SPEEDING        022008   022008 N N   N Louisiana Office of FTA
SEATBELT VIOLATION   011508   011508 N N   N MHP - Holmes County FTA
DRIVING W / SUSPEND LIC 011508   011508 N N   N MHP - Holmes County FTA
EXPIRED OR NO DL     052805   052805 N N   N Forrest County SO  FTA
CHILD RESTRAINT VIOL 101104   101104 N N   N Marion County SO  FTA
SPEEDING        101104   101104 N N   N Marion County SO  FTA
DRIVING W / SUSPEND LIC 101104   101104 N N   N Marion County SO  FTA
IMPROPER / NO TAG    020704   020704 N N   N Columbia PD       FTA
DRIVING W / SUSPEND LIC 020704   020704 N N   N Columbia PD       FTA
DRIVING W / SUSPEND LIC 123103   123103 N N   N MHP - Lamar County FTA
DRIVING W / SUSPEND LIC 101403   101403 N N   N MHP - Lamar County FTA
SPEEDING        101403   101403 N N   N MHP - Lamar County FTA
NCIC RESPONSE - CONTINUED
SPEEDING        100703   100703 N N   N MHP - Marion County FTA
IMPROPER / NO INSPEC STK 052403052403 N N   N MHP - Forrest Count FTA
NO PROOF OF LIAB INS   052403   052403 N N   N MHP - Forrest Count FTA
** END OF DRIVERS HISTORY **
** STATE SPECIFIC DATA **
ALERT: ID Card ONLY:800848966
MRI 2441282 37303 0001 09:09:43 09/27/17
108 FROM ER AND THE 1095 HAD BEEN RELEASED

Disp.: NR-NO REPORT
Zones - Law: S      Fire: DI      EMS: AA   Rescue:

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| SHERIFF F11 | | 8:28:27 AM | 8:28:27 AM | 8:30:17 AM | | 8:55:05 AM |
| SHERIFF F13 | | 8:32:23 AM | 8:32:23 AM | 8:32:36 AM | 8:42:09 AM | 8:55:08 AM |
| SHERIFF F17 | | 8:18:40 AM | 8:18:40 AM | 8:18:40 AM | 8:18:40 AM | 11:02:14 AM |
| SHERIFF F52 | | 8:28:18 AM | 8:28:18 AM | 8:28:23 AM | 8:41:59 AM | 8:55:59 AM |
| SHERIFF F70 | | 8:18:10 AM | 8:18:10 AM | 8:18:10 AM | 8:18:10 AM | 9:23:47 AM |

Event Type:  1046 - GENERAL ALARM          Date / Time:   9/27/2017 8:33:45 AM        CAD #:  2017-11424
Event Location Info / Location: ▮▮▮▮▮▮R
Name:  PRESTON,ROXANNE/ALARM--{ Phone: ▮▮▮▮▮▮▮▮▮▮
Call Location: ▮▮▮▮▮▮▮▮▮▮
Remarks:  ALARM FOR SHED DOOR, ADT CALLED IN AND ADVISED RP IS NOT ATHOME.

CLT-HOWARD-000901

**Narratives:**
ADT CALLED BACK AND CANCELLED. MOTHER ON SCENE AND ADVISED IT WAS A FALSE ALARM EVERYTHING IS CODE 4

**Disp.:** NR-NO REPORT
**Zones - Law:** E      **Fire:** MA      **EMS:** AA      **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|

**Event Type:** 1062 - AMBULANCE REQUEST      **Date / Time:** 9/27/2017 9:04:47 AM      **CAD #:** 2017-11425
**Event Location Info / Location:** ▮ ▮▮▮▮▮
**Name:**                               **Phone:**  ( )  -
**Call Location:**
**Remarks:** RSP 24 ADV THERE IS A MALE, CANT TALK AND REQUESTING AAA LAYING IN A DITCH.

**Narratives:**
AAA IS TRANSPORTING

**Disp.:** FR-FIRE RESPONDED
**Zones - Law:** N      **Fire:** RS      **EMS:** AAA **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| FF116 | | 9:06:15 AM | 9:06:15 AM | 9:06:19 AM | | 9:10:25 AM |
| RAWLS SPRING RSP1 | | 9:05:00 AM | 9:05:00 AM | 9:05:00 AM | 9:05:00 AM | 9:31:07 AM |

**Event Type:** 1027 - SECURITY CHECK      **Date / Time:** 9/27/2017 9:04:59 AM      **CAD #:** 2017-11426
**Event Location Info / Location:** / TRAVIS ROAD NEAR WATSON DR
**Name:** SHANNON FROM THE SCHOOL **Phone:** ( ) -
**Call Location:** TRAVIS ROAD NEAR WATSON DR
**Remarks:** BLK MALE IN A NISSAN THROWING WALMART BAGS OVER THE BRIDGE

**Narratives:**
JUST SOME DOLLAR GENERAL BAGS IN THE WATER

**Disp.:** NR-NO REPORT
**Zones - Law:**      **Fire:**      **EMS:**      **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| SHERIFF F51 | | 9:07:24 AM | 9:07:24 AM | 9:07:35 AM | 9:21:02 AM | 9:25:53 AM |

**Event Type:** 1050 - MOTOR VEHICLE ACCIDENT      **Date / Time:** 9/27/2017 9:07:20 AM      **CAD #:** 2017-11427
**Event Location Info / Location:** / ▮ 59 SB/ N OF EGP EXIT
**Name:** 18 WHEELER WRECK      ▮▮▮▮ ▮▮▮▮▮B

**Remarks:** RAN OFF THE ROAD/ ON FIRE

**Narratives:**
FLATBED 18 WHEELER-- VEH IS ON FIRE
DRIVER APPEARS TO HAVE MADE IT OUT
EOC 1017
FLATBED HAS GONE OFF THE ROAD INTO THE TREES AND THAT'S ON FIRE AS WELL; FF106
ADV THEY NEED A TANKER
CORONOR 1017
BUTCH IS HEADED THAT WAY
LISA IS 1017
ADMIN PAGE SENT
ENG 11 1023
ENG 1 IS OUT OF WATER
CALLING FOR JONES CO TANKER FOR WATER ONLY. THEY DONT NEED THE MAN POWER
JONES CO IS SENDING A TANKER
THE PATIENT THAT REAR ENDED THE 18 WHEELER IS GOING WITH AAA TO FGH
JONES SW IS ON THERE WAY WITH A TANKER PER CD3
CD1 ADV TO STOP TRAFFIC. THEY ARE SHUTTING DOWN 59
TRAFFIC STOPPED ON 59
OPENING TRAFFIC BACK UP
18-3 IS 1023 ( LISA KLEM)
F52 IS HANDLING TRAFFIC AT 59 AND MONROE RD

CLT-HOWARD-000902

**Disp.:** FR-FIRE RESPONDED
**Zones - Law:** N     **Fire:** NF     **EMS:** AA     **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| SHERIFF F52 | | 9:33:38 AM | 11:47:42 AM | 11:47:42 AM | 9:33:38 AM | 11:47:46 AM |
| FF106 | | 9:14:46 AM | 9:14:46 AM | | 9:15:46 AM | 6:16:43 PM |
| FF116 | | 9:10:31 AM | 9:10:31 AM | 9:11:10 AM | | 9:42:54 AM |
| MACEDONIA MAC1 | | 9:10:50 AM | 9:10:50 AM | 9:11:14 AM | 9:22:57 AM | 7:10:51 PM |
| N FORREST NFO1 | | 9:11:06 AM | 9:11:06 AM | 9:11:17 AM | 9:23:08 AM | 7:10:56 PM |
| N FORREST NFOVFD | | 9:08:33 AM | 9:08:33 AM | | | |

---

**Event Type:** 1054 - ANIMAL CALL     **Date / Time:** 9/27/2017 9:47:40 AM     **CAD #:** 2017-11428
**Event Location Info / Location:** / MORRISTON AND OLD RICHTON
**Name:** NICOLE REMERO     **Phone:** (601)325-6094
**Call Location:** MORRISTON AND OLD RICHTON
**Remarks:** SMALL DOG HAS BEEN HIT BY A CAR, AND HURT. RP WANTED SOMEONE TO CHECK ON IT. IF ITS STILL
THERE WE WILL CALL SOUTHERN PINES OUT THERE.

**Narratives:**
WENT ALL THE WAY TO CRAFT ROAD AND NEG CONTACT WITH THE DOG

**Disp.:** NR-NO REPORT
**Zones - Law:**     **Fire:**     **EMS:**     **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| SHERIFF F51 | | 9:49:52 AM | 9:49:52 AM | 9:49:57 AM | 10:13:36 AM | 10:17:59 AM |

---

**Event Type:** 1062 - AMBULANCE REQUEST     **Date / Time:** 9/27/2017 10:32:35 AM     **CAD #:** 2017-11429
**Event Location Info / Location:** / 20 J A MCGILL DR
**Name:** DIFFICULTY BREATHING     **Phone:** (601)270-0825
**Call Location:** 428 SUNRISE RD
**Remarks:** MALE WITH CONGESTIVE HEART FAILURE AND RENAL FAILURE HAVINGDIFFICULTY BREATHING,,
COLD SWEATS, CLAMMY, 1 1/2 FROM VFD ON LUTHER CARTER RD, MOBILE HOME, TURN LEFT AT THE
FORK IN THE ROAD

**Narratives:**
AAA 1023

**Disp.:** FR-FIRE RESPONDED
**Zones - Law:** E     **Fire:** SU     **EMS:** AA     **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| FF111 | | 10:37:35 AM | 10:37:35 AM | 10:37:46 AM | 10:44:05 AM | 11:03:47 AM |
| SUNRISE SUNVFD | | 10:37:17 AM | 10:37:17 AM | | | |

---

**Event Type:** ORANGE - ORANGE FOLDER     **Date / Time:** 9/27/2017 11:22:43 AM     **CAD #:** 2017-11430
**Event Location Info / Location:** / PINE BELT/ 19TH
**Name:**     **Phone:** ( ) -
**Call Location:**
**Remarks:**

**Narratives:**
**Disp.:** IT-CRISIS INTERVENTION TEAM
**Zones - Law:**     **Fire:**     **EMS:**     **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| SHERIFF F21 | | 11:22:54 AM | 11:22:54 AM | 11:22:54 AM | 11:22:54 AM | 11:55:53 AM |
| SHERIFF F26 | | 11:23:07 AM | 11:23:07 AM | 11:23:07 AM | 11:23:07 AM | 11:55:57 AM |

---

**Event Type:** ORANGE - ORANGE FOLDER     **Date / Time:** 9/27/2017 11:40:42 AM     **CAD #:** 2017-11431
**Event Location Info / Location:** / PINE GRV
**Name:**     **Phone:** ( ) -
**Call Location:**
**Remarks:**

**Narratives:**
**Disp.:** IT-CRISIS INTERVENTION TEAM
**Zones - Law:**     **Fire:**     **EMS:**     **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|

CLT-HOWARD-000903

SHERIFF F102                                    11:40:55 AM  11:40:55 AM  11:40:55 AM  11:40:55 AM  11:55:24 AM

**Event Type:** 1050 - MOTOR VEHICLE ACCIDENT   **Date / Time:** 9/27/2017 11:45:55 AM      **CAD #:** 2017-11432
**Event Location Info / Location:** / I 59 NB/ MM 56
**Name:** 2 VEH W/ INJ                 **Phone:** (706)887-8213

**Remarks:** 1 VEH PULLED OFF THE SHOULDER AND HIT ANOTHER HEAD ON

**Narratives:**
   ONE CAR HAS A POSSIBLE ARM BROKEN
   DIXIE RESCUE 1017
   AAA 1017
   F52 ADV 2 INJURIES- 1 WALKING AROUND, 1 STILL IN THE VEH
   1 LANE OF TRAFFIC BLOCKED
   HIGHWAY IS SHUT DOWN
   GOT THE SUBJECT OUT OF THE CAR
   FF109 RIDING WITH AAA TO FGH WITH PATIENT

**Disp.:** FR-FIRE RESPONDED
**Zones - Law:** S    **Fire:** DI    **EMS:** AA   **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| DIXIE DIX1 | | 11:48:11 AM | 11:48:11 AM | 11:48:11 AM | 11:57:29 AM | 1:11:53 PM |
| DIXIE DIXVFD | | 11:46:41 AM | 11:46:41 AM | | | |
| SHERIFF F17 | | 12:08:10 PM | 12:08:10 PM | | 12:08:12 PM | 12:34:22 PM |
| SHERIFF F52 | | 11:47:52 AM | 11:47:52 AM | 11:47:52 AM | 11:52:25 AM | 12:34:19 PM |
| SHERIFF F70 | | 12:08:03 PM | 12:08:03 PM | | 12:08:15 PM | 12:34:25 PM |
| FF109 | | 12:11:35 PM | 12:11:35 PM | 12:11:35 PM | 12:11:35 PM | 1:11:47 PM |
| FF112 | | 11:50:08 AM | 11:50:08 AM | 11:50:08 AM | | 12:11:38 PM |

**Event Type:** 1050 - MOTOR VEHICLE ACCIDENT   **Date / Time:** 9/27/2017 12:32:38 PM      **CAD #:** 2017-11433

**Name:** JESSIE CLOUGH
**Call Location:** 1068 MONROE RD
**Remarks:** 2 VEHICLES, SEMI VS PICKUP, NO INJURIES, ROADS BLOCKED

**Narratives:**
   PER CD7- ALL NFO UNITS WERE TOLD TO STAY ON SCENE OF THE FIRE AND HIGHWAY PATROL
   WOULD HANDLE THE TRAFFIC

**Disp.:** FD-FIRE DID NOT RESPOND
**Zones - Law:** N    **Fire:** NF    **EMS:** AA   **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| N FORREST NFO2 | | 12:34:38 PM | 12:34:38 PM | 12:34:42 PM | | 12:36:33 PM |

**Event Type:** 1081 - SUSPICIOUS PERSON   **Date / Time:** 9/27/2017 1:48:54 PM      **CAD #:** 2017-11434
**Event Location Info / Location:** / BROADWAY AND HARDY
**Name:**                 **Phone:** ( ) -
**Call Location:**
**Remarks:**

**Narratives:**
   LINDA FOSTER 3/10/2000
   NO RECORD ON LINDA FOSTER WITH THAT DATE OF BIRTH
   NCIC RESPONSE
   37303.
   DMVWS 6868 13:54:39 09/27/17
   DR.MSOLN0000.MS0180001.
   OLN/418062258
   OLN/802382390   CLASS/Regular Operator
   LAVIGNE      SUBRINA      LYNN
   305 LAKE HEATHER ROAD      BRANDON      MS 390470000
   RAC/W   SEX/F  EYE/Green  HAI/Brown   HGT/503      WGT/140

   RESTRICTIONS/NONE   ENDORSEMENTS/NONE ELIG DATE/00000000

CLT-HOWARD-000904

STATUS NON-CDL:Expired        STATUS CDL:UNLICENSED
CONVICTED OF      OCCUR-DT CONV-DT COM/HAZ ACC ENF-AGENCY        DISP
DRIVING W / SUSPEND LIC 071816  082416 N N    N  Petal PD        GLT
NO PROOF OF LIAB INS  110913  110913 N N    N  Rankin County SO  FTA
** END OF DRIVERS HISTORY **
MRI 2474461 37303 0008 13:54:40 09/27/17

**Disp.:** NR-NO REPORT

| Zones - Law: | Fire: | EMS: | Rescue: | | | | |
|---|---|---|---|---|---|---|---|
| **Responding Unit(s)** | | **Case / Run #** | **Received** | **Dispatched** | **Enroute** | **On-Scene** | **Cleared Call** |
| METRO NARC M1 | | | 1:49:48 PM | 1:49:48 PM | 1:49:48 PM | 1:49:48 PM | 1:54:57 PM |

**Event Type:**  1070 - BURGLARY          **Date / Time:**  9/27/2017 1:50:24 PM       **CAD #:**  2017-11435

**Call Location:**  11 DIXIE BARN RD
**Remarks:**  SOMEONE BROKE IN AND STOLE A PRESSURE WASHER. THE FENCE WAS CUT, SOMETIMES LAST NIGHT
NEEDS A REPORT

**Narratives:**

**Disp.:** NR-NO REPORT

| Zones - Law: S | Fire: DI | EMS: AA | Rescue: | | | | |
|---|---|---|---|---|---|---|---|
| **Responding Unit(s)** | | **Case / Run #** | **Received** | **Dispatched** | **Enroute** | **On-Scene** | **Cleared Call** |
| SHERIFF F70 | | | 1:51:43 PM | 1:58:28 PM | 1:58:31 PM | 1:59:44 PM | 2:37:32 PM |

**Event Type:**  1083 - TRAFFIC STOP          **Date / Time:**  9/27/2017 1:53:03 PM       **CAD #:**  2017-11436
**Event Location Info / Location:**  / MACEDONIA AND BOLLING
**Name:**                        **Phone:**  ( )  -
**Call Location:**  MASEDONIA AND BOLLING
**Remarks:**

**Narratives:**
001593630
001593630
DB70567
NCIC RESPONSE
37303.
DMVWS 6830 13:52:13 09/27/17
DR.MSOLN0000.MS0180001.
OLN/001593630
OLN/001593630   CLASS/Regular Operator
HERRINGTON    FRANCES     ELENOR

RAC/W   SEX/F  EYE/Gray   HAI/Gray   HGT/502   WGT/146

RESTRICTIONS/NONE    ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:Licensed       STATUS CDL:UNLICENSED
** END OF DRIVERS HISTORY **
MRI 2474134 37303 0004 13:52:14 09/27/17
NCIC RESPONSE
37303.
HDI 2570 13:53:04 09/27/17
RR.MSHDI0000.MS0180001.
VIN/4T4BF1FK8DR305087
RR.MSLIC0000.MS0180001.*MRI2474230.
**** RECORDS MAINTAINED BY MS TAX COMMISSION ****
LIC/DB70567   LIT/DB EXP/05-2018 ISSUED/05092017 TAG STATUS/1
VIN/4T4BF1FK8DR305087   2013 TOYT CAM 4D  SILVER
PUR-DTE/05092013 TLE-DTE/06262013 TLE/G554656  TYPE/O
REG/SMITH FRANCES              TLE/SMITH FRANCES
812 SUNRISE RD               812 SUNRISE RD
PETAL     MS 39465        PETAL     MS 39465
CO/FORREST        CO/FORREST          #LEINS/1

CLT-HOWARD-000905

LEIN/1 DTE/05092013          LEIN/2 DTE/00000000
TOYOTA MOTOR CREDIT CORP
P O BOX 105386
ATLANTA       GA 30348
DECAL#/8DB70567
Insurance Status/CONFIRMED Insurer/Mississippi Farm Bureau Cas Ins Co
Policy/A0720813
MRI 2474234 37303 0007 13:53:05 09/27/17

Disp.:  WA-WARNING

| Zones - Law: | Fire: | EMS: | Rescue: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Responding Unit(s) | | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
| SHERIFF F11 | | | 1:53:03 PM | 1:53:03 PM | 1:53:03 PM | 1:53:03 PM | 1:55:44 PM |

| Event Type:  1083 - TRAFFIC STOP | Date / Time: | 9/27/2017 1:57:48 PM | CAD #:  2017-11437 |
|---|---|---|---|

Event Location Info / Location:    / ELKS LAKE INFRONT OF WARREN PAVEN
Name:                          Phone:  (  )  -
Call Location:  ELKS LAKE INFRONT OF WARREN PAVEN
Remarks:

Narratives:
        WHITE FORD NO 1028 F250

Disp.:  WA-WARNING

| Zones - Law: | Fire: | EMS: | Rescue: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Responding Unit(s) | | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
| SHERIFF F70 | | | 1:57:48 PM | 1:57:48 PM | 1:57:48 PM | 1:57:48 PM | 1:58:21 PM |

| Event Type:  1083 - TRAFFIC STOP | Date / Time: | 9/27/2017 2:01:45 PM | CAD #:  2017-11438 |
|---|---|---|---|

Name:                          Phone:  (  )  -
Remarks:

Narratives:
        VOL. WAGON NO 1028
        CODE 4 AND OTHER UNITS OUT WITH HIM. SEVERAL ARE DETAINED
        802281018
        NCIC RESPONSE
        37303.
        DMVWS 7006 14:05:59 09/27/17
        DR.MSOLN0000.MS0180001.
        OLN/802281018
        OLN/425650077  CLASS/Regular Operator
        CLARK      DAVID      BRYAN
        70 HINTON LOOP       PETAL      MS 394650000
        RAC/W  SEX/M EYE/Brown  HAI/Brown  HGT/602    WGT/190

        STATUS NON-CDL:Expired      STATUS CDL:UNLICENSED
        CONVICTED OF        OCCUR-DT CONV-DT COM/HAZ ACC ENF-AGENCY       DISP
        VIOL CNTRL SUBS ACT   071317  082317 N N   N Petal PD        GLT
        DUI 1ST OFFENSE      091215  091415 N N   N Forrest County SO  GLT
        DRIVING W / SUSPEND LIC 091215  091415 N N   N Forrest County SO  GLT
        CARELESS DRIVING    091215  091415 N N   N Forrest County SO  GLT
        ** END OF DRIVERS HISTORY **
        ** STATE SPECIFIC DATA **
        ALERT: ID Card ONLY:802281018
        MRI 2475761 37303 0009 14:05:59 09/27/17
        VIN WVWMD631303E310999- NO RECORD

Disp.:  WA-WARNING

| Zones - Law: | Fire: | EMS: | Rescue: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Responding Unit(s) | | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |

CLT-HOWARD-000906

METRO NARC M1                          2:01:45 PM   2:01:45 PM   2:01:45 PM   2:01:45 PM   2:34:59 PM

Event Type:  1071 - FIRE                         Date / Time:   9/27/2017 2:56:28 PM        CAD #:  2017-11439
Event Location Info / Location:   / ELKS LAKE RD/S OF DIX SCHOOL
Name:  SMALL GRASS FIRE          Phone:

Remarks:  +31 14.24 -89 18.75

Narratives:
Disp.:  FR-FIRE RESPONDED
Zones - Law: S       Fire:  DI      EMS:  AA      Rescue:

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| DIXIE DIX1 | | 2:58:06 PM | 2:58:06 PM | | 3:05:06 PM | 3:23:47 PM |
| DIXIE DIXVFD | | 2:57:15 PM | 2:57:15 PM | | | |

Event Type:  1049 - GENERAL COMPLAINT           Date / Time:   9/27/2017 2:58:39 PM        CAD #:  2017-11440
Event Location Info / Location:   /

Remarks:  RP WANTS A REPORT. ADV THAT SHONTELL MCPHAIL HAS BEEN LIVING WITH HER FOR 26 DAYS. UP
AND LEFT 2 DAYS AGO, AND LEFT HER CAR. SHE WANTS THE CAR OFF HER PROPERTY. 1028 JDI671

Narratives:
RP WAS ADV THAT SHE COULD TOW THE VECH, AND SHE IS DEMANDING A REPORT BECAUSE SH
E DONT WANT TO BE ACCUSED OF STEALING. RAN THE TAG AND NO RECORD AND DOES NOT CO
ME BACK
RP WAS ADV THAT THE OFFICERS WERE ON ANOTHER CALL AND IT WOULD BE A LITTLE WHILE
. SHE WAS OKAY WITH THAT
F11 ADV F70 TO JUST RUN THE VIN AND MAKE SURE THAT THE CAR IS NOT 1084. SHE
CAN HAVE IT TOWED, ALL A CIVAL MATTER
ADV F70 OF CAD CALL 11440 HOLDING
NCIC RESPONSE
37303.
HDI 3291 15:55:01 09/27/17
RR.MSHDI0000.MS0180001.
VIN/1FAFP55UXYA135738
RR.MSLIC0000.MS0180001.*MRI2490773.
**** RECORDS MAINTAINED BY MS TAX COMMISSION ****
LIC/JDG835   LIT/AU EXP/02-2015 ISSUED/02272014 TAG STATUS/1
VIN/1FAFP55UXYA135738  2000 FORD TAU 4D RED
PUR-DTE/11252011 TLE-DTE/01192012 TLE/F016822  TYPE/T
REG/MCPHAIL BRITTNEY & DUSTIN        TLE/MCPHAIL BRITTNEY & DUSTIN
26 TERRELL POLK LANE          26 TERRELL POLK LANE
PRENTISS     MS 39474         PRENTISS     MS 39474
CO/JEFFERSON DAVIS       CO/SIMPSON         #LEINS/1
LEIN/1 DTE/11252011        LEIN/2 DTE/00000000
TITLE CASH INC OF MAGEE
101 1ST AVE SE
MAGEE       MS 39111
DECAL#/5JDG835
Insurance Status/UNCONFIRMED Instructions/Manually Check Insurance Card. When
citing check "[ ] Other Violations" on the UTC enter "63-16-5" in the "Code
Section" space.
MRI 2490785 37303 0025 15:55:03 09/27/17
F17 ADV HE ADVISED THE R/P TO HAVE IT TOWED; ADV HE THINKS THE R/P IS TRYING TO
KEEP THE VEH AS COLLATERAL AND WANTS THE SHERIFF'S OFFICE TO OKAY IT.

Disp.:  NR-NO REPORT
Zones - Law: S       Fire:  DI      EMS:  AA      Rescue:

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| SHERIFF F17 | | 3:44:17 PM | 3:44:17 PM | 3:44:21 PM | 3:51:49 PM | 4:01:28 PM |

CLT-HOWARD-000907

Event Type:  1032 - FOLLOW UP                     Date / Time:   9/27/2017 3:35:55 PM        CAD #:   2017-11441
Event Location Info / Location:      /
Name:                                    Phone:   ( )  -
Call Location:
Remarks:

Narratives:
        GATES LOCKED
        DROPPED OFF 2 BAGS OF DOG FOOD FOR SOUTHERN PINE ANIMAL SHELTER

Disp.:  NR-NO REPORT
Zones - Law:  S       Fire:  DI       EMS:  AA   Rescue:
Responding Unit(s)                    Case / Run #        Received      Dispatched    Enroute       On-Scene     Cleared Call
SHERIFF F52                                              3:36:15 PM    3:36:15 PM   3:36:15 PM   3:36:15 PM   3:57:48 PM

Event Type:  1032 - FOLLOW                                           9/27/2017 3:47:56 PM      CAD #:   2017-11442

Name:                                    Phone:   ( )  -
Call Location:
Remarks:

Narratives:
        FL GEQ134-- NCIC HIT OUT OF TUSCALOOSA
        F51 ADV HE KNOCKED ON THE DOOR AND HEARS DOGS BARKING BUT NO ONE COMING TO DOOR
        F11 ADV HE'S WITH THE UHAUL MANAGER HERE AND HE SHOWS THE TRAILER WAS STOLEN OF
        F THE LOT IN TUSCALOOSA; ADV HE'S GOING TO HAVE THE MANAGER COME PICK THE TRAIL
        ER UP.
        NCIC RESPONSE
        -------------------------- HIT NOTIFICATION -----------------------------------
        -------------------------- RUN BY USER: H26283 --------------------------------
        37302.
        NCIC 21595 15:59:26 09/27/17
        1L0103TR,MRI2491404
        MS0180001
        MKE/STOLEN VEHICLE
        ORI/AL0630100 LIC/GEQ134 LIS/FL LIY/2018 LIT/TL
        VIN/14HU12201YCAT5040 VYR/2000
        VMA/UHAU VMO/TL VST/AC VCO/RED DOT/20170712
        OCA/170712168
        OPT/OUT
        NIC/V699352837 DTE/20170712 2022 EDT DLU/20170712 2022 EDT
        ORI IS TUSCALOOSA PD 205 349-2121
        IMMED CONFIRM RECORD WITH ORI
        MRI 2491407 37302 0007 15:59:26 09/27/17
        NCIC RESPONSE
        37302.
        HDI 3317 15:59:43 09/27/17
        RR.MSHDI0000.MS0180001.
        VIN/2G1WT57K291216156
        RR.MSLIC0000.MS0180001.*MRI2491449.
        **** RECORDS MAINTAINED BY MS TAX COMMISSION ****
        LIC/FTP543    LIT/AU EXP/03-2018 ISSUED/03232017 TAG STATUS/1
        VIN/2G1WT57K291216156   2009 CHEV ILT  4D  BLUE
        PUR-DTE/03222017 TLE-DTE/05102017 TLE/F094891  TYPE/T
        REG/OWENS EDITH              TLE/OWENS EDITH
        206 W 1ST AVE            206 W 1ST AVE
        PETAL       MS 39465     PETAL       MS 39465
        CO/FORREST               CO/FORREST        #/LEINS/0
        LEIN/1 DTE/00000000      LEIN/2 DTE/00000000
        DECAL#/8FTP543
        Insurance Status/UNCONFIRMED Instructions/Manually Check Insurance Card. When
        citing check "[ ] Other Violations" on the UTC enter "63-16-5" in the "Code
        Section" space.

CLT-HOWARD-000908

MRI 2491460 37302 0011 15:59:45 09/27/17
ADV TUSCALOOSA PD OF PLAN TO RELEASE VEH U UHAUL, SHE ADV THAT WAS FINE; THEIR
CID OFFICER HAS ALREADY LEFT FOR THE DAY BUT SHE WILL LET THEM KNOW TO CONTACT U
S TOMORROW.
NOTIFIED F35
HIT CONFIRMED
NCIC RESPONSE
37303.
DMVWS 8593 16:08:16 09/27/17
DR.MSOLN0000.MS0180001.
OLN/801893453

OLN/801893453    CLASS/Regular Operator
BRACKMAN     ANGELA    DARLENE
2705 GLENDALE AVE          HATTIESBURG  MS 394010000
RAC/W   SEX/F EYE/Brown  HAI/Brown   HGT/503    WGT/110
~~SOC/307 37 2307 DOB 14000210 AGE 240 0420~~
RESTRICTIONS/NONE    ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:Suspended       STATUS CDL:UNLICENSED
** END OF DRIVERS HISTORY **
MRI 2492431 37303 0026 16:08:17 09/27/17
NCIC HIT-COLUMBIA PD-- ANGELA BRACKMAN
NCIC RESPONSE
37303.
DMVWS 8635 16:11:16 09/27/17
DR.MSOLN0000.MS0180001.
OLN/426391267

OLN/800558078   CLASS/Regular Operator
OWENS      THOMAS    MICHAEL
3317 W 4TH ST 31          HATTIESBURG  MS 394010000
RAC/W   SEX/M EYE/Brown  HAI/Brown   HGT/510    WGT/175
~~SOC block~~
RESTRICTIONS/NONE    ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:Suspended       STATUS CDL:UNLICENSED
CONVICTED OF          OCCUR-DT CONV-DT COM/HAZ ACC ENF-AGENCY      DISP
DUI 1ST OFFENSE       050416  062116 N N    N Magee PD       GLT
** END OF DRIVERS HISTORY **
MRI 2492736 37303 0027 16:11:17 09/27/17
UHAUL REPRESENTATIVE 1023
COLUMBIA ADV HIT IS NOT VALID- IT IS ON THE LIST TO BE REMOVED.

**Disp.:** RO-REPORT ON FILE

**Zones - Law:** N    **Fire:** NF    **EMS:** AA   **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| SHERIFF F11 | | 4:38:34 PM | 4:38:34 PM | 4:38:34 PM | 4:38:34 PM | 4:38:47 PM |
| SHERIFF F51 | | 3:48:05 PM | 3:48:05 PM | 3:48:05 PM | 3:48:05 PM | 4:38:45 PM |

**Event Type:** ASSAUL - ASSAULT     ▮▮▮▮      9/27/2017 4:19:31 PM      **CAD #:** 2017-11443

**Event Location Info / Location:** ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮  **Phone:** ▮▮▮▮

**Remarks:** BOYFRIEND (DAVID BATSON) AND HIS BROTHER (JOHN BATSON) WEREFIGHTING; JOHN JUMPED ON
DAVID IN THE CAMPER & WENT BACK TO HIS TRAILER; ADV DAVID HAS A CUT ON HIS EYE BUT
REFUSED AAA

**Narratives:**
EVERYONE CODE4, EVERYONE IS SEPERATED AND NO ONE WANTS TO A REPORT

**Disp.:** NR-NO REPORT

**Zones - Law:** E    **Fire:** SU    **EMS:** AA   **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| SHERIFF F19 | | 4:38:56 PM | 4:38:56 PM | | 4:40:06 PM | 4:49:44 PM |
| SHERIFF F52 | | 4:23:10 PM | 4:23:10 PM | 4:30:26 PM | | 4:38:41 PM |

CLT-HOWARD-000909

**Event Type:** LIFT - LIFT ASSISTANCE     **Date / Time:** 9/27/2017 4:33:37 PM     **CAD #:** 2017-11444

**Name:** LIFT ASSIST     **Phone:** (601)467-7052
**Call Location:** 31 MORROW RD
**Remarks:** LIFT ASSIST-- APPROX 360-370 LBS

**Narratives:**
AAA 1017 ALSO
AAA 1023

**Disp.:** NR-NO REPORT
**Zones - Law:** S     **Fire:** DI     **EMS:** AA     **Rescue:**

| Responding Unit(s) | Case / Run # | Received | Dispatched | Enroute | On-Scene | Cleared Call |
|---|---|---|---|---|---|---|
| DIXIE DIX1 | | 4:37:55 PM | 4:37:55 PM | 4:37:55 PM | 4:46:23 PM | 5:03:14 PM |
| DIXIE DIXVFD | | 4:34:42 PM | 4:34:42 PM | | | |
| SHERIFF F114 | | 4:47:59 PM | 4:47:59 PM | 4:47:59 PM | 4:47:59 PM | 5:03:24 PM |
| SHERIFF F17 | | 4:40:23 PM | 4:40:23 PM | 4:40:27 PM | 4:41:08 PM | 5:03:27 PM |

**Event Type:** 1050 - MOTOR VEHICLE ACCIDENT     **Date / Time:** 9/27/2017 5:14:04 PM     **CAD #:** 2017-11445
**Event Location Info / Location:** / RAWLS SPRINGS RD
**Name:** SMITH, BONNIE     **Phone:** (601)606-6825

**Remarks:** 2 VEHICLES WITH INJURIES

**Narratives:**
RP ADV SHE WAS REAR ENDED
RP ADV SHE IS NEAR THE CHURCH ON RAWLS SPRINGS RD
AAA IS 1023
NCIC RESPONSE
37303.
DMVWS 9484 17:32:52 09/27/17
DR.MSOLN0000.MS0180001.
OLN/802459355
OLN/802459355  CLASS/Regular Operator
MCARN    SEAN    DUNCAN
                SEMINARY    MS 394790000
RAC/W  SEX/M EYE/Hazel  HAI/Brown   HGT/601    WGT/240

RESTRICTIONS/NONE    ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:Licensed      STATUS CDL:UNLICENSED
CONVICTED OF        OCCUR-DT  CONV-DT COM/HAZ ACC ENF-AGENCY        DISP
SPEEDING 20 OVER MPH   110516  012417 N N    N Hattiesburg PD    GLT
** END OF DRIVERS HISTORY **
MRI 2500119 37303 0045 17:32:53 09/27/17
NCIC RESPONSE
37303.
HDI 3766 17:34:35 09/27/17
RR.MSHDI0000.MS0180001.
VIN/1G6DM577340183232
RR.MSLIC0000.MS0180001.*MRI2500235.
**** RECORDS MAINTAINED BY MS TAX COMMISSION ****

VIN/1G6DM577340183232   2004 CADI CTS 4D0 WHITE
PUR-DTE/04182008 TLE-DTE/05122008 TLE/C256378  TYPE/T
REG/HARPER JAMES R OR EATON BONNIE    TLE/HARPER JAMES R OR EATON BONNIE
                7 COOKSEY LANE
HATTIESBURG    MS 394029165    HATTIESBURG   MS 39402
CO/FORREST        CO/FORREST          #LEINS/1
LEIN/1 DTE/04182008       LEIN/2 DTE/00000000
SOUTHERN MISSISSIPPI FEDERAL C
3318 HARDY STREET
HATTIESBURG   MS 39401
DECAL#/8FRR728

CLT-HOWARD-000910

Insurance Status/CONFIRMED Insurer/Shelter Mut Ins Co
Policy/23-1-009732825-0001
MRI 2500240 37303 0048 17:34:36 09/27/17
NCIC RESPONSE
37303.
DMVWS 9506 17:34:50 09/27/17
DR.MSOLN0000.MS0180001.
OLN/801080088
OLN/801080088   CLASS/Regular Operator
SMITH        BONNIE      CLAIRE
                HATTIESBURG  MS 394020000
RAC/W  SEX/F  EYE/Green  HAI/Brown  HGT/504   WGT/156

RESTRICTIONS/NONE   ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:Licensed     STATUS CDL:UNLICENSED
** END OF DRIVERS HISTORY **
MRI 2500286 37303 0049 17:34:50 09/27/17
F57 ADV NIL FOR THE  CHEV AND PEANUTS OWNERS REQUEST FOR THE CADI
PEANUT'S 10-23
MARTINS 1023

**Disp.:** FR-FIRE RESPONDED

| Zones - Law: N | Fire: RS | EMS: AA | Rescue: | | | | |
|---|---|---|---|---|---|---|---|
| **Responding Unit(s)** | **Case / Run #** | **Received** | **Dispatched** | **Enroute** | **On-Scene** | **Cleared Call** | |
| SHERIFF F57 | | 5:16:47 PM | 5:16:47 PM | 5:17:10 PM | 5:24:25 PM | 6:17:39 PM | |
| RAWLS SPRING RSP1 | | 5:16:26 PM | 5:16:26 PM | 5:16:26 PM | 5:19:05 PM | 6:12:00 PM | |
| RAWLS SPRING RSPVFD | | 5:16:13 PM | 5:16:13 PM | | | | |

| **Event Type:** THREAT - THREAT OF ANY KIND | **Date / Time:** | 9/27/2017 6:58:27 PM | **CAD #:** 2017-11446 |
|---|---|---|---|

**Event Location Info / Location:**
**Name:** VALENTINE, VICTORIA     **Phone:** (228)355-4219

**Remarks:** FRED WHELLIS IS THE RP'S ROOMMATE AND HE MADE THREATS TOWARD HER AND SHE IS WANTING TO SPEAK TO AN OFFICER.

**Narratives:**
F114 ADV THEY HAVE BEEN ADV TO GO TO JUSTICE COURT TO HANDLE EVERTHING.

**Disp.:** NR-NO REPORT

| Zones - Law: S | Fire: MC | EMS: AA | Rescue: | | | | |
|---|---|---|---|---|---|---|---|
| **Responding Unit(s)** | **Case / Run #** | **Received** | **Dispatched** | **Enroute** | **On-Scene** | **Cleared Call** | |
| SHERIFF F114 | | 7:07:22 PM | 7:07:22 PM | 7:07:26 PM | 7:07:57 PM | 7:41:19 PM | |
| SHERIFF F37 | | 7:30:21 PM | 7:30:21 PM | 7:30:21 PM | 7:30:21 PM | 7:40:46 PM | |

| **Event Type:** 1062 - AMBULANCE REQUEST | **Date / Time:** | 9/27/2017 7:15:41 PM | **CAD #:** 2017-11447 |
|---|---|---|---|

**Event Location Info / Location:**
**Name:** HEART PATIENT     **Phone:**
**Call Location:**
**Remarks:** 67 YOA MALE WITH A PACE MAKER FELL AND IS BLEEDING FROM THEINCISION

**Narratives:**
**Disp.:** FD-FIRE DID NOT RESPOND

| Zones - Law: E | Fire: MA | EMS: AA | Rescue: | | | | |
|---|---|---|---|---|---|---|---|
| **Responding Unit(s)** | **Case / Run #** | **Received** | **Dispatched** | **Enroute** | **On-Scene** | **Cleared Call** | |
| MACEDONIA MACVFD | | 7:20:09 PM | 7:20:09 PM | | | | |

| **Event Type:** 1046 - GENERAL ALARM | **Date / Time:** | 9/27/2017 8:48:08 PM | **CAD #:** 2017-11448 |
|---|---|---|---|

**Event Location Info / Location:** SECURITY BLANKET 8004344000 / 97 WELDY RD
**Name:** MCNAIR, SHARCCARA     **Phone:** (601)329-4374
**Call Location:** REF# 1769610 OPR# SP11
**Remarks:** PANIC ALARM SILENT NEGATIVE CONTACT

**Narratives:**
ALARM COMPANY CALLED AGAIN CONCERNING THE SAME SIGNAL FOR ANOTHER ALARM
F114 ADV THAT THE HOMEOWNER STATED THAT HER ALARM WASNT ON

CLT-HOWARD-000911

**Disp.:**  NR-NO REPORT

| Zones - Law: S | Fire:  DI | EMS:  AA | Rescue: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Responding Unit(s) | | Case / Run # | Received | Dispatched | Enroute | | On-Scene | Cleared Call |
| SHERIFF F114 | | | 8:51:09 PM | 8:51:09 PM | 8:51:12 PM | | 9:09:37 PM | 9:15:07 PM |

**Event Type:**  1046 - GENERAL ALARM          **Date / Time:**  9/27/2017 10:09:01 PM          **CAD #:**  2017-11449

**Event Location Info / Location:**  / 97 WELDY RD

**Name:**  SHARCARRA MCNAIR          **Phone:**  (601)329-4374

**Call Location:**  14 PITTS RD

**Remarks:**  SECURITY BLANKET OPER # SD09 ADV SILENT PANIC ALARM.  NEG CONTACT ON SCENE.  8004344000
REF 1769610

**Narratives:**
F114 ADV 6015281696 BELONGS TO SHARA CARRA
F114 ADV THAT THEY SPOKE WITH THE ALARM COMPANY & THAT THERE SHOULDNT BE ANY CAL
LS COMING FROM THERE ANYMORE.

**Disp.:**  NR-NO REPORT

| Zones - Law: S | Fire:  DI | EMS:  AA | Rescue: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Responding Unit(s) | | Case / Run # | Received | Dispatched | Enroute | | On-Scene | Cleared Call |
| SHERIFF F114 | | | 10:12:09 PM | 10:12:09 PM | 10:13:47 PM | | 10:20:34 PM | 10:28:16 PM |

**Total Records:** 36

CLT-HOWARD-000912

## Affidavit (Exhibit 1)

491-357

AFFIDAVIT — JUSTICE COURT

(8) Jn 9/20

THE STATE OF MISSISSIPPI, FORREST COUNTY

Before me, T. K. Scott , a Justice Court Clerk of said County and State, DEPUTY CASEY SUMRALL makes oath that DARIOUS LEGGETT

City: HATTIESBURG St.: MS Zip Code: 39401

on or about the 18TH day of SEPT. , A.D., 2017 .

in the _____ said District of said County and State and did willfully and unlawfully

— DISORDERLY CONDUCT

DEPUTY SUMRALL MADE CONTACT WITH MR. LEGGETT AT HIS HOME IN REGARDS TO THE WELFARE OF HIS DOG. DEPUTY SUMRALL ASKED MR. LEGGETT TO PROVIDE PROOF THAT THE DOG HAD FOOD, AT WHICH POINT MR. LEGGETT WENT INSIDE. DEPUTY SUMRALL FOLLOWED AT THAT POINT MR. LEGGETT STOPPED IN DEPUTY SUMRALL'S FACE. DEPUTY SUMRALL REQUESTED MR. LEGGETT TO PLACE HIS HANDS BEHIND HIS BACK, AT WHICH POINT HE REFUSED.

against the peace and dignity of the State of Mississippi.

Signed _____

Sworn to and subscribed before me, the ____ day of SEPTEMBER

EXHIBIT 1

## Affidavit (Exhibit 2)

491-358

AFFIDAVIT — JUSTICE COURT

(8) Jn 9/20

THE STATE OF MISSISSIPPI, FORREST COUNTY

Before me, T. K. Scott , a Justice Court Clerk of said County and State, DEPUTY CASEY SUMRALL makes an oath

Soc. Sec. #:

Street Address

City: HATTIESBURG St.: MS Zip Code: 39401

Telephone #:

on or about the 18TH day of SEPT. , A.D., 2017 .

in the _____ said District of said County and State and did willfully and unlawfully

— RESISTING ARREST

DEPUTY SUMRALL ATTEMPTED TO PLACE HANDCUFFS ON MR. LEGGETT, AT WHICH POINT HE RESISTED AND JUMPED OFF THE PORCH.

against the peace and dignity of the State of Mississippi.

Signed _____

Sworn to and subscribed before me, the ____ day of SEPTEMBER

EXHIBIT 2



TRUE AND CORRECT COPY

CLT-HOWARD-000945

## Left Affidavit

471.365

② gu 9/25

**AFFIDAVIT — JUSTICE COURT**

**THE STATE OF MISSISSIPPI, FORREST COUNTY**

Before me, __TK Scott__, a Justice Court Clerk

of said County and State, __BLAKE BASS__

makes an oath that __Antrinette Leggett__

City __Hattiesburg__ St.: __MS__ Zip Code: __39401__

Telephone #: __601.297.0291__

on or about the __27__ day of __Sept__ A.D. __2017__,

in the __18th__ said District of said

County and State and did willfully and unlawfully

Disorderly Conduct Failure to comply

follow orders by Deputy
BLAKE BASS and refused to obey ords
when Deputy
Bass and Surveau attempted to
arrest her son. She continued to
disobey lawful orders and interfered
with law enforcement.

against the peace and dignity of the State of Mississippi.

Signed: _____

Sworn to and subscribed before me, the __2__ day of __September__ A.D. __2017__

'TRUE AND CORRECT COPY'

## Right Affidavit

471.364

② gu 9/25

**AFFIDAVIT — JUSTICE COURT**

**THE STATE OF MISSISSIPPI, FORREST COUNTY**

Before me, __TK Scott__, a Justice Court Clerk

of said County and State, __BLAKE BASS__

makes an oath __Antrinette Leggett__

Soc. Sec. #: 4

Street Address

City: __Hattiesburg, MS__ St.: __MS__ Zip Code: __39401__

Telephone #:

on or about the __27__ day of __Sept__ A.D. __2017__,

in the __18th__ said District of said

County and State and did willfully and unlawfully

Resisting Arrest

While Deputy Bass attempted
to arrest Antrinette Leggett.
She resisted and disobeyed
orders given. Took Deputy
Bass multiple times
to place handcuffs on
Mrs. Leggett.

against the peace and dignity of the State of Mississippi.

Signed: _____

Sworn to and subscribed before me, the __27__ day of __September__ A.D. __2017__

CLT-HOWARD-000946

AFFIDAVIT — JUSTICE COURT

THE STATE OF MISSISSIPPI, FORREST COUNTY

Before me, _TF Scott_ , a Justice Court Clerk

of said County and State. _BLACE BASS_

makes an oath _Selena Howard_

Soc. Sec. #:

Street Address:

City: _Hattiesburg_  St.: _MS_  Zip Code: _39401_

Telephone #:

on or about the _27_ day of _Sept_ A.D. _2017_,

in the _18th_ said District of said

County and State and did willfully and unlawfully

_SIMPLE CRUELTY_

_97-41-16 (2)(A)_

_NEGLECT THREE_

_DOMESTICATED DOGS_

_OF ADEQUATE SHELTER_

_FOOD OR WATER_

against the peace and dignity of the State of Mississippi.

Signed: _Blake Bass F70_

Sworn to and subscribed before me, the _27_ day of _September_

A.D. _2017_

CLT-HOWARD-000947

ekk

 

# FORREST COUNTY SHERIFF'S OFFICE

55 Arena Drive
Hattiesburg MS, 39401
601-544-7800

Case Number:   201711423                                    ORI #: MS0180000

| Additional | SCANNED DOCUMENTS | | |
|---|---|---|---|
| Description: | COURT SUMMON | Filename/URL: | |
| Description: | NOTICE OF SEIZURE | Filename/URL: | |
| Description: | NOTICE OF SEIZURE 2 | Filename/URL: | |
| Description: | ORDER OF SEIZURE | Filename/URL: | |
| Description: | Use of Force 2 of 2 | Filename/URL: | |
| Description: | Use of Force Report 1 of 2 | Filename/URL: | |



EXHIBIT
3

CLT-HOWARD-000001

**FORREST COUNTY**
**SHERIFF'S DEPARTMENT**
**BILLY McGEE, SHERIFF**

PID ▲

Incident Number ▲

Arrest Number ▲

JUVENILE ▲

**CUSTODY REPORT**

| 1. Name of Person Arrested (Last, First, Middle)   ▲ | 2. Alias or Nickname ▲ | Right Thumb Print |
|---|---|---|
| LEGGETT   ANTRINETTE | | |

| 3. Address of Defendant ▲   Number and Street | 4. Home Phone No. |
|---|---|
| Hattiesburg MS | |

| 5. Occupation and Employer | 6. Social Security Number ▲ |
|---|---|

| 7. Driver's License State? | 8. Driver's License Number? | 9. Driver's License Type? | 10. Driver's License Expiration Date? | Mo | Day | Yr |
|---|---|---|---|---|---|---|

| 11. Age | 12. Sex | 13. Race | 14. ☐ Hispanic ☑ Non Hispanic | 15. Height ▲ | 16. Weight ▲ | 17. Hair ▲ | 18. Eyes | 19. Scars, Marks, Tattoos and Amputations |
|---|---|---|---|---|---|---|---|---|
| 37 | F | B | | 5'4" | 170 | BLK | BRN | Multi TATS |

| 20. Date of Birth ▲ | 21. Place of Birth (City & State) | 22. Contact in Event of Emergency | | 23. Relationship |
|---|---|---|---|---|
| | MS | DARIOS LEGGETT | | SON |

| 24. Contact's Address   Number and Street | City and State | 25. Home Phone | 26. Business Phone | Lodger/Minutes |
|---|---|---|---|---|
| SAME AS DEF | | | | |

| 27. Date of Arrest ▲ | 28. Time of Arrest | 29. Location of Arrest ▲ | | 30. Boat ▲ | 31. Gnd ▲ | PLEA |
|---|---|---|---|---|---|---|
| 9.27.17 | 0824 | 1348 ELKS LAKE RD | | | | |

| 32. Charge/Offense | | 33. Incident Number | 34. Court Date/Time | 35. Bond Amount | 36. Disp. ▲ |
|---|---|---|---|---|---|
| Disorderly Conduct Failure to comply | ☑ Fel ☐ Misd. ☐ Traf | | | | |

| 37. Charge/Offense | | 38. Incident Number | 39. Court Date/Time | 40. Bond Amount | 41. Disp. ▲ |
|---|---|---|---|---|---|
| Resisting ARREST | ☐ Fel ☑ Misd. ☐ Traf | | | | |

| 42. Charge/Offense | | 43. Incident Number | 44. Court Date/Time | 45. Bond Amount | 46. Disp. ▲ |
|---|---|---|---|---|---|
| | ☐ Fel ☐ Misd ☐ Traf | | | | |

| 47. Charge/Offense | | 48. Incident Number | 49. Court Date/Time | 50. Bond Amount | 51. Disp. ▲ |
|---|---|---|---|---|---|
| | ☐ Fel ☐ Misd ☐ Traf | | | | |

52. REMARKS COURT USE ONLY:

| 53. | ☐ Released, No Charge | ☐ Released, Time Served | 54. Detention: Date/Time | 55. Total Bond | 56. Court JUSTICE |
|---|---|---|---|---|---|
| CUSTODY STATUS | ☐ Released, Summons | ☐ Juvenile Shelter | 57. Released: Date/Time | 58. Check Item(s) That Apply To Defendant | |
| | ☐ Pre-Trial Release | ☐ Juvenile Detention | | ☐ Drinking  ☐ Drugs  ☐ Cooperative | |
| | ☐ Cash Bail Receipt | ☐ Municipal Jail | | ☐ Drunk  ☑ Resistive  ☐ Belligerent | |
| | ☐ Bond Co. | ☑ County Jail  ☐ Fine Receipt | | | |

| 59. Individual Armed? No | 60. Weapon   Brand   Model   Cal/Size | 61. Serial No. | 62. Arresting Officer ▲ No. F7U Name: BASS |
|---|---|---|---|
| 63. How Arrest Was Made   On View   On Call   Warrant Warrant By. Warrant Number ▲   Warrant Date | | 64. Assisting Officers (No. & Name) ▲ F17 SUMRALL | |

| 65. Other Person(s) Arrested for Same Offense | 66. Vehicle Yes see Property Sheet No | 67. Property Yes No | 68. Phone Call Yes   No   Refused |
|---|---|---|---|

| 69. Defendants Rights Given By | Date | Time | Place | 70. Witness |
|---|---|---|---|---|

| 71. Vehicle Type | 72. Make Code | 73. Model | 74. Year: | 75. Vehicle Tag No.: |
|---|---|---|---|---|

| 76. State | 77. Year | 78. Type: | 79. Style: | 80. Colors: | 81. Vin. |
|---|---|---|---|---|---|

| 82. Wrecker (if towed) | 83. Wrecker Unit No. | 84. Location Stored: |
|---|---|---|

| 85. Hold Day | 86. Employee | 87. Released By: |
|---|---|---|

| 88. Released To: | 89. Date: |
|---|---|

| Reporting Officer No. F7U Name BASS | 91. Division PATROL | 92. Reviewing Supervisor No.   Name |
|---|---|---|

Date Entry Completed
Page _____ of _____

CLT-HOWARD-000002

# FORREST COUNTY DETENTION CENTER

**Facility Admission Report**

55 ARENA DR--HATTIESBURG, MS 39401
Phone: (601) 544-7800

| | | | | | |
|---|---|---|---|---|---|
| **Booking #** | **Jacket#** | **Offender Name:** LEGGETT, ANTRINETTE | | **Maiden Name:** | |
| 2012170552 | 72327 | **Alias:** | | **Religion:** UNKN | |
| | | **SSN:** | | **Date of Birth:** | |
| | | **Birth Place:** MS | | **Age:** 39 | |
| | | **Address:** | | **Marital Status:** | |
| | | **City:** HATIESBURG | | **# of Children:** 0 | |
| | | **State:** MS | | **Nationality:** American | |
| | | **Zip Code:** 39401 | | **US Citizen:** ☑ | |
| | | **Phone:** | | | |
| | | **Occupation:** | | | |

| | | | |
|---|---|---|---|
| **Sex:** Female | | **Hair Color:** Black | |
| **Race:** Asian | | **Eye Color:** Brown | |
| **Height:** 5' 4" | | **Complexion:** FAR | |
| **Weight (lbs.):** 170 | | **Build:** L | |
| **LEGGETT, ANTRINETTE** | **Other Features:** N/A | | |

| | |
|---|---|
| **Arresting Authority:** FORREST COUNTY SHERIFF'S OFFICE | **Telephone Call:** YES |
| **Arresting Officer:** BASS BLAKE | **Number Called:** (601) 447 - 4692 |
| **Searching Officer:** CARTER SONGE | **Cell Assignment:** |
| **Booking Officer:** CARTER, SONGE | **Classification:** MISDEMEANOR |
| **Book Date/Time:** 09/27/2017 09:38 | **County of Charge:** Forrest |
| **Last Rebook Date/Time:** | **Billing Agencies:** |
| **Booking Assistant Officer(s)** | |

---

**Property Storage Location(s):  PROPERTY ROOM**

---

**Contact Information**

| Relation | Name | Address | Phone | Emergency |
|---|---|---|---|---|
| SON | DARIOS LEGGETT | | | ☑ |

---

**Current Charges**

| Case #: | | | Case Bond Type: | | Case Bond Amount: | | |
|---|---|---|---|---|---|---|---|
| **Charge Case #** | **Charge Code** | **Counts** | **Charge Description** | | **Citation/Control # Charge Bond** | | **Amount** |
| | 97-35-7 | 1 | DISORDERLY CONDUCT-FAILURE TO COMPLY WITH POLIC | | | | $0.00 |
| | 97-9-73 | 1 | RESISTING ARREST | | | | $0.00 |

I certify that the above information is correct to the best of my knowledge.

_____          _____
Offender Signature                                      Staff Signature



# FORREST COUNTY SHERIFF'S OFFICE
55 Arena Drive
Hattiesburg MS, 39401
601-544-7800



Case Number:   201711423                    ORI #: MS0180000

| Day / Date / Time ( Reported ) | Day / Date / Time ( Arrived ) | Day / Date / Time ( Cleared ) |
|---|---|---|
| Wednesday, September 27, 2017 8:17 AM | Wednesday, September 27, 2017 8:18 AM | Wednesday, September 27, 2017 11:02 AM |
| Day / Date ( of Occurrence ) | To: | |
| Wednesday, September 27, 2017 8:18 AM | Wednesday, September 27, 2017 11:02 AM | |
| Location of Occurrence | Zone | Municipality |
| ███████████ | | |
| HATTIESBURG, MS 39401 | | |
| Reporting Officer: | Case Status: | |
| BASS, BLAKE DEPUTY [] | OPEN | |

Crime(s):
1.)   97-41-1 ANIMAL CRUELTY
2.)   97-35-7 DISORDERLY CONDUCT: FAILURE TO COMPLY W / COMMAND OF LAW ENFORCEMENT
3.)   97-9-73 RESISTING / OBSTRUCTING ARREST - SIMPLE ASSAULT

| Copies To: | Follow up ?: |
|---|---|
| ☐ Folder | ☐ Yes |
| ☐ Detective | ☐ No |
| ☐ Juv. Prob. | |
| ☐ D. A. | |
| ☐ Other: _____ | |

## Victim

1   Name - ( Last, First, Middle )
    STATE OF MISSISSIPPI,
    Victim of : 1: 97-41-1 ANIMAL CRUELTY

## Modus.Operandi / Crime Analysis

There is no "Modus Operandi / Crime Analysis" info. for this case.

CLT-HOWARD-000004

 

# FORREST COUNTY SHERIFF'S OFFICE
55 Arena Drive
Hattiesburg MS, 39401
601-544-7800

Case Number:   201711423                          ORI #: MS0180000

| Arrestee | | |
|---|---|---|

**1**

| Name - ( Last, First, Middle ) | Occupation: | Social Security #      Citizenship |
|---|---|---|
| LEGGETT, ANTRINETTE | | |
| Address ████ HATTIESBURG, MS 39401 | Phone(s)  HOME: ████ | Drivers License Info. ( State / # / Class ) |

| D.O.B.: ████ | Age:   37 | Sex:   F | Race:  BLACK OR AFRICAN AMERICAN |
|---|---|---|---|
| Height:   5-04 | Weight: 170 | Hair:  BLACK | Eyes:  BROWN |

| Arrested For:   1: 97-35-7 DISORDERLY CONDUCT: FAILURE TO COMPLY W / COMMAND OF LAW ENFORCEMENT | Date Arrested 9/27/2017 8:17:00 AM |
|---|---|
| 2: 97-9-73 RESISTING / OBSTRUCTING ARREST - SIMPLE ASSAULT | Arrested By: |

**2**

| Name - ( Last, First, Middle ) | Occupation: | Social Security #      Citizenship |
|---|---|---|
| LEGGETT, DARIOUS | | |
| Address ████ HATTIESBURG, MS 39401 | Phone(s)  HOME: 1-(601) 297-0291 | Drivers License Info. ( State / # / Class ) |

| D.O.B.: ████ 1996 | Age:   21 | Sex:   M | Race:  BLACK OR AFRICAN AMERICAN |
|---|---|---|---|
| Height:   - | Weight: | Hair:  BLACK | Eyes:  BROWN |

| Arrested For:   1: 97-35-7 DISORDERLY CONDUCT: FAILURE TO COMPLY W / COMMAND OF LAW ENFORCEMENT | Date Arrested 9/27/2017 8:17:00 AM |
|---|---|
| 2: 97-9-73 RESISTING / OBSTRUCTING ARREST - SIMPLE ASSAULT | Arrested By: |

| Suspect | | |
|---|---|---|

**1**

| Name - ( Last, First, Middle ) | Occupation: | Social Security #      Citizenship |
|---|---|---|
| HOWARD, SELENA | | |
| Address ████ HATTIESBURG, MS 39401 | Phone(s)  HOME: 1-(601) 297-0291 | Drivers License Info. ( State / # / Class ) |

| D.O.B.: ████ | Age:   21 | Sex:   F | Race:  WHITE |
|---|---|---|---|
| Height:   - | Weight: | Hair: | Eyes: |

| Suspected Of:   1: 97-41-1 ANIMAL CRUELTY |
|---|

CLT-HOWARD-000005




# FORREST COUNTY SHERIFF'S OFFICE
55 Arena Drive
Hattiesburg MS, 39401
601-544-7800

Case Number:    201711423                    ORI #: MS0180000

| Narrative(s) |
|---|

Assigned: 9/28/2017 05:03                to officer: BASS, BLAKE DEPUTY
Approved: 10/10/2017 09:49              by: ADAMS, MATT

On 09-27-2017 at approximately 0800 hours I, Deputy Bass and Deputy Sumrall conducted a welfare check at ▮▮▮▮▮▮▮▮▮ in reference to three dogs. A Forrest County employee from District One called in to report that the dogs were being neglected.

Upon arrival on scene, we came in contact with Selena Howard and Antrinette Leggett concerning the dogs. After discussing the situation, Ms. Howard stated that the dogs were hers and they were just bad on their luck. Darious Leggett then came out with being disruptive and immediately was aggressive towards both deputies.

Mr. Leggett came from the porch area and continued to be aggressive and curse at both Deputies. He did although, undo one of the dogs from a tree it was chained too, where it did not have any food or water. Mr. Leggett stated that they were bad on their luck and that the dogs were fine. He did try and show deputies that he had food ,but the bucket he showed deputies had no food in it. Deputies continued to try and calm down Mr. Leggett and the whole situation as a whole.

Mr. Leggett continued to be aggressive, at which point we attempted to arrest the subject but he attempted to fight with Deputies. His mother,Antrinette, wedged herself in between Deputies and her son to prevent the arrest. She also disobeyed lawful orders by both Deputies and continued to push and shove, at which point Mr. Leggett put his hands on Deputy Sumrall to push him away. I Deputy Bass, deployed my Taser and hit Mr. Leggett in the groin area. He immediately fell and still resisted to comply with Deputies commands. I Deputy Bass turned towards Ms. Leggett to attempt to arrest her at which point she continued to resist and be aggressive.

Both subjects were arrested for Disorderly Conduct: Failure to Comply and Resisting Arrest. Mr. Leggett was released to Triple A ambulance service to be transported to Forrest General Hospital. He was post-arrested on his charges from the incident. Ms. Leggett was taken to the Forrest County Jail and booked in on her charges.

At that point the dogs stayed at the address with the owner Selena Howard. I Deputy Bass then went to the Forrest County Justice Court concerning the dogs. I acquired a order of seizure for the dogs to be taken by Southern Pines Animal Shelter on 09-28-2017 as seen in the scanned documents. Ms. Howard is also post-arrested for simple cruelty for the dogs at ▮▮▮▮▮▮▮▮▮ Nothing further to report at this time.

*************************************************End of Report***********************************************************

CLT-HOWARD-000006





# FORREST COUNTY SHERIFF'S OFFICE
55 Arena Drive
Hattiesburg MS, 39401
601-544-7800

Case Number:    201711423

ORI #: MS0180000

To protect confidential personal information of any witness or victim in this report, this printed document including, but not limited to, an address, telephone number, driver's license or identification Card number, social security number, date of birth, etc..., is to be destroyed when valueless.

| Victim | | | |
|---|---|---|---|
| 1 | Name - ( Last, First, Middle )<br>STATE OF MISSISSIPPI,<br>Address<br>HATTIESBURG, MS 39401 | Occupation<br><br>Phone<br>HOME: 1-(601) 544-7800 | Social Security #        Citizenship<br><br>Drivers License Info. ( State / # / Class ) |
| | D. O. B.:         Age:    UNK<br>Height:          Weight: | Sex: U<br>Hair: | Race:<br>Eyes: |

CLT-HOWARD-000007