# In The Matter Of:

*Selena Howard, et al. v*
*Forrest County, et al.*

---

*Antrinet Leggett*
*April 27, 2020*

---



601-573-0961
amanda@awreporting.net



EXHIBIT
**F**

*Min-U-Script® with Word Index*

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                      EASTERN DIVISION

 3   SELENA HOWARD, DARIOUS LEGGETT; AND
     ANTRINET LEGGETT                         PLAINTIFFS
 4
     VERSUS                      NO. 2:19-CV-84-KS-MTP
 5
     FORREST COUNTY; CHEY SUMRALL
 6   INDIVIDUALLY AND IN HIS
     OFFICIAL CAPACITY; BLAKE BASS,
 7   INDIVIDUALLY AND IN HIS OFFICIAL
     CAPACITY                          DEFENDANTS
 8

 9   ****************************************************

10
               DEPOSITION OF ANTRINET LEGGETT
11                VIA ZOOM VIDEO CONFERENCE

12
     ****************************************************
13

14              APPEARANCES NOTED HEREIN

15
                  DATE: APRIL 27, 2020
16             PLACE: ZOOM VIDEO CONFERENCE
                   TIME: 11:10 a.m.
17

18

19

20
     REPORTED BY:  AMANDA MAGEE WOOTTON
21               CSR #1238

22   _____

23
                      AW Reporting
24             amanda@awreporting.net
                 338 Indian Gate Circle
25            Ridgeland, Mississippi 39157
```

Page 2

```
 1   APPEARANCES VIA ZOOM VIDEO CONFERENCE:

 2

 3        Christina Smith, Esquire
          Allen, Allen, Breeland & Allen
 4        Post Office Box 751
          Brookhaven, Mississippi
 5        csmith@aabalegal.com

 6

 7        Daniel M. Waide, Esquire
          Johnson, Ratliff & Waide, PLLC
 8        P. O. Box 17738
          Hattiesburg, Ms 39404
 9        dwaide@jhrlaw.net

10        Mary Lee Holmes, Esquire
          Holmes, McLelland & Ferraez, PLLC
11        601 E Central Avenue
          Petal, Mississippi 39465-2974
12        marylee@hmflawfirm.com

13

14

15

16

17

18

19

20

21   _____

22             AMANDA MAGEE WOOTTON
                    AW REPORTING
23             338 Indian Gate Circle
           Ridgeland, Mississippi  39157
24                (601) 898-9990

25
```

Page 3

```
 1                    * * * * * *

 2              TABLE OF CONTENTS

 3   Appearances                             3

 4   Examination by Ms. Smith                5

 5   Conclusion of Deposition               57

 6   Certificate of Reporter                58

 7   Certificate of Deponent                59

 8   Correction Sheet                       60
```

Appearances — 3
Examination by Ms. Smith — 5
Conclusion of Deposition — 57
Certificate of Reporter — 58
Certificate of Deponent — 59
Correction Sheet — 60

Page 4

```
 1                E X H I B I T S

 2

 3   Exhibit No. 1:   Affidavits             41
```

Page 5

1        * * * * * *
2        ANTRINET LEGGETT,
3    after having first been duly sworn, was
4    examined and testified under oath as follows,
5    to-wit:
6        E X A M I N A T I O N
7    EXAMINATION BY MS. SMITH:
8        Q   Hi, Ms. Leggett.  My name is Christina, and
9    I represent Forrest County and Chey and Blake.  And
10   you can't see Mary Lee, but she's down in the corner,
11   and she represents Chey Sumrall.  I just have a few
12   things to address before we get started.
13       Have you ever been deposed before?
14       A   No, ma'am.  I don't think so.
15       Q   Okay.  So, basically, this is just like
16   you're in court; you're under oath.  I'm just going to
17   ask you some questions, and I just want you to answer
18   honestly for me.
19       Amanda, down there -- her picture -- she's
20   the court reporter, and she takes down everything
21   we're going to say.  So just make sure you answer out
22   loud.  Sometimes I know we have a tendency to nod our
23   head and shake.  But just make sure you say "yes" or
24   "no."  And if you don't understand what I'm asking
25   you, just ask me to rephrase it.  I don't mind.

Page 6

1    Sometimes I ask bad questions, or I say something too
2    quickly, so just let me know.
3        A   Okay.
4        Q   And if you need a break at any time, we can
5    take a break, and we'll just come back on the record.
6        So can you state your full name for the
7    record?
8        A   Antrinet Denise Leggett.
9        Q   Can I call you Ms. Leggett?
10       A   Yes, ma'am.
11       Q   Okay.  Are you on any medication today that
12   might make it difficult for you to answer accurately?
13       A   No, ma'am, I don't think so.  I take blood
14   pressure pills and thyroid on the norm, but --
15       Q   But no pain medicine, or anything?
16       A   No, ma'am.
17       Q   How old are you, Ms. Leggett?
18       A   Forty.
19       Q   And when is your birthday?
20       A   February 11, 1980.
21       Q   And just so we're clear, we're here today
22   regarding the incident with Forrest County deputies on
23   September 27th, 2017, correct?
24       A   Yes, ma'am.  That is correct.
25       Q   And does September 27th, 2017 sound about

Page 7

1    right for the incident?
2        A   Yes, ma'am.
3        Q   I'm sorry.  That was a bad question.  Did
4    you prepare for your deposition today at all?
5        A   No, ma'am, besides speaking with my attorney
6    and talking to God.
7        Q   Okay.  Did you look at any sort of
8    documents?
9        A   No, ma'am.
10       Q   Okay.  Have you ever filed a civil lawsuit
11   before?
12       A   No, ma'am.
13       Q   Have you ever been arrested before?
14       A   Once prior to this by Blake and Chey Sumrall
15   a month before this incident took place.
16       Q   Okay.  What happened with that'.
17       A   I was in a car with my fiance'.  I think
18   that's when I had just moved in with him.  But I used
19   to go back and forth to his house to clean and help
20   with his handicapped daughter.  And he was taking me
21   home one night on Elks Lake Road.  They had another
22   car pulled over.  They took off running from that
23   vehicle.  And one of them jumped in the patrol car and
24   followed us probably about 2 miles down the road.  I
25   called Selena to let them know we was being pulled

Page 8

1    over because I knew I had an outstanding traffic
2    violation, which was a no insurance warrant that I
3    ended up going down from 1288 or 1180.
4        Q   Okay.  So let me back up a little bit.  You
5    were with your fiance.  What's his name?
6        A   Jimmy Madden.
7        Q   And this was about a month prior, so about
8    August 2017?
9        A   Yes, ma'am.
10       Q   And you were on the way to?
11       A   Devo's and Selena's house.
12       Q   Okay.
13       A   Darious, I'm sorry.
14       Q   Okay.
15       A   I call them nicknames there, yes.
16       Q   And that was 1348 Elks Lake Road, correct?
17       A   Yes, ma'am.
18       Q   And you were pulled over?
19       A   Correct.  That is correct.  They took him to
20   jail for driving on no insurance, no license.  They
21   searched the car, searched the vehicle, and they took
22   me to jail also for the warrants that I had.  They not
23   only searched the car, searched my purse.  And I used
24   to have a history of smoking marijuana, so he found
25   some blunt roaches in my purse.

Page 9

1   Q   Okay.
2   A   He wanted to get my purse from the back of
3   the car.
4   Q   Are you sure that was -- that was Chey
5   Sumrall and Blake Bass?
6   A   Yes, ma'am.
7   Q   Okay.
8   A   I am positive.  I remember the conversation.
9   They argued even at the jail.  He was actually having
10  a heart attack that night, and I was begging them,
11  crying, "Please get him some help.  He's got a card in
12  his pocket that says he has heart problems.  He had
13  surgery, and he have stents in his heart, could you
14  please just see about him."  And they wouldn't even
15  get him no help that night at the hospital.
16  Q   Are you talking about Forrest County Jail?
17  A   Yes, at the Forrest County Jail, I'm sorry.
18  Q   Okay.  What was the dispensation for those?
19  A   I'm not sure what you mean.
20  Q   What happened to those charges?
21  A   I went to jail on those charges.
22  Q   Were they dismissed?
23  A   Yes, ma'am.
24  Q   So tell me a little bit about your
25  educational background.

Page 10

1   A   I went to Hattiesburg High.  I didn't
2   graduate from there.  I dropped out in about the ninth
3   grade and finished with the evening start program,
4   getting my GED.  From there I went on to being
5   restaurant manager for the last 15 years at the
6   Krystal.  I worked there for a long time, for over 15
7   years, and was general manager for the store.
8   Q   Were you working there on the day of this
9   incident?
10  A   No, ma'am.
11  Q   Okay.  You weren't working as a general
12  manager?
13  A   No, ma'am.
14  Q   Were you working?
15  A   No, ma'am.  I wasn't working.
16  Q   Okay.  So did you miss any sort of work, or
17  you weren't working at all?
18  A   No, ma'am.  I wasn't working at all.
19  Q   Did you ever know Chey or Blake before this
20  incident, besides when you got arrested that first
21  time and this incident?
22  A   No, ma'am.
23  Q   You have never known them?
24  A   Never known them.
25  Q   Did you know that Darious went to high

Page 11

1   school with Blake?
2   A   No, ma'am.
3   Q   And where do you currently reside?
4   A   At 22 Hickory Hollow Drive.
5   Q   Okay.
6   A   I don't live alone.  I live with my mom.
7   Q   And prior to that residence, where did you
8   live?
9   A   252 River Road with my fiance', Jimmy
10  Madden.
11  Q   How long have you lived with your mother?
12  A   It's been on and off, you know.  I don't go
13  and stay.  Just here recently, three weeks.
14  Q   Okay.  How long did you live with your
15  fiance'?
16  A   We've been together for almost five years.
17  Q   Okay.  And so prior to you living with your
18  fiance', where did you live?
19  A   I was with Devo and Selena.  I mean, Darious
20  and Selena.  I had just moved back from Louisiana.
21  Q   Okay.  And how long did you live with
22  Darious and Selena?
23  A   Six months.
24  Q   Who else lived there?
25  A   At the time, it was no one but me, her, and

Page 12

1   him.
2   Q   Did Selena's sister live there?
3   A   She wasn't there at the time.  She moved in
4   after I moved out.
5   Q   Okay.  Do you know who owned the property?
6   A   Yes, ma'am.
7   Q   Who?
8   A   Mr. Shelby Rogers.
9   Q   Who was the leaseholder?
10  A   Selena.
11  Q   Selena.  Okay.  How many children do you
12  have?
13  A   I have four.
14  Q   Four children.  And what are their names?
15  A   I'll start with the oldest, Tremane Leggett.
16  Q   Okay.
17  A   Darious Leggett, Brian Leggett, and Brittany
18  Leggett.
19  Q   Okay.  Do you have any other family in
20  Mississippi?
21  A   My mom.  My mom, my dad, cousins, pretty
22  much the whole family.  A few of my sisters, you know,
23  moved away.
24  Q   Do they all kind of live in Forrest County?
25  A   Yes, ma'am.

Page 13

1    Q   Let's talk about the incident.  Can you
2  describe 1348 Elks Road for me, the property?
3    A   When you first get ready to turn into the
4  driveway, it is like a dirt gravel road that is about
5  a quarter of a mile down in there before you can even
6  see the property.  It's got a privacy fence with
7  private property.  But it's not really --
8    Q   Okay.
9    A   -- you know, not a wood fence, but, you
10  know, it's just separating from the streets and the
11  trees.
12        And it's a log cabin house that has like
13  a -- I'm going to say a wraparound porch because you
14  can walk all the way completely around the kitchen --
15  the kitchen and the living quarters are separate.  So
16  you can walk all the way around the back side of the
17  porch completely around from one side of the house to
18  the other.  The front porch, that's separate.
19    Q   Okay.  So when you pull off of the road, you
20  have to drive, you said, a quarter of a mile down the
21  driveway to get to the house?
22    A   Yes, ma'am.  I think so.
23    Q   And then behind the house, is that a
24  cemetery?
25    A   Yes, ma'am.  It is.

Page 14

1    Q   Okay.  So did this incident occur in the
2  front?
3    A   Yes, ma'am.  On the side, kind of.
4    Q   On the side of the house?
5    A   Yes, ma'am.  It is a tree on the side of the
6  house.  That's what you would consider the side of the
7  porch.  It is a front porch, and it's a side.
8    Q   The left side, if I'm looking at the house?
9    A   Looking at the house, yes, ma'am.
10    Q   And where are the dogs located on the
11  property?
12    A   One in the front of the house and one on the
13  side of the house, like right across from the porches.
14  You can see that one from the side porch.
15    Q   Is it the same side that the officers were
16  on?
17    A   Yes, ma'am.  It is the same side.
18    Q   How many dogs?
19    A   Two.
20    Q   Two dogs.  And who were the owners of the
21  dogs?
22    A   Selena and Darious Leggett.
23    Q   They were both the owners.  Did the dogs
24  have a dog house?
25    A   Yes, ma'am.

Page 15

1    Q   Okay.  Where is that located?
2    A   Right beside the tree, like it is a dog
3  house like right here right on the side of the tree.
4    Q   Are both --
5    A   Dog house.
6    Q   I'm sorry.  Are both dogs chained to the
7  tree?
8    A   Yes, ma'am.
9    Q   Okay.  And that's -- is there only one tree,
10  or are there two trees?
11    A   It's two trees.
12    Q   Okay.
13    A   One in the front and one on the side.
14    Q   And on that day, they had this dog house, on
15  the day of the incident?
16    A   The one on the front, I'm sure.  I'm not
17  sure about the one on the side, but the one on the
18  front I'm sure.
19    Q   Okay.  Can they both reach the dog house on
20  the front?
21    A   I'm not sure.
22    Q   Okay.  How long are the leashes?
23    A   That I don't know.  I'm not an animal lover,
24  just, you know -- so I don't get out there around the
25  dogs to where they could run up to me.

Page 16

1    Q   Do they have food and water near them?
2    A   Yes, ma'am.  They do.
3    Q   Okay.  Have they ever bitten anybody before?
4    A   No, ma'am.
5    Q   Okay.  So walk me through what happened on
6  September 27th, 2017.  What time did this all start?
7    A   I think around 8 o'clock because we went to
8  take Patricia to school at Pearl River College to go
9  attend her GED classes.  We returned back to the home.
10  Darious and the baby went inside, Isabella.  He took
11  Isabella inside.  And me and Selena were out on the
12  porched.  We walked in the kitchen.  I was going to
13  get coffee.  I'm sorry.  He was just telling me to
14  slow down just a little bit.
15    Q   Okay.  That's okay.  Go ahead.
16    A   We was on the side of the house on the side
17  porch.  And we walked into the kitchen to go and get
18  me some coffee.  Just as I was coming out with my
19  coffee, Chey and Blake had pulled up on the property
20  and turned off their vehicles, got out, and walked to
21  the porch.
22    Q   Okay.  So let me just back up a little bit.
23  Who went to bring Patricia to school?
24    A   Everybody went.  The whole house got in the
25  car and rode with her to drop Patricia off at school.

Page 17

1    Q   What car did you take?
2    A   Selena's car.
3    Q   Okay.  And Patricia is Selena's sister,
4   correct?
5    A   Yes, ma'am.  That is correct.
6    Q   And so you come back to the house, correct?
7    A   Correct.
8    Q   And how soon did the officers get there?
9    A   Within the next five minutes, maybe.
10   Q   Okay.
11   A   It was shortly after.
12   Q   So you went to go get your coffee?
13   A   Uh-huh. (Affirmative response.)
14   Q   And then what happened next?
15   A   We come out to the porch to meet them at the
16  steps, me and Selena.  And I'm not sure which one
17  stated -- I don't remember.  Just being honest, I try
18  to -- I try to put it out of my memory of what
19  happened that day.  I don't want to keep continue
20  reliving the same thing over and over again.
21       But one of them walked to the porch, and he
22  asked the question -- no.  He said, "I ought to get
23  you for the little stunt you pulled the last time I
24  had you in the back of my car."  And my --
25   Q   I'm sorry.  Go ahead.

Page 18

1    A   And my reply was, "I don't know what you're
2   talking about, sir.  What stunt?"
3    Q   Did you recognize them?
4    A   Yes.  I knew exactly who they were.
5    Q   Okay.  Was Darious outside at this point?
6    A   No, he wasn't outside at that point.  He
7   came out while we was outside talking to them.
8    Q   Okay.  So both officers were by the porch,
9   correct?
10   A   Yes, ma'am.
11   Q   They weren't on top of the porch, though?
12   A   Not at that moment.
13   Q   Where was Selena?
14   A   Standing beside me.  I'm not sure how far
15  apart we were, but she was standing beside me on the
16  porch.
17   Q   So did the officers ever tell you why they
18  were there?
19   A   Besides saying that, "We ought to get you
20  for the stunt you pulled the last time being in the
21  back of our car," no, ma'am.
22   Q   What were they meaning by that, the stunt
23  you pulled last time?
24   A   You will have to ask them, ma'am.  I don't
25  know.  I didn't know.

Page 19

1    Q   You said that you pulled in the back of
2   their car?  Is that what you said?
3    A   That's what he said.
4    Q   Okay.  But you don't know what he meant by
5   that?
6    A   No, ma'am.
7    Q   Did they tell you they were there to check
8   on the animals?
9    A   After Devo came out asking them do they have
10  a search warrant to be there -- after Darious came out
11  asking them do they have a search warrant to be there
12  on the property; if not, they needed to leave.  And
13  that's when they said that they were there because
14  they got a call from the county about the dogs, and
15  they was only there to check on the wellbeing of the
16  dogs.
17   Q   Okay.  And what happened next?  Did Darious
18  show them the dogs?
19   A   Yeah.  He told Darious to go and let the
20  dogs off the chain, that it is illegal to have them
21  chained up to a tree.
22   Q   Who said that?
23   A   The tall, dark haired one.  I guess that is
24  Chey.  I'm not familiar with who is who.  I believe
25  that's Chey, the tall one with the dark hair.

Page 20

1    Q   What happened after that?
2    A   He went out to the tree, released the dogs.
3   And then he said he wanted to see the food.  He say,
4   "You got food for them?  Let me see the food that you
5   have for them."  So he went inside to get the food
6   bucket to show him he had food.
7    Q   So the officers asked Darious to show him
8   the food?
9    A   Uh-huh. (Affirmative response.)
10   Q   And Darious says, "It is in my house"?
11   A   Uh-huh. (Affirmative response.)
12   Q   Do they walk up to the porch?
13   A   I think they were on the porch at this time.
14   Q   So what happened when he unhooks the dogs
15  down there?  Did you hear anything?  Did they say
16  anything?
17   A   Not that I know of.  I wasn't out by the
18  tree with them when they was out there.  They was by
19  the tree talking when he went out there and unleashed
20  the dogs.
21   Q   So you couldn't hear anything at that point?
22   A   No, ma'am.
23   Q   Okay.  And was Selena next to you?
24   A   She was on the porch also.
25   Q   So at what point -- how long did they stay

Page 21

1  down there with the dogs?
2      A   Only a couple of minutes.  After he released
3  the dogs and walked back up on the porch to go towards
4  the house to get the food, I think that was Chey that
5  tried to proceed in the house behind him.  He acted
6  like he was very aggravated and had an attitude.
7          And I put my hands up like this and was
8  like, "Sir, please, we don't want no problems.  Just
9  let him go on in there and get what he need to get so
10 you can see and go on -- we can defuse the situation."
11     Q   Well, let me back up a little bit.  When you
12 can't hear them by the tree, can you see them?
13     A   Yes, ma'am.  I still had my eyes on them.
14     Q   What were they doing?
15     A   Darious was down on the ground on one knee.
16 He kneeled down to let the dogs go.  At that moment I
17 don't know what they were doing besides standing there
18 with their hands like this on their hips, maybe.
19     Q   Okay.  And then they walked towards you
20 towards the porch?
21     A   (Witness nods head affirmatively.)
22     Q   Okay.  And you said Deputy Sumrall tried to
23 enter the home?
24     A   (Witness nods head affirmatively.)
25     Q   So what happened after that?

Page 22

1      A   I stood in front of him, was like, "Please,
2  sir, we don't want no problems.  If you don't have a
3  search warrant, don't have a reason to be here, you
4  say they need dog food, we'll get the dog food."
5      Q   When did you say that?  When Darious --
6      A   When Darious came out with the dog food to
7  show him, he said, "That's not enough."  And they told
8  them that they were planning to get more.  Ma'am?
9      Q   I'm sorry.  I didn't mean to interrupt you.
10 Go ahead.
11     A   Yes, it was food in there.
12     Q   Okay.  And did you say anything about not
13 being able to afford any food?
14     A   No, I didn't, I don't think.  I don't know
15 if Selena did.  But at that time Selena was -- you
16 know, I know that they was having a hard time, and my
17 father would buy them food.  Other family and friends
18 would buy food for the dogs to help them out.  As a
19 matter of fact, one of the officers said that they
20 could have bought him food, or that's what they should
21 have done.  And so they don't see how it escalated to
22 get to where it was when you-all had came to check on
23 the dogs.
24          They said, "We come out to do a check on the
25 dogs and do a welfare to see how the dogs are doing.

Page 23

1  If your dogs are not doing fine or if you don't have
2  food, we are supposed to offer to get you food.
3  Because it should have never gotten to --"
4      Q   Who said that?
5      A   I don't remember this officer's name.  This
6  was after the event.  He came out to the property just
7  to check on us.
8      Q   So this was after?
9      A   Yes, ma'am.  That was after the event.
10     Q   What do the dogs look like?  What kind of
11 breed are they?
12     A   Pit Bull and Lab.
13     Q   Okay.  And do they look skinny?
14     A   Not that I know of.
15     Q   Do you look --
16     A   I do look at them.
17     Q   Okay.  Do they have bones sticking out?
18     A   No, ma'am.  I've never noticed any bones, or
19 anything like that, sticking out of the dogs.
20     Q   Did you notice that they had any sort of
21 lesions on them?
22     A   No, ma'am.
23     Q   Okay.  Does it look like one of the collars
24 was embedded in their neck?
25     A   I guess I've never been that close to them.

Page 24

1  I don't know.
2      Q   Okay.  So you're not really sure?
3      A   I'm not really sure.
4      Q   So after Chey comes out and asked for the
5  food, what happens next?  Darious came out?
6      A   Darious came out.
7      Q   And showed them the food?
8      A   And showed them the food.
9      Q   What happens next?
10     A   Once he puts the food bowl down, that's when
11 Chey was kind of in his face, telling him, you know,
12 "Do something."
13          And I'm telling him, "Please, don't, you
14 know," trying to get him -- I guess I felt like, just
15 being honest, that he was trying to get a rise out of
16 him, trying to make him, you know, swing, or
17 something.  And that's why I'm pleading, "I don't know
18 what your problem is, but please, don't."  I've seen,
19 you know, please.  I was in fear of my son's life.
20     Q   Where were you at this point?  Were you
21 right next to them?
22     A   I was right next to them.  I was on the
23 porch with them at that time.
24     Q   And where was Blake?
25     A   Standing off to the side by Selena.

Page 25

1    Q    Was he on the porch?
2    A    He was on the porch.  Yes, all of us was on
3  the porch at this time.
4    Q    So Darious came out.  Did he have a food
5  bowl with him?
6    A    It was more or less like a bucket, not a
7  food bowl, a bucket, like a little tote, 50 pounds
8  worth of food.
9    Q    Did Darious say anything to Deputy Sumrall?
10   A    "Do you have a search warrant?  Why are you
11 here?  If y'all don't have a warrant, y'all need to
12 get off my property."
13   And that's what he said when he was holding
14 the food bucket?
15   A    Yes.
16   Q    Did Deputy Sumrall say anything about not
17 having any food?
18   A    No, ma'am.  He said it wasn't enough food.
19 "How can you call this enough?"
20   Q    And what did Darious say?
21   A    He was like, "Man, I feed my dogs.  I'm
22 going to get another bag of dog food today."
23   Q    So did Deputy Sumrall try to place Darious
24 under arrest?
25   A    No, ma'am.  He never tried to place him

Page 26

1  under arrest or say, "Put your hands behind your back,
2  you're under arrest," or anything like that.
3    Q    What happened?
4    A    Actually, I think the dogs were up on the
5  porch at that time, when he was out there hollering at
6  him, yelling and cursing.  And the dogs were out
7  barking, running around barking.  And I think one of
8  them shot at him with a taser because he pooped
9  himself on the porch once, you know.
10   Q    One of the deputies shot the dog with the
11 taser?
12   A    Uh-huh. (Affirmative response.)
13   Q    Okay.  When you say -- did they put the
14 taser on the dog, or did they shoot it with prongs?
15   A    I don't know if they put the taser on the
16 dog.  I think they'd have had to shoot it with prongs.
17 They didn't just, you know, stick it to him.  But the
18 dog was down around their feet at the time.
19   Q    Okay.  And that was during this point when
20 we were talking about the food?
21   A    Yes, ma'am.
22   Q    Okay.  So you said they never tried to place
23 Darious under arrest.  What happened then?
24   A    I don't know.  I'm not sure if Selena called
25 the police at that time.  Somehow we ended up on the

Page 27

1  ground.  I don't know if I was pushed or -- but we was
2  on the ground at this time.  And when he pulled out
3  his taser to shoot his taser at me, it hit my hand,
4  and I fell and hit the lawnmower.
5    Q    So let me back up for a second.  Did -- did
6  the officers issue any verbal commands to Darious and
7  tell him to put his hands behind his head?
8    A    No, ma'am.
9    Q    Or behind his back?
10   A    No, ma'am.
11   Q    Did they try to place handcuffs on him?
12   A    No, ma'am.
13   Q    Okay.  Did Chey --
14   A    I'm sorry.
15   Q    Go ahead.
16   A    I was just saying they didn't try to place
17 handcuffs on Darious until they had put me in the car
18 and took my phone.
19   Q    So did Blake, Chey, and Darious get into a
20 tussle?
21   A    No.  There was no tussle.
22   Q    Okay.  What happened?
23   A    We was standing on the ground, and I was
24 standing in front of Darious and in front of Chey and
25 them at first.  And I reached to grab my phone and

Page 28

1  call my mom and let her know that she need to call
2  somebody.  I got on the phone and called her and told
3  her she needed to call Toby Barker, Johnny Dupree,
4  Bill Anderson.
5    Q    Were you on the porch at this time, or were
6  you on the ground?
7    A    I was on the ground at this time.
8    Q    So you-all came off the porch?
9    A    Yes, ma'am.
10   Q    Okay.  And so they never got into a tussle;
11 they were just talking to Darious?
12   A    Uh-huh. (Affirmative response.)  And when he
13 got that taser and pointed that taser at his face, and
14 took it from his face to his genital area.
15   Q    Did they touch Darious at all?
16   A    No.  I don't remember nobody putting his
17 hands on him, you know.
18   Q    Did you try to get in between Darious and
19 the officers?
20   A    I stood right beside Darious just a little
21 bit, maybe like -- not even 3 feet.  Maybe 2 or 3
22 feet.  I was just that close to Darious.
23   Q    Were you trying to put -- go ahead.  I'm
24 sorry.
25   A    I wasn't directly in between -- I was

Antrinet Leggett

1 talking to Chey. Chey seemed to be the one that was
2 more level with his understanding and speaking. You
3 know, the other one was there hotheaded. And I felt
4 like that was the one I could reason with.
5     Q    Did you try to put your hands in front of --
6 in between Darious and the officers, trying to break
7 them up?
8     A    No, ma'am. I stood just like this.
9     Q    The whole time with your hands up?
10    A    A whole time with my hands up, "Sir, please,
11 we don't want no problems."
12    Q    Did you try to push the officers away? Did
13 you try to push Darious away?
14    A    No, ma'am.
15    Q    Okay. Was Darious cursing at the officers?
16    A    I don't vividly remember the words that was
17 passed that day. It was a lot of -- it was heated. I
18 don't remember what was said or if anybody, you
19 know --
20    Q    Were they in each other's faces?
21    A    Yes, they were.
22    Q    And they were in each other's faces yelling
23 at each other?
24    A    Uh-huh. (Affirmative response.)
25    Q    And at what point did -- did they issue any

1 verbal -- let me reask that question. Did they issue
2 any verbal commands to you to move?
3     A    No, ma'am.
4     Q    Okay. What happened after you tried to
5 intervene?
6     A    Once I grabbed my phone and started trying
7 to call my mom and talk to her about what was going
8 on, the shorter one -- I believe that's Sumrall. No.
9 That's Bass. I'm sorry. I think that's Bass. He's
10 the one that took my phone from me. I never seen my
11 phone again. I was thinking maybe he thought I was
12 recording, or something. But I was just on the phone
13 trying to get in touch -- you know, get my momma,
14 somebody else to call somebody, because I knew they
15 were going to take it. And he took my phone, and I
16 haven't seen my phone since that day.
17    Q    Who was your mom?
18    A    Jewel Leggett.
19    Q    How long did you stay on the phone with her?
20    A    I don't know. Just a couple of minutes
21 because he snatched it out of my hand. That's when he
22 put me under arrest.
23    Q    Okay.
24    A    He grabbed my arms.
25    Q    Did he tell you you were under arrest?

1     A    No, ma'am, he did not.
2     Q    He just put your arms behind your back?
3     A    Uh-huh. (Affirmative response.)
4     Q    And what happened after that?
5     A    And he pretty much dragged me to the car in
6 my nightgown, no shoes on, no panties, no bra. Drug
7 me to the car, and that's how I went to the station.
8          They had another officer come out. I
9 believe that was chief of police that came and talked
10 to me while I was in the car. I was telling him, "I
11 can't breathe. I'm hyperventilating. I've got high
12 blood pressure. Somebody help me. Take me to the
13 hospital." They didn't take me to the hospital. They
14 took me on to the county.
15    Q    Okay. Why would you go to the hospital?
16    A    Because I couldn't breathe. I've got blood
17 pressure problems. I'm talking about killer numbers.
18 My numbers are never normal. It's always like 220
19 over 173. You know, I have a history of high, high
20 blood pressure.
21    Q    So at what point did Blake -- did Blake tase
22 you?
23    A    That's the short one?
24    Q    I'm not sure.
25    A    You're not sure?

1     Q    At what point were you tased?
2     A    When I was standing in front -- on the
3 ground in front of Darious, that's when I was tased.
4     Q    Okay. And what happened -- did they issue
5 any verbal commands, saying they were going to tase
6 you?
7     A    No, ma'am, they didn't.
8     Q    Just walk me through that situation about
9 being tased.
10    A    Honestly, I don't --
11    Q    After he snatched the phone out of your
12 hand, did he tase you?
13    A    He tased me before he snatched the phone out
14 of my hand.
15    Q    Okay. So you're on the phone, and he tases
16 you?
17    A    Yes, ma'am.
18    Q    Where does he tase you?
19    A    It hit my hand. I did have a scar on my
20 hand where it went in.
21    Q    Was it one prong or two prongs?
22    A    It was one prong. It was a little scratch.
23 Like, I guess it missed it. It didn't go all the way
24 in.
25    Q    So he tases your hand, and he takes your

Page 33

1  phone out of your hand?
2    A   Uh-huh. (Affirmative response.)
3    Q   How long did he tase you?
4    A   I don't know.
5    Q   Did he issue any sort of warning?
6    A   No, ma'am.
7    Q   Okay. How many times did he tase you?
8    A   Just once, that I believe.
9    Q   Okay. So did you fall after you were tased?
10   A   Yes, ma'am. I fell to the ground and hit my
11  head on the lawnmower.
12   Q   What did Blake do after he tased you?
13   A   He tried to pick me up and drag me to the
14  car to put me in handcuffs.
15   Q   Okay. Did he turn around and tase Darious?
16   A   I'm not sure which one tased him. I don't
17  remember. But I just remember him having the taser
18  pointed at his head and taking it to his private area.
19   Q   Was it the same officer that tased you?
20   A   That tased Darious?
21   Q   Yes.
22   A   Uh-huh. (Affirmative response.)
23   Q   It was the same officer?
24   A   Yes.
25   Q   So Blake tases you, or you assume it is

Page 34

1  Blake?
2    A   Same officer that took me to the car. And
3  the one that tased Darious is the one that took me to
4  the car.
5    Q   Okay. So I'm just trying to figure out at
6  what point Darious was tased and what point you were
7  tased. Was Darious tased after you?
8    A   Yes.
9    Q   So did you see it from where, the car, or
10  did you see it on the ground?
11   A   I had to see it from the car because he was
12  dragging me away from the -- pretty much, dragging me
13  to the car away from the incident. And Darious was
14  laying -- when I looked back, he had him laying on the
15  ground. I couldn't tell where he had got shot at at
16  the time. They had him laying on the ground, and he
17  was just laying there shaking.
18   Q   So you're in the car, and you see Darious
19  get tased, correct?
20   A   They tased him before they put me in the
21  car.
22   Q   Before they put you in the car?
23   A   Yes, ma'am.
24   Q   So you're getting dragged to the car?
25   A   Uh-huh. (Affirmative response.)

Page 35

1    Q   Okay. Did Blake unhook the prongs in his
2  taser and turn around and tase Darious?
3    A   No, ma'am.
4    Q   What happened?
5    A   I don't think no prongs was ever unhooked.
6  I just seen them shoot the gun, the taser. And from
7  there, I mean, I don't know how it works, whether or
8  not -- I don't think they ever took it out.
9    Q   So you both had prongs in you from the same
10  taser?
11   A   No, I didn't have no prongs in me. They
12  didn't stick. It scratched my hand. It went across,
13  and it scratched my hand. But it didn't stick, where
14  they had to take it out of me.
15   Q   Okay. So the prong never got stuck in your
16  hand?
17   A   No, ma'am.
18   Q   Okay. So if it misses you, did you ever get
19  tased?
20   A   If it hit my hand, yes, I did get tased.
21   Q   Okay. But it never got stuck in your hand?
22   A   Does it have to be stuck in order for it to
23  tase you?
24   Q   I'm just asking you. If it wasn't stuck in
25  your hand, did you feel the electricity?

Page 36

1    A   Yes, ma'am, I did. I still have like a
2  shake, and I don't know if it is from that. I'm not
3  putting it on that. I never asked my doctor about it.
4  I have a shake that just comes sporadically like a
5  muscle spasm, and I don't know what it is. I don't
6  know if it's from that incident, or what. But I know
7  I started having shakes after that.
8       I've never had anything like that, like I
9  have a nerve problem. It is more just like a twitch
10  that just -- and I don't know.
11   Q   So the prong scratches your hand, and then
12  Blake turns around and tases Darious and takes you to
13  the car, correct?
14   A   Yes, ma'am.
15   Q   Okay. I'm just trying to get a picture in
16  my head of what's going on at this time period. So
17  does Chey ever tase anyone; do you know?
18   A   I don't know. It was so much commotion
19  going on. I don't remember who tased who. It has
20  been three years ago. I wish they would have done
21  this sooner to go ahead, you know, because that's a
22  long time for somebody to have to remember, especially
23  when you say you can't conversate about it, don't talk
24  to anybody other than the lawyer about it. So it is
25  not like it is fresh on my memory.

Page 37

1    I'm going on day to day trying to function
2  and continue to live life.  I have withdrawn from
3  society, pretty much, not even getting out.  Every
4  time a police car gets behind me I'm about to have a
5  heart attack.  I can't breathe because I'm so scared
6  I'm going to get pulled over and something is going to
7  happen like it did last time.
8    Q    Okay.  But I'm just trying to get a clear
9  picture of what's going on and what happened.  And I
10 understand if you don't remember clearly.  I'm just
11 trying to make sure, you know, what happened during
12 that time period.
13   A    Uh-huh. (Affirmative response.)
14   Q    So you were put in the car.  Did you have
15 handcuffs on you?
16   A    Yes, ma'am.
17   Q    Okay.  So Blake put the handcuffs on you and
18 brought you to the car, correct?
19   A    Uh-huh. (Affirmative response.)
20   Q    Did you ever try to resist arrest?
21   A    No, ma'am.
22   Q    You never tried to resist when they put the
23 handcuffs on you?
24   A    No, ma'am.
25   Q    Did they say anything to you?  Did Blake say

Page 38

1  anything?
2    A    I don't remember.
3    Q    Did Chey say anything?
4    A    No.  They got the chief of police for me to
5  talk to because I was hysterical in the back of the
6  car.  And they got somebody to talk to me and pretty
7  much assured me to calm down, "It is going to be okay.
8  You know, we'll get you some help.  We'll get you a
9  doctor."
10   Q    So what happened when you saw Darious get
11 tased?
12   A    And, actually, I think Chey came inside of
13 the jail and apologized later after it was over, just
14 saying that he was sorry, it shouldn't have -- you
15 know, he was sorry for what happened.
16   Q    Okay.  Well, I'll get back to that.  What
17 happened after Darious was tased?
18   A    I don't know.  Darious laid on the ground
19 for as long as I was in the car, and someone showed up
20 at least five or ten minutes --
21   Q    Did you see what he was doing?
22   A    Crying and praying.
23   Q    Okay.  Did he call anybody?
24   A    He just called out to God.  Selena was on
25 the phone, and she made some phone calls.

Page 39

1    Q    What was Selena doing?
2    A    She was on the phone.  She called the
3  Forrest County Sheriff Department, and she called
4  Mr. Rogers, the man who owns the property --
5    Q    Okay.
6    A    -- and one of Darious' football coaches.
7    Q    Did Darious speak to them on the phone?
8    A    No, I don't think so.  I don't think he just
9  personally had the phone in his hand.
10   Q    Did Selena say anything to the officers?
11   A    What they were doing was wrong, they're her
12 dogs, you know.  "If you should be arresting anybody
13 or taking anybody, it should be me.  This is my
14 property.  Why are y'all doing what y'all are doing?"
15   Q    Was she in their faces?  Was she screaming
16 at them?
17   A    She wasn't in their faces.  She was on the
18 porch.
19   Q    She never got off the porch?
20   A    She was yelling and crying, screaming at
21 them from a distance, but she never got off the porch.
22 She was on the phone with the dispatch.
23   Q    Okay.  Was Darious ultimately placed in
24 handcuffs?
25   A    I don't know if they put handcuffs on him

Page 40

1  before they took him to the car.
2    Q    Okay.  Who took him -- are you saying they
3  took him to the car, or did they take him --
4    A    The ambulance truck.
5    Q    Okay.  Where were the dogs during this time
6  period?
7    A    I don't know.  I don't know if the dogs had
8  been put back on the leash or --
9    Q    Okay.  About what time did the other police
10 officers arrive?
11   A    I don't know the exact time on that either.
12   Q    So you sat in the car for about ten minutes
13 before they arrived?
14   A    Yes, ma'am.
15   Q    How many officers?
16   A    Three, I believe.
17   Q    Do you know who they were?
18   A    No, I don't know all of them.  I just knew
19 one of them was the chief of police.  I didn't know
20 any of them by name.
21   Q    Who was the chief of police?
22   A    I don't know his name either.
23   Q    Okay.
24   A    I think he's supposed to been the captain.
25   Q    Was he a police officer, or was he a

1  sheriff's deputy?
2      A   He was a sheriff's deputy.
3      Q   Okay.  Let me see.  I just want to introduce
4  to you -- and I have these affidavits.
5          MS. SMITH: It's the same affidavits as
6  before, Amanda, as Exhibit 1.  Daniel, do you have
7  these, the same affidavits from Darious?
8          (DOCUMENT MARKED AS EXHIBIT NO. 1 AND
9              ATTACHED)
10  MS. SMITH: (Continuing.)
11     Q   If you look on page 2 of it, and it says,
12  "Antrinet Leggett," do you know what this is?  It's an
13  affidavit by officers?
14     A   (Witness nods head affirmatively.)
15     Q   Have you ever seen this before?
16     A   No, ma'am, not until today.
17     Q   Okay.  So it looks like -- does it look like
18  affidavits from Blake Bass?
19     A   Uh-huh, yes.  Yes, ma'am.
20     Q   And it looks like Blake wrote on his
21  affidavit that you continue to disobey lawful orders
22  and interfere with law enforcement.
23          Do you disagree with that?
24     A   Yes, I do.
25     Q   Okay.  And it says that you resisted and

1  obey orders given.  Did they give you any orders?
2      A   They never gave me any orders.
3      Q   It says it took Deputy Bass multiple times
4  to place you in handcuffs.  Is that incorrect?
5      A   No.  That's incorrect.  That's incorrect.
6      Q   Okay.  You're kind of going in and out.  I'm
7  sorry.
8          Okay.  What happened after the deputy talked
9  to you?  Who took you to jail?
10     A   Blake Bass.
11     Q   Was he the one that shot you with the taser?
12     A   Uh-huh. (Affirmative response.)
13     Q   Okay.  What -- did he say anything while you
14  were in the car?
15     A   No, ma'am.  I sang gospel music the whole
16  way.  I am a child of God.  I sang gospel music the
17  whole way.  So if he was talking to me, I didn't, you
18  know --
19     Q   For some reason, it is kind of muffled.  I
20  don't know why.
21          And are the only witnesses to the incident
22  you, Selena, Darious, Blake Bass, and Deputy Sumrall?
23     A   I believe so.  No one else was on the
24  property besides the baby.
25     Q   Do you remember anything else that happened?

1      A   No, ma'am.  I don't.
2      Q   And you were ultimately booked into the
3  Forrest County Jail?
4      A   Uh-huh. (Affirmative response.)  Yes, ma'am,
5  I'm sorry.
6      Q   That's okay.  How long were you there?
7      A   Hours.  I'm not sure how many hours.  I was
8  there hours.
9      Q   Okay.  Did they tell you what you were
10  charged with?
11     A   No.  They put me in a holding tank when I
12  first got there.  And because I didn't answer Blake
13  when he asked me how old I was, he got mad at me.
14  Because I'm like, "You've got all of the information
15  now, you know.  You have all of the information you
16  need."
17     Q   What do you mean, "You have all the
18  information"?
19     A   He had all of the information that he needed
20  as far as being in the computer.  They knew that I had
21  just been in jail.  They was like, "Ms. Leggett, you
22  back already?  You was just here a month ago."
23     Q   So you didn't tell him how old you were?
24     A   He asked me how old I was.  And I told him,
25  "I'm sure they have it all in the computer.  You have

1  all of the information you need."  That's when they
2  put me in the cell.  And some of the other people in
3  the jail, bookkeepers, I guess, came over to talk to
4  me.
5      Q   And what happened?
6      A   They got the information they needed.  I
7  stayed in the jail cell until someone was able to make
8  bail.
9      Q   Okay.  Did they ever tell you why you were
10  in there?
11     A   No.
12     Q   Okay.  Did you ever get a citation from
13  them, from the officers?
14     A   No.  I never received a citation from the
15  officers.
16     Q   So you didn't know what charges you had?
17     A   I didn't know what charges I was in jail on.
18  I didn't even know what charges I had pending.
19     Q   Did you have any other injuries besides the
20  prong cutting your hand?
21     A   No, ma'am.
22     Q   Okay.  Did you go see a doctor about that?
23     A   I did not.
24     Q   Okay.  Have you seen a doctor about any sort
25  of mental issues from this?

Page 45

1    A   I haven't.  I just -- I talk to my doctor
2    frequently because I am taking thyroid pills that
3    causes you to be moody and, you know, the different
4    things with that.  So, I mean, I have mentioned it to
5    him, what happened in this situation when it first
6    happened.  But as far as ongoing, I just want life to
7    return as it was and put this behind me.
8    Q   Did he give you any medication for it?
9    A   No, ma'am.
10   Q   Who is your doctor?
11   A   Dr. -- I've switched doctors since then,
12   but Dr. Manish.  I don't know how to spell it.  I have
13   to pull out a pill bottle out of my purse.  He is with
14   Wesley Merit doctors.
15   Q   Wesley Merit?
16   A   Uh-huh. (Affirmative response.)  He's one of
17   the residents.
18   Q   Is he just a regular MD?
19   A   Yes, ma'am.
20   Q   Did Darious ever go to jail?
21   A   No.  He never went to jail.
22   Q   Did Selena?
23   A   No.
24   Q   Were you-all charged with something?
25   A   Well, I guess I was the only one charged.  I

Page 46

1    was the one that was taken to jail.  Nobody else was
2    taken to jail.  Selena never seen any papers until the
3    day of our first court appearance.
4    Q   So you went to court?
5    A   Yeah.  We went for a court appearance.
6    Q   Who is "we"?
7    A   Me, Darious, and Selena.
8    Q   Okay.  So you all had charges from this
9    incident?
10   A   No, they didn't have any charges.  Well, I
11   guess the tickets, or whatever these is that they
12   wrote up.
13   Q   The charges?
14   A   Yes.  I was the only one that went to jail
15   for the charges that they wrote up.  Selena never seen
16   anything for a charge that they wrote up.  And Darious
17   never went to jail for a charge that they wrote up.
18   They took him straight to the hospital and released
19   him.
20   Q   Okay.  So Darious was never brought to jail,
21   and neither was Selena?
22   A   No.
23   Q   Okay.  But you all went to court, correct?
24   A   Yes, we all went to court.
25   Q   And at court, did your lawyer argue the

Page 47

1    charges for you?
2    A   Yes.
3    Q   Did he argue the charges for Darious?
4    A   Yes.
5    Q   Did he argue the charges for Selena?
6    A   I don't remember whether or not they even
7    mentioned Selena charges.  I don't remember having to
8    argue for Selena.
9    Q   Were they ultimately all dismissed?
10   A   Yes, ma'am.  Everything was dismissed.
11   Q   Okay.  Do you know what post arrested means?
12   A   No, ma'am, I don't.  Your term is the first
13   time I've heard that today.
14   Q   Okay.  So if you're looking at the
15   affidavits, if you look through the three pages, is
16   there one for Selena?
17   A   No, ma'am.  I don't see one with Selena's
18   name on it.
19   Q   There are three pages.  And there is one for
20   you, one for Darious, and one for Selena, correct?
21   A   Okay.  That one has my name on it.  That one
22   has Darious' name on it.  And I don't see Selena's
23   name on it.
24        MR. WAIDE:  Christina, she may be
25   talking about something different than what I gave

Page 48

1    her.
2    A   No, ma'am.  I don't have that.
3    MS. SMITH: (Continuing.)
4    Q   What are you looking at?
5    A   It is the same thing, but it is not one in
6    here for Selena.
7        MS. SMITH: Danny, do you have the one
8    for Selena?
9        MR. WAIDE: I'm going to be honest with
10   you.  I may not.  Let me go look.  Do you have a Bates
11   number on the bottom?
12       MS. SMITH: I don't think I gave them
13   to you, to be honest.  But --
14       MR. WAIDE: I never got that.  Even
15   when we had the --
16       MS. SMITH: I'm going to have to
17   supplement because I didn't get them until Friday.
18       MR. WAIDE: Yeah, I think that's why
19   Darious said that charge was thrown out.
20       MS. SMITH: Okay.  So he didn't see
21   this?
22       MR. WAIDE: I've never seen that.
23       MS. SMITH: Do you want to look at it?
24       THE WITNESS: I've seen it.  I mean, I
25   was reading it.

1    (Court Reporter sharing exhibit on screen.)
2        MS. SMITH: The 945, 19, the third
3  page. That one. Have you seen it, Daniel?
4        MR. WAIDE: I did the records for
5  justice court. Yeah, I've never seen this before.
6        MS. SMITH: Okay. Do you want to read
7  it?
8        MR. WAIDE: Oh, no. I've already read
9  it now.
10 MS. SMITH: (Continuing.)
11   Q   Okay. So did Selena ever see that
12 affidavit?
13   A   No, ma'am.
14   Q   Okay. Was she never charged with animal
15 cruelty?
16   A   No, ma'am.
17   Q   Okay. So that was never dismissed for her?
18   A   No, ma'am.
19   Q   That you know of, correct?
20   A   That I know of, correct.
21   Q   Have you had any other run-ins with any
22 other Forrest County deputies besides Blake and Chey?
23   A   No, ma'am.
24   Q   Have you ever spoken with Sheriff McGee
25 about this arrest?

1    A   No, ma'am.
2    Q   Have you ever spoken to any other Forrest
3  County employee about this?
4    A   I have, but I don't know their names.
5    Q   Okay. Who? Or when?
6    A   Well, right after the incident happened, I
7  called a little black guy. I don't know his name. He
8  showed up on our property and was trying to figure out
9  what happened, asking me what took place because he
10 don't understand. He know the protocol and what
11 should have happened, how did this take place, how did
12 it escalate. He is saying that they don't understand
13 how it escalated to something else when all they
14 should have done was came and checked, see if the dogs
15 have food. If they didn't have food, they should have
16 offered to see if they could do anything to help.
17 Maybe they could buy a bag of food until you get paid,
18 or whatever, to help out. But it was never supposed
19 to end up to what it was.
20   Q   Was this an officer?
21   A   He was an officer. I mean, he was an
22 officer. I don't know his name, but I can identify
23 him.
24   Q   Okay. You don't know if he was an officer?
25   A   I know that he is an officer.

1    Q   Okay.
2    A   What I'm saying is I don't know his name,
3  but I can identify him. If I ever seen him again, I
4  know that's the one right there, you know, and then
5  maybe I can get his name. But I didn't take his name.
6    Q   He came onto your property, you said?
7    A   Yeah. He came to the property.
8    Q   When?
9    A   A couple of days after the incident. I was
10 out there sitting in the yard with Selena.
11   Q   Okay. And he pulled up in a patrol car?
12   A   Like the truck, the SUV type vehicle truck.
13   Q   And he was just there what? Investigating
14 the incident?
15   A   I guess. He didn't say he was on official
16 police business. He just was talking, trying to find
17 out what happened.
18   Q   Okay. Have you spoken with Chey or Blake
19 since the incident?
20   A   No, I don't believe so.
21   Q   All right. Did you say anything to that
22 deputy that came to your house, anything at all?
23   A   No, ma'am. I don't remember.
24   Q   Did you tell him what happened?
25   A   I'm sure I probably did.

1    Q   Okay. And were your charges ultimately
2  dismissed?
3    A   Yes, ma'am.
4    Q   And you've never been convicted of a crime,
5  have you?
6    A   No, ma'am. I've never been convicted of any
7  kind of crime, quite a few traffic violations. I've
8  got to get that speed thing under control.
9    Q   Okay.
10   A   But other than that.
11   Q   Have you ever had a warrant issued for your
12 arrest?
13   A   No, ma'am, not that I know of.
14   Q   For anything? For not paying those traffic
15 tickets?
16   A   I was -- I guess so because I was just
17 picked up probably a few months ago. I bonded out
18 where they got me in a routine traffic stop. I was
19 with my fiance'. And they took me into Forrest
20 County. Lamar County said they don't want me, but
21 Forrest County do. They took me to jail for a no
22 insurance warrant.
23   Q   When was this?
24   A   This was, I think, about -- do you mind if I
25 get a paper out of my purse?

Page 53

1  Q   Was this recently?
2  A   Yes, ma'am.  Just a minute.
3  Q   So you were brought to the Forrest County
4  Jail for this?
5  A   Yes, ma'am.  I was.
6  Q   Okay.  So this was another arrest?
7  A   Uh-huh. (Affirmative response.)
8  Q   So that's three?
9  A   Yes, ma'am.  That would be three.
10  Q   Okay.
11  A   It was in January.  January 18th.
12  Q   Who was the officer?  Was it a Forrest
13  County deputy?
14  A   The signature is -- you said that took me
15  in.
16  Q   Yeah.
17  A   Yes, ma'am, it was a Forrest County deputy.
18  Q   Did you recognize him?
19  A   No.
20  Q   Is that the only other run-in you've had
21  with Forrest County?
22  A   Yes, ma'am.
23  Q   Since the incident?
24  A   Uh-huh. (Affirmative response.)
25  Q   What time did you get back to your house

Page 54

1  after you bonded out of jail?
2  A   That day?
3  Q   That day, yes, September 27th, 2017.
4  A   I don't know.  It was dark.  It was after
5  dark.
6  Q   Was Darious home?
7  A   Do y'all remember the time?  Okay.  She said
8  about six or seven.
9  Q   Just don't -- don't ask them.  Just whatever
10  you remember.
11  A   Okay.
12  Q   Yeah, just don't ask them.  Just whatever
13  you remember.
14  A   Yes, ma'am.
15  Q   Okay.
16  A   It was dark when I walked out that door.  I
17  don't know the time.  I was just ready to go.  I know
18  it was dark.
19  Q   Okay.  And did anybody come back and take
20  the dogs from you?
21  A   Southern Pine came and took the dogs from
22  her.
23  Q   When was that?
24  A   The day after the incident.
25  Q   The next day?

Page 55

1  A   Yes, ma'am.
2  Q   And they took both dogs?
3  A   Yes, ma'am.  Southern Pine shelter.  Animal.
4  Q   Did they have an order?
5  A   They did have an order.  Selena wasn't
6  there, and they were trying to take them from me, and
7  she pulled up.  That's actually when the deputy was
8  there.  He was there with them.  And he was asking me
9  could I get the dogs calmed down, you know, to put
10  them -- could I help them get them in there with no
11  problem.
12      And I'm like, "Well, you know, they're not
13  my dogs.  I can't -- she should be here -- if you've
14  got a few minutes, she'll be here in just a minute."
15  Q   So you were waiting for Selena because they
16  were her dogs?
17  A   Uh-huh. (Affirmative response.)
18  Q   Were they Darious' dogs too?
19  A   They're both of their dogs.  They've been
20  together almost ten years.
21  Q   And where was Darious?
22  A   I think they were probably together.
23  Q   Where were they?
24  A   I have no clue.
25  Q   But they weren't home?

Page 56

1  A   No, ma'am.  They weren't home at the moment.
2  Q   Okay.  Were they out?
3  A   Yeah, I'm sure.  Maybe they went to the
4  store.  I don't know exactly where they went that day.
5  But they wasn't home when he came.
6      MS. SMITH: Let me take a minute and
7  see if I have any more questions.
8      THE WITNESS: Okay.
9      (Off the record.)
10  MS. SMITH: (Continuing.)
11  Q   Do you know if Chey ever tased anybody?
12  A   I really don't remember.
13  Q   Okay.  Did it look like he tased the dogs,
14  maybe?
15  A   Yeah, it did look like -- I don't know which
16  one tased the dogs.  But I know somebody did tase the
17  dogs because the dog messed -- he pissed and pooped on
18  the porch as soon as he was tased.
19  Q   Was the dog --
20  A   Yeah.
21  Q   Was the dog nipping at them?
22  A   I don't think he was nipping.
23  Q   Okay.
24  A   He shot him in his back side.
25  Q   And this was before everything happened?

Page 57

```
1       A    (Witness nods head affirmatively.)
2       Q    Okay.
3            MS. SMITH: I think that's all of the
4   questions I have.
5            MS. HOLMES: I don't have any other
6   questions.
7            MR. WAIDE: I don't have anything.
8            (WHEREUPON, THE DEPOSITION WAS
9       CONCLUDED AT APPROXIMATELY 12:08 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 59

```
1              CERTIFICATE OF DEPONENT
2
3
4       I,_____, do hereby
5   certify that the foregoing testimony is true and
6   accurate to the best of my knowledge and belief, as
7   originally transcribed, or with the changes as noted
8   on the attached Correction Sheet.
9
10
11
12
13
14
15
16
17
18       Subscribed and sworn to before me
19   this the _____ day of _____, 2020.
20
21            _____
22              Notary Public
23
24   My Commission Expires:
25
```

Page 58

```
1
2              CERTIFICATE OF REPORTER
3
4       I, AMANDA WOOTTON, Court Reporter and Notary
5   Public for the State of Mississippi, do hereby certify
6   that the above and foregoing pages contain a full,
7   true and correct transcript of the proceedings had in
8   the aforenamed case at the time and place indicated,
9   which proceedings were recorded by me to the best of
10  my skill and ability.
11      I also certify that I placed the witness under
12  oath to tell the truth and that all answers were given
13  under that oath.
14      I certify that I have no interest, monetary or
15  otherwise, in the outcome of this case.
16          This the 30th day of April 2020.
17
18
19
20
21
22              AMANDA M. WOOTTON
23  My Commission Expires:
    December 15, 2022
24
25
```

Page 60

```
1              CORRECTION SHEET
2
3       I,_____, do hereby
4   certify that the following corrections and additions
5   are true and accurate to the best of my knowledge and
6   belief.
7
8   CORRECTION        PAGE      LINE      REASON
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17
18
19
20       Subscribed and sworn to before me
    this the _____ day of _____, 2020.
21
22
23            _____
24  My Commission Expires:        Notary Public
25
```

Selena Howard, et al. v
Forrest County, et al.

Antrinet Leggett

## A

**able (2)**
22:13;44:7
**accurately (1)**
6:12
**across (2)**
14:13;35:12
**acted (1)**
21:5
**actually (4)**
9:9;26:4;38:12;55:7
**address (1)**
5:12
**affidavit (3)**
41:13,21;49:12
**affidavits (5)**
41:4,5,7,18;47:15
**Affirmative (18)**
17:13;20:9,11;26:12;
28:12;29:24;31:3;33:2,
22;34:25;37:13,19;
42:12;43:4;45:16;53:7,
24;55:17
**affirmatively (4)**
21:21,24;41:14;57:1
**afford (1)**
22:13
**again (3)**
17:20;30:11;51:3
**aggravated (1)**
21:6
**ago (3)**
36:20;43:22;52:17
**ahead (3)**
16:15;17:25;22:10;
27:15;28:23;36:21
**almost (2)**
11:16;55:20
**alone (1)**
11:6
**always (1)**
31:18
**Amanda (2)**
5:19;41:6
**ambulance (1)**
40:4
**Anderson (1)**
28:4
**animal (3)**
15:23;49:14;55:3
**animals (1)**
19:8
**ANTRINET (3)**
5:2;6:8;41:12
**apart (1)**
18:15
**apologized (1)**
38:13
**appearance (2)**
46:3,5
**APPROXIMATELY (1)**

57:9
**area (2)**
28:14;33:18
**argue (4)**
46:25;47:3,5,8
**argued (1)**
9:9
**arms (2)**
30:24;31:2
**around (10)**
13:14,16,17;15:24;
16:7;26:7,18;33:15;
35:2;36:12
**arrest (3)**
25:24;26:1,2,23;
30:22,25;37:20;49:25;
52:12;53:6
**arrested (3)**
7:13;10:20;47:11
**arresting (1)**
39:12
**arrive (1)**
40:10
**arrived (1)**
40:13
**assume (1)**
33:25
**assured (1)**
38:7
**ATTACHED (1)**
41:9
**attack (2)**
9:10;37:5
**attend (1)**
16:9
**attitude (1)**
21:6
**attorney (1)**
7:5
**August (1)**
8:8
**away (5)**
12:23;29:12,13;
34:12,13

## B

**baby (2)**
16:10;42:24
**back (26)**
6:5;7:19;8:4;9:2;
11:20;13:16;16:9,22;
17:6,24;18:21;19:1;
21:3,11;26:1;27:5,9;
31:2;34:14;38:5,16;
40:8;43:22;53:25;
54:19;56:24
**background (1)**
9:25
**bad (2)**
6:1;7:3
**bag (2)**
25:22;50:17

**bail (1)**
44:8
**Barker (1)**
28:3
**barking (2)**
26:7,7
**basically (1)**
5:15
**Bass (7)**
9:5;30:9,9;41:18;
42:3,10,22
**Bates (1)**
48:10
**begging (1)**
9:10
**behind (8)**
13:23;21:5;26:1;
27:7,9;31:2;37:4;45:7
**beside (4)**
15:2;18:14,15;28:20
**besides (7)**
7:5;10:20;18:19;
21:17;42:24;44:19;
49:22
**Bill (1)**
28:4
**birthday (1)**
6:19
**bit (6)**
8:4;9:24;16:14,22;
21:11;28:21
**bitten (1)**
16:3
**black (1)**
50:7
**Blake (24)**
5:9;7:14;9:5;10:19;
11:1;16:19;24:24;
27:19;31:21,21;33:12,
25;34:1;35:1;36:12;
37:17,25;41:18,20;
42:10,22;43:12;49:22;
51:18
**blood (1)**
6:13;31:12,16,20
**blunt (1)**
8:25
**bonded (2)**
52:17;54:1
**bones (2)**
23:17,18
**booked (1)**
43:2
**bookkeepers (1)**
44:3
**both (8)**
14:23;15:4,6,19;
18:8;35:9;55:2,19
**bottle (1)**
45:13
**bottom (1)**
48:11
**bought (1)**

22:20
**bowl (3)**
24:10;25:5,7
**bra (1)**
31:6
**break (3)**
6:4,5;29:6
**breathe (3)**
31:11,16;37:5
**breed (1)**
23:11
**Brian (1)**
12:17
**Brittany (1)**
12:17
**brought (3)**
37:18;46:20;53:3
**bucket (4)**
20:6;25:6,7,14
**Bull (1)**
23:12
**business (1)**
51:16
**buy (3)**
22:17,18;50:17

## C

**cabin (1)**
13:12
**call (10)**
6:9;8:15;19:14;
25:19;28:1,1,3;30:7,
14;38:23
**called (7)**
7:25;26:24;28:2;
38:24;39:2,3;50:7
**calls (1)**
38:25
**calm (1)**
38:7
**calmed (1)**
55:9
**came (19)**
18:7;19:9,10;22:6,
22;23:6;24:5,6;25:4;
28:8;31:9;38:12;44:3;
50:14;51:6,7,22;54:21;
56:5
**can (16)**
6:4,6,9;13:1,5,14,16;
14:14;15:19;21:10,10,
12;25:19;50:22;51:3,5
**captain (1)**
40:24
**car (37)**
7:17,22,23;8:21,23;
9:3;16:25;17:1,2,24;
18:21;19:2;27:17;31:5,
7,10;33:14;34:2,4,9,11,
13,18,21,22,24;36:13;

37:4,14,18;38:6,19;
40:1,3,12;42:14;51:11
**card (1)**
9:11
**causes (1)**
45:3
**cell (2)**
44:2,7
**cemetery (1)**
13:24
**chain (1)**
19:20
**chained (2)**
15:6;19:21
**charge (3)**
46:16,17;48:19
**charged (4)**
43:10;45:24,25;
49:14
**charges (14)**
9:20,21;44:16,17,18;
46:8,10,13,15;47:1,3,5,
7;52:1
**check (5)**
19:7,15;22:22,24;
23:7
**checked (1)**
50:14
**Chey (22)**
5:9,11;7:14;9:4;
10:19;16:19;19:24,25;
21:4;24:4,11;27:13,19,
24;29:1,1;36:17;38:3,
12;49:22;51:18;56:11
**chief (4)**
31:9;38:4;40:19,21
**child (1)**
42:16
**children (2)**
12:11,14
**Christina (2)**
5:8;47:24
**citation (2)**
44:12,14
**civil (1)**
7:10
**classes (1)**
16:9
**clean (1)**
7:19
**clear (2)**
6:21;37:8
**clearly (1)**
37:10
**close (2)**
23:25;28:22
**clue (1)**
55:24
**coaches (1)**
39:6
**coffee (4)**
16:13,18,19;17:12
**collars (1)**

Case 2:19-cv-00084-KS-MTP    Document 48-6    Filed 05/26/20    Page 18 of 26

Selena Howard, et al. v                                                    Antrinet Leggett
Forrest County, et al.

23:23
**College (1)**
  16:8
**coming (1)**
  16:18
**commands (3)**
  27:6;30:2;32:5
**commotion (1)**
  36:18
**completely (2)**
  13:14,17
**computer (2)**
  43:20,25
**CONCLUDED (1)**
  57:9
**consider (1)**
  14:6
**continue (3)**
  17:19;37:2;41:21
**Continuing (4)**
  41:10;48:3;49:10;
  56:10
**control (1)**
  52:8
**conversate (1)**
  36:23
**conversation (1)**
  9:8
**convicted (2)**
  52:4,6
**corner (1)**
  5:10
**County (18)**
  5:9;6:22;9:16,17;
  12:24;19:14;31:14;
  39:3;43:3;49:22;50:3;
  52:20,20,21;53:3,13,
  17,21
**couple (3)**
  21:2;30:20;51:9
**court (10)**
  5:16,20;46:3,4,5,23,
  24,25;49:1,5
**cousins (1)**
  12:21
**crime (2)**
  52:4,7
**cruelty (1)**
  49:15
**crying (3)**
  9:11;38:22;39:20
**currently (1)**
  11:3
**cursing (2)**
  26:6;29:15
**cutting (1)**
  44:20

**D**

**dad (1)**
  12:21
**Daniel (2)**

41:6;49:3
**Danny (1)**
  48:7
**Darious (61)**
  8:13;10:25;11:19,22;
  12:17;14:22;16:10;
  18:5;19:10,17,19;20:7,
  10;21:15;22:5,6;24:5,
  6;25:4,9,20,23;26:23;
  27:6,17,19,24;28:11,
  15,18,20,22;29:6,13,
  15;32:3;33:15,20;34:3,
  6,7,13,18;35:2;36:12;
  38:10,17,18;39:7,23;
  41:7;42:22;45:20;46:7,
  16,20;47:3,20;48:19;
  54:6;55:21
**Darious' (3)**
  39:6;47:22;55:18
**dark (6)**
  19:23,25;54:4,5,16,
  18
**daughter (1)**
  7:20
**day (14)**
  10:8;15:14,15;17:19;
  29:17;30:16;37:1,1;
  46:3;54:2,3,24,25;56:4
**days (1)**
  51:9
**defuse (1)**
  21:10
**Denise (1)**
  6:8
**Department (1)**
  39:3
**deposed (1)**
  5:13
**deposition (2)**
  7:4;57:8
**deputies (3)**
  6:22;26:10;49:22
**Deputy (13)**
  21:22;25:9,16,23;
  41:1,2;42:3,8,22;
  51:22;53:13,17;55:7
**describe (1)**
  13:2
**Devo (2)**
  11:19;19:9
**Devo's (1)**
  8:11
**different (2)**
  45:3;47:25
**difficult (1)**
  6:12
**directly (1)**
  28:25
**dirt (1)**
  13:4
**disagree (1)**
  41:23
**dismissed (5)**

9:22;47:9,10;49:17;
52:2
**disobey (1)**
  41:21
**dispatch (1)**
  39:22
**dispensation (1)**
  9:18
**distance (1)**
  39:21
**doctor (6)**
  36:3;38:9;44:22,24;
  45:1,10
**doctors (2)**
  45:11,14
**DOCUMENT (1)**
  41:8
**documents (1)**
  7:8
**dog (16)**
  14:24;15:2,5,14,19;
  22:4,4,6;25:22;26:10,
  14,16,18;56:17,19,21
**dogs (42)**
  14:10,18,20,21,23;
  15:6,25;19:14,16,18,
  20;20:2,14,20;21:1,3,
  16;22:18,23,25,25;
  23:1,10,19;25:21;26:4,
  6;39:12;40:5,7;50:14;
  54:20,21;55:2,9,13,16,
  18,19;56:13,16,17
**done (3)**
  22:21;36:20;50:14
**door (1)**
  54:16
**down (16)**
  5:10,19,20;7:24;8:3;
  13:5,20;16:14;20:15;
  21:1,15,16;24:10;
  26:18;38:7;55:9
**Dr (2)**
  45:11,12
**drag (1)**
  33:13
**dragged (2)**
  31:5;34:24
**dragging (2)**
  34:12,12
**Drive (2)**
  11:4;13:20
**driveway (1)**
  13:4,21
**driving (1)**
  8:20
**drop (1)**
  16:25
**dropped (1)**
  10:2
**Drug (1)**
  31:6
**duly (1)**
  5:3

**Dupree (1)**
  28:3
**during (3)**
  26:19;37:11;40:5

**E**

**educational (1)**
  9:25
**either (2)**
  40:11,22
**electricity (1)**
  35:25
**Elks (3)**
  7:21;8:16;13:2
**else (6)**
  11:24;30:14;42:23,
  25;46:1;50:13
**embedded (1)**
  23:24
**employee (1)**
  50:3
**end (1)**
  50:19
**ended (2)**
  8:3;26:25
**enforcement (1)**
  41:22
**enough (3)**
  22:7;25:18,19
**enter (1)**
  21:23
**escalate (1)**
  50:12
**escalated (2)**
  22:21;50:13
**especially (1)**
  36:22
**even (8)**
  9:9,14;13:5;28:21;
  37:3;44:18;47:6;48:14
**evening (1)**
  10:3
**event (2)**
  23:6,9
**Everybody (1)**
  16:24
**exact (1)**
  40:11
**exactly (2)**
  18:4;56:4
**EXAMINATION (1)**
  5:7
**examined (1)**
  5:4
**Exhibit (3)**
  41:6,8;49:1
**eyes (1)**
  21:13

**F**

**face (3)**

24:11;28:13,14
**faces (4)**
  29:20,22;39:15,17
**fact (1)**
  22:19
**fall (1)**
  33:9
**familiar (1)**
  19:24
**family (3)**
  12:19,22;22:17
**far (3)**
  18:14;43:20;45:6
**father (1)**
  22:17
**fear (1)**
  24:19
**February (1)**
  6:20
**feed (1)**
  25:21
**feel (1)**
  35:25
**feet (3)**
  26:18;28:21,22
**fell (2)**
  27:4;33:10
**felt (2)**
  24:14;29:3
**fence (2)**
  13:6,9
**few (5)**
  5:11;12:22;52:7,17;
  55:14
**fiance (1)**
  8:5
**fiance' (5)**
  7:17;11:9,15,18;
  52:19
**figure (2)**
  34:5;50:8
**filed (1)**
  7:10
**find (1)**
  51:16
**fine (1)**
  23:1
**finished (1)**
  10:3
**first (8)**
  5:3;10:20;13:3;
  27:25;43:12;45:5;46:3;
  47:12
**five (3)**
  11:16;17:9;38:20
**followed (1)**
  7:24
**follows (1)**
  5:4
**food (33)**
  16:1;20:3,4,4,5,6,8;
  21:4;22:4,4,6,11,13,17,
  18,20;23:2,2,2;24:5,7,8,

Selena Howard, et al. v
Forrest County, et al.

Antrinet Leggett

10;25:4,7,8,14,17,18,
22;26:20;50:15,15,17
**football (1)**
39:6
**Forrest (15)**
5:9;6:22;9:16,17;
12:24;39:3;43:3;49:22;
50:2;52:19,21;53:3,12,
17,21
**forth (1)**
7:19
**Forty (1)**
6:18
**found (1)**
8:24
**four (2)**
12:13,14
**frequently (1)**
45:2
**fresh (1)**
36:25
**Friday (1)**
48:17
**friends (1)**
22:17
**front (14)**
13:18;14:2,7,12;
15:13,16,18,20;22:1;
27:24,24;29:5;32:2,3
**full (1)**
6:6
**function (1)**
37:1

**G**

**gave (3)**
42:2;47:25;48:12
**GED (2)**
10:4;16:9
**general (2)**
10:7,11
**genital (1)**
28:14
**gets (1)**
37:4
**given (1)**
42:1
**God (3)**
7:6;38:24;42:16
**gospel (2)**
42:15,16
**grab (1)**
27:25
**grabbed (2)**
30:6,24
**grade (1)**
10:3
**graduate (1)**
10:2
**gravel (1)**
13:4
**ground (12)**

21:15;27:1,2,23;
28:6,7;32:3;33:10;
34:10,15,16;38:18
**guess (9)**
19:23;23:25;24:14;
32:23;44:3;45:25;
46:11;51:15;52:16
**gun (1)**
35:6
**guy (1)**
50:7

**H**

**hair (1)**
19:25
**haired (1)**
19:23
**hand (17)**
27:3;30:21;32:12,14,
19,20,25;33:1;35:12,
13,16,20,21,25;36:11;
39:9;44:20
**handcuffs (9)**
27:11,17;33:14;
37:15,17,23;39:24,25;
42:4
**handicapped (1)**
7:20
**hands (8)**
21:7,18;26:1;27:7;
28:17;29:5,9,10
**happen (1)**
37:7
**happened (32)**
7:16;9:20;16:5;
17:14,19;19:17;20:1,
14;21:25;26:3,23;
27:22;30:4;31:4;32:4;
35:4;37:9,11;38:10,15,
17;42:8,25;44:5;45:5,
6;50:6,9,11;51:17,24;
56:25
**happens (2)**
24:5,9
**hard (1)**
22:16
**Hattiesburg (1)**
10:1
**head (9)**
5:23;21:21,24;27:7;
33:11,18;36:16;41:14;
57:1
**hear (3)**
20:15,21;21:12
**heard (1)**
47:13
**heart (4)**
9:10,12,13;37:5
**heated (1)**
29:17
**help (9)**
7:19;9:11,15;22:18;

31:12;38:8;50:16,18;
55:10
**Hi (1)**
5:8
**Hickory (1)**
11:4
**High (5)**
10:1,25;31:11,19,19
**himself (1)**
26:9
**hips (1)**
21:18
**history (2)**
8:24;31:19
**hit (5)**
27:3,4;32:19;33:10;
35:20
**holding (2)**
25:13;43:11
**hollering (1)**
26:5
**Hollow (1)**
11:4
**HOLMES (1)**
57:5
**home (7)**
7:21;16:9;21:23;
54:6;55:25;56:1,5
**honest (4)**
17:17;24:15;48:9,13
**honestly (2)**
5:18;32:10
**hospital (5)**
9:15;31:13,13,15;
46:18
**hotheaded (1)**
29:3
**hours (3)**
43:7,7,8
**house (25)**
7:19;8:11;13:12,17,
21,23;14:4,6,8,9,12,13,
24;15:3,5,14,19;16:16,
24;17:6;20:10;21:4,5;
51:22;53:25
**hyperventilating (1)**
31:11
**hysterical (1)**
38:5

**I**

**identify (2)**
50:22;51:3
**illegal (1)**
19:20
**incident (19)**
6:22;7:1,15;10:9,20,
21;13:1;14:1;15:15;
34:13;36:6;42:21;46:9;
50:6;51:9,14,19;53:23;
54:24
**incorrect (3)**

42:4,5,5
**information (6)**
43:14,15,18,19;44:1,
6
**injuries (1)**
44:19
**inside (4)**
16:10,11;20:5;38:12
**insurance (3)**
8:2,20;52:22
**interfere (1)**
41:22
**interrupt (1)**
22:9
**intervene (1)**
30:5
**into (6)**
13:3;16:17;27:19;
28:10;43:2;52:19
**introduce (1)**
41:3
**Investigating (1)**
51:13
**Isabella (2)**
16:10,11
**issue (5)**
27:6;29:25;30:1;
32:4;33:5
**issued (1)**
52:11
**issues (1)**
44:25

**J**

**jail (23)**
8:20,22;9:9,16,17,
21;38:13;42:9;43:3,21;
44:3,7,17;45:20,21;
46:1,2,14,17,20;52:21;
53:4;54:1
**January (2)**
53:11,11
**Jewel (1)**
30:18
**Jimmy (2)**
8:6;11:9
**Johnny (1)**
28:3
**jumped (1)**
7:23
**justice (1)**
49:5

**K**

**keep (1)**
17:19
**killer (1)**
31:17
**kind (7)**
12:24;14:3;23:10;
24:11;42:6,19;52:7

**kitchen (4)**
13:14,15;16:12,17
**knee (1)**
21:15
**kneeled (1)**
21:16
**knew (5)**
8:1;18:4;30:14;
40:18;43:20
**known (2)**
10:23,24
**Krystal (1)**
10:6

**L**

**Lab (1)**
23:12
**laid (1)**
38:18
**Lake (2)**
7:21;8:16
**Lamar (1)**
52:20
**last (5)**
10:5;17:23;18:20,23;
37:7
**later (1)**
38:13
**law (1)**
41:22
**lawful (1)**
41:21
**lawnmower (2)**
27:4;33:11
**lawsuit (1)**
7:10
**lawyer (2)**
36:24;46:25
**laying (4)**
34:14,14,16,17
**leaseholder (1)**
12:9
**leash (1)**
40:8
**leashes (1)**
15:22
**least (1)**
38:20
**leave (1)**
19:12
**Lee (1)**
5:10
**left (1)**
14:8
**LEGGETT (13)**
5:2,8;6:8,9,17;12:15,
17,17,18;14:22;30:18;
41:12;43:21
**lesions (1)**
23:21
**less (1)**
25:6

AW REPORTING - 601-573-0961
AWREPORTING.COM

**level (1)**
29:2
**license (1)**
8:20
**life (3)**
24:19;37:2;45:6
**little (10)**
8:4;9:24;16:14,22;
17:23;21:11;25:7;
28:20;32:22;50:7
**live (9)**
11:6,6,8,14,18,21;
12:2,24;37:2
**lived (2)**
11:11,24
**living (2)**
11:17;13:15
**located (2)**
14:10;15:1
**log (1)**
13:12
**long (11)**
10:6;11:11,14,21;
15:22;20:25;30:19;
33:3;36:22;38:19;43:6
**look (13)**
7:7;23:10,13,15,16,
23;41:11,17;47:15;
48:10,23;56:13,15
**looked (1)**
34:14
**looking (4)**
14:8,9;47:14;48:4
**looks (2)**
41:17,20
**lot (1)**
29:17
**loud (1)**
5:22
**Louisiana (1)**
11:20
**lover (1)**
15:23

**M**

**ma'am (96)**
5:14;6:10,13,16,24;
7:2,5,9,12;8:9,17;9:6,
23;10:10,13,15,18,22;
11:2;12:6,25;13:22,25;
14:3,5,9,17,25;15:8;
16:2,4;17:5;18:10,21,
24;19:6,20;22:21:13;
22:8;23:9,18,22;25:18,
25;26:21;27:8,10,12;
28:9;29:8,14;30:3;
31:1;32:7,17;33:6,10;
34:23;35:3,17;36:1,14;
37:16,21,24;40:14;
41:16,19;42:15;43:1,4;
44:21;45:9,19;47:10,
12,17;48:2;49:13,16,

18,23;50:1;51:23;52:3,
6,13;53:2,5,9,17,22;
54:14;55:1,3;56:1
**mad (1)**
43:13
**Madden (2)**
8:6;11:10
**Man (2)**
25:21;39:4
**manager (3)**
10:5,7,12
**Manish (1)**
45:12
**many (5)**
12:11;14:18;33:7;
40:15;43:7
**marijuana (1)**
8:24
**MARKED (1)**
41:8
**Mary (1)**
5:10
**matter (1)**
22:19
**may (2)**
47:24;48:10
**maybe (9)**
17:9;21:18;28:21,21;
30:11;50:17;51:5;56:3,
14
**McGee (1)**
49:24
**MD (1)**
45:18
**mean (8)**
9:19;11:19;22:9;
35:7;43:17;45:4;48:24;
50:21
**meaning (1)**
18:22
**means (1)**
47:11
**meant (1)**
19:4
**medication (2)**
6:11;45:8
**medicine (1)**
6:15
**meet (1)**
17:15
**memory (2)**
17:18;36:25
**mental (1)**
44:25
**mentioned (2)**
45:4;47:7
**Merit (2)**
45:14,15
**messed (1)**
56:17
**might (1)**
6:12
**mile (2)**

13:5,20
**miles (1)**
7:24
**mind (2)**
5:25;52:24
**minute (3)**
53:2;55:14;56:6
**minutes (6)**
17:9;21:2;30:20;
38:20;40:12;55:14
**miss (1)**
10:16
**missed (1)**
32:23
**misses (1)**
35:18
**Mississippi (1)**
12:20
**mom (6)**
11:6;12:21,21;28:1;
30:7,17
**moment (3)**
18:12;21:16;56:1
**momma (1)**
30:13
**month (3)**
7:15;8:7;43:22
**months (2)**
11:23;52:17
**moody (1)**
45:3
**more (5)**
22:8;25:6;29:2;36:9;
56:7
**mother (1)**
11:11
**move (1)**
30:2
**moved (5)**
7:18;11:20;12:3,4,23
**much (6)**
12:22;31:5;34:12;
36:18;37:3;38:7
**muffled (1)**
42:19
**multiple (1)**
42:3
**muscle (1)**
36:5
**music (2)**
42:15,16

**N**

**name (15)**
5:8;6:6;8:5;23:5;
40:20,22;47:18,21,22,
23;50:7,22;51:2,5,5
**names (2)**
12:14;50:4
**near (1)**
16:1
**neck (1)**

23:24
**need (7)**
6:4;21:9;22:4;25:11;
28:1;43:16;44:1
**needed (4)**
19:12;28:3;43:19;
44:6
**neither (1)**
46:21
**nerve (1)**
36:9
**next (9)**
17:9,14;19:17;20:23;
24:5,9,21,22;54:25
**nicknames (1)**
8:15
**night (3)**
7:21;9:10,15
**nightgown (1)**
31:6
**ninth (1)**
10:2
**nipping (2)**
56:21,22
**nobody (2)**
28:16;46:1
**nod (1)**
5:22
**nods (4)**
21:21,24;41:14;57:1
**norm (1)**
6:14
**normal (1)**
31:18
**notice (1)**
23:20
**noticed (1)**
23:18
**number (1)**
48:11
**numbers (2)**
31:17,18

**O**

**oath (2)**
5:4,16
**obey (1)**
42:1
**occur (1)**
14:1
**o'clock (1)**
16:7
**off (12)**
7:22;11:12;13:19;
16:20,25;19:20;24:25;
25:12;28:8;39:19,21;
56:9
**offer (1)**
23:2
**offered (1)**
50:16
**officer (11)**

31:8;33:19,23;34:2;
40:25;50:20,21,22,24,
25;53:12
**officers (17)**
14:15;17:8;18:8,17;
20:7;22:19;27:6;28:19;
29:6,12,15;39:10;
40:10,15;41:13;44:13,
15
**officer's (1)**
23:5
**official (1)**
51:15
**old (4)**
6:17;43:13,23,24
**oldest (1)**
12:15
**Once (5)**
7:14;24:10;26:9;
30:6;33:8
**one (53)**
7:21,23;11:25;13:17;
14:12,12,14;15:9,13,
13,16,17,17;17:16,21;
19:23,25;21:15;22:19;
23:23;26:7,10;29:1,3,
4;30:8,10;31:23;32:21,
22;33:16;34:3,3;39:6;
40:19;42:11,23;45:16,
25;46:1,14;47:16,17,
19,20,20,21,21;48:5,7;
49:3;51:4;56:16
**ongoing (1)**
45:6
**only (8)**
8:23;15:9;19:15;
21:2;42:21;45:25;
46:14;53:20
**onto (1)**
51:6
**order (3)**
35:22;55:4,5
**orders (4)**
41:21;42:1,1,2
**other's (2)**
29:20,22
**ought (2)**
17:22;18:19
**out (53)**
5:21;10:2;12:4;
15:24;16:11,18,20;
17:15,18;18:7;19:9,10;
20:2,17,18,19;22:6,18,
24;23:6,17,19;24:4,5,6,
15;25:4;26:5,6;27:2;
30:21;31:8;32:11,13;
33:1;34:5;35:8,14;
37:3;38:24;42:6;45:13,
13;48:19;50:8,18;
51:10,17;52:17,25;
54:1,16;56:2
**outside (3)**
18:5,6,7

**outstanding (1)**
 8:1
**over (10)**
 7:22;8:1,18;10:6;
 17:20,20;31:19;37:6;
 38:13;44:3
**owned (1)**
 12:5
**owners (2)**
 14:20,23
**owns (1)**
 39:4

## P

**page (2)**
 41:11;49:3
**pages (2)**
 47:15,19
**paid (1)**
 50:17
**pain (1)**
 6:15
**panties (1)**
 31:6
**paper (1)**
 52:25
**papers (1)**
 46:2
**passed (1)**
 29:17
**Patricia (4)**
 16:8,23,25;17:3
**patrol (2)**
 7:23;51:11
**paying (1)**
 52:14
**Pearl (1)**
 16:8
**pending (1)**
 44:18
**people (1)**
 44:2
**period (3)**
 36:16;37:12;40:6
**personally (1)**
 39:9
**phone (20)**
 27:18,25;28:2;30:6,
 10,11,12,15,16,19;
 32:11,13,15;33:1;
 38:25,25;39:2,7,9,22
**pick (1)**
 33:13
**picked (1)**
 52:17
**picture (3)**
 5:19;36:15;37:9
**pill (1)**
 45:13
**pills (2)**
 6:14;45:2
**Pine (2)**

 54:21;55:3
**pissed (1)**
 56:17
**Pit (1)**
 23:12
**place (9)**
 7:15;25:23,25;26:22;
 27:11,16;42:4;50:9,11
**placed (1)**
 39:23
**planning (1)**
 22:8
**pleading (1)**
 24:17
**Please (8)**
 9:11,14;21:8;22:1;
 24:13,18,19;29:10
**pm (1)**
 57:9
**pocket (1)**
 9:12
**point (11)**
 18:5,6;20:21,25;
 24:20;26:19;29:25;
 31:21;32:1;34:6,6
**pointed (2)**
 28:13;33:18
**police (9)**
 26:25;31:9;37:4;
 38:4;40:9,19,21,25;
 51:16
**pooped (2)**
 26:8;56:17
**porch (30)**
 13:13,17,18;14:7,7,
 14;16:17,21;17:15,21;
 18:8,11,16;20:12,13,
 24;21:3,20;24:23;25:1,
 2,3;26:5,9;28:5,8;
 39:18,19,21;56:18
**porched (1)**
 16:12
**porches (1)**
 14:13
**positive (1)**
 9:8
**post (1)**
 47:11
**pounds (1)**
 25:7
**praying (1)**
 38:22
**prepare (1)**
 7:4
**pressure (4)**
 6:14;31:12,17,20
**pretty (5)**
 12:21;31:5;34:12;
 37:3;38:6
**prior (4)**
 7:14;8:7;11:7,17
**privacy (1)**
 13:6

**private (2)**
 13:7;33:18
**probably (4)**
 7:24;51:25;52:17;
 55:22
**problem (3)**
 24:18;36:9;55:11
**problems (7)**
 9:12;21:8;22:2;
 29:11;31:17
**proceed (1)**
 21:5
**program (1)**
 10:3
**prong (5)**
 32:21,22;35:15;
 36:11;44:20
**prongs (7)**
 26:14,16;32:21;35:1,
 5,9,11
**property (15)**
 12:5;13:2,6,7;14:11;
 16:19;19:12;23:6;
 25:12;39:4,14;42:24;
 50:8;51:6,7
**protocol (1)**
 50:10
**pull (2)**
 13:19;45:13
**pulled (12)**
 7:22,25;8:18;16:19;
 17:23;18:20,23;19:1;
 27:2;37:6;51:11;55:7
**purse (5)**
 8:23,25;9:2;45:13;
 52:25
**push (2)**
 29:12,13
**pushed (1)**
 27:1
**put (23)**
 17:18;21:7;26:1,13,
 15;27:7,17;28:23;29:5;
 30:22;31:2;33:14;
 34:20,22;37:14,17,22;
 39:25;40:8;43:11;44:2;
 45:7;55:9
**puts (1)**
 24:10
**putting (2)**
 28:16;36:3

## Q

**quarter (2)**
 13:5,20
**quarters (1)**
 13:15
**quickly (1)**
 6:2
**quite (1)**
 52:7

## R

**reach (1)**
 15:19
**reached (1)**
 27:25
**read (2)**
 49:6,8
**reading (1)**
 48:25
**ready (2)**
 13:3;54:17
**really (4)**
 13:7;24:2,3;56:12
**reask (1)**
 30:1
**reason (3)**
 22:3;29:4;42:19
**received (1)**
 44:14
**recently (2)**
 11:13;53:1
**recognize (2)**
 18:3;53:18
**record (3)**
 6:5,7;56:9
**recording (1)**
 30:12
**records (1)**
 49:4
**regarding (1)**
 6:22
**regular (1)**
 45:18
**released (3)**
 20:2;21:2;46:18
**reliving (1)**
 17:20
**remember (20)**
 9:8;17:17;23:5;
 28:16;29:16,18;33:17,
 17;36:19,22;37:10;
 38:2;42:25;47:6,7;
 51:23;54:7,10,13;
 56:12
**rephrase (1)**
 5:25
**reply (1)**
 18:1
**reporter (2)**
 5:20;49:1
**represent (1)**
 5:9
**represents (1)**
 5:11
**reside (1)**
 11:3
**residence (1)**
 11:7
**residents (1)**
 45:17
**resist (2)**

 37:20,22
**resisted (1)**
 41:25
**response (18)**
 17:13;20:9,11;26:12;
 28:12;29:24;31:3;33:2,
 22;34:25;37:13,19;
 42:12;43:4;45:16;53:7,
 24;55:17
**restaurant (1)**
 10:5
**return (1)**
 45:7
**returned (1)**
 16:9
**right (11)**
 7:1;14:13;15:2,3,3;
 24:21,22;28:20;50:6;
 51:4,21
**rise (1)**
 24:15
**River (2)**
 11:9;16:8
**roaches (1)**
 8:25
**Road (7)**
 7:21,24;8:16;11:9;
 13:2,4,19
**rode (1)**
 16:25
**Rogers (2)**
 12:8;39:4
**routine (1)**
 52:18
**run (1)**
 15:25
**run-in (1)**
 53:20
**run-ins (1)**
 49:21
**running (2)**
 7:22;26:7

## S

**same (10)**
 14:15,17;17:20;
 33:19,23;34:2;35:9;
 41:5,7;48:5
**sang (2)**
 42:15,16
**sat (1)**
 40:12
**saw (1)**
 38:10
**saying (7)**
 18:19;27:16;32:5;
 38:14;40:2;50:12;51:2
**scar (1)**
 32:19
**scared (1)**
 37:5
**school (4)**

11:1;16:8,23,25
**scratch (1)**
    32:22
**scratched (2)**
    35:12,13
**scratches (1)**
    36:11
**screaming (2)**
    39:15,20
**screen (1)**
    49:1
**search (4)**
    19:10,11;22:3;25:10
**searched (4)**
    8:21,21,23,23
**second (1)**
    27:5
**seemed (1)**
    29:1
**Selena (35)**
    7:25;11:19,20,22;
    12:10,11;14:22;16:11;
    17:16;18:13;20:23;
    22:15,15;24:25;26:24;
    38:24;39:1,10;42:22;
    45:22;46:2,7,15,21;
    47:5,7,8,16,20;48:6,8;
    49:11;51:10;55:5,15
**Selena's (6)**
    8:11;12:2;17:2,3;
    47:17,22
**separate (2)**
    13:15,18
**separating (1)**
    13:10
**September (4)**
    6:23,25;16:6;54:3
**seven (1)**
    54:8
**shake (3)**
    5:23;36:2,4
**shakes (1)**
    36:7
**shaking (1)**
    34:17
**sharing (1)**
    49:1
**Shelby (1)**
    12:8
**shelter (1)**
    55:3
**Sheriff (2)**
    39:3;49:24
**sheriff's (2)**
    41:1,2
**shoes (1)**
    31:6
**shoot (4)**
    26:14,16;27:3;35:6
**short (1)**
    31:23
**shorter (1)**
    30:8

**shortly (1)**
    17:11
**shot (5)**
    26:8,10;34:15;42:11;
    56:24
**show (4)**
    19:18;20:6,7;22:7
**showed (4)**
    24:7,8;38:19;50:8
**side (19)**
    13:16,17;14:3,4,5,6,
    7,8,13,14,15,17;15:3,
    13,17;16:16,16;24:25;
    56:24
**signature (1)**
    53:14
**sister (2)**
    12:2;17:3
**sisters (1)**
    12:22
**sitting (1)**
    51:10
**situation (3)**
    21:10;32:8;45:5
**Six (2)**
    11:23;54:8
**skinny (1)**
    23:13
**slow (1)**
    16:14
**SMITH (15)**
    5:7;41:5,10;48:3,7,
    12,16,20,23;49:2,6,10;
    56:6,10;57:3
**smoking (1)**
    8:24
**snatched (3)**
    30:21;32:11,13
**society (1)**
    37:3
**somebody (7)**
    28:2;30:14,14;31:12;
    36:22;38:6;56:16
**Somehow (1)**
    26:25
**someone (2)**
    38:19;44:7
**Sometimes (2)**
    5:22;6:1
**son's (1)**
    24:19
**soon (2)**
    17:8;56:18
**sooner (1)**
    36:21
**sorry (14)**
    7:3;8:13;9:17;15:6;
    16:13;17:25;22:9;
    27:14;28:24;30:9;
    38:14,15;42:7;43:5
**sort (5)**
    7:7;10:16;23:20;
    33:5;44:24

**sound (1)**
    6:25
**Southern (2)**
    54:21;55:3
**spasm (1)**
    36:5
**speak (1)**
    39:7
**speaking (2)**
    7:5;29:2
**speed (1)**
    52:8
**spell (1)**
    45:12
**spoken (3)**
    49:24;50:2;51:18
**sporadically (1)**
    36:4
**Standing (7)**
    18:14,15;21:17;
    24:25;27:23,24;32:2
**start (3)**
    10:3;12:15;16:6
**started (3)**
    5:12;30:6;36:7
**state (1)**
    6:6
**stated (1)**
    17:17
**station (1)**
    31:7
**stay (3)**
    11:13;20:25;30:19
**stayed (1)**
    44:7
**stents (1)**
    9:13
**steps (1)**
    17:16
**stick (3)**
    26:17;35:12,13
**sticking (2)**
    23:17,19
**still (2)**
    21:13;36:1
**stood (3)**
    22:1;28:20;29:8
**stop (1)**
    52:18
**store (2)**
    10:7;56:4
**straight (1)**
    46:18
**streets (1)**
    13:10
**stuck (4)**
    35:15,21,22,24
**stunt (4)**
    17:23;18:2,20,22
**Sumrall (9)**
    5:11;7:14;9:5;21:22;
    25:9,16,23;30:8;42:22
**supplement (1)**

48:17
**supposed (3)**
    23:2;40:24;50:18
**sure (21)**
    5:21,23;9:4,19;
    15:16,17,18,21;17:16;
    18:14;24:2,3;26:24;
    31:24,25;33:16;37:11;
    43:7,25;51:25;56:3
**surgery (1)**
    9:13
**SUV (1)**
    51:12
**swing (1)**
    24:16
**switched (1)**
    45:11
**sworn (1)**
    5:3

---

**T**

**talk (7)**
    13:1;30:7;36:23;
    38:5,6;44:3;45:1
**talked (2)**
    31:9;42:8
**talking (12)**
    7:6;9:16;18:2,7;
    20:19;26:20;28:11;
    29:1;31:17;42:17;
    47:25;51:16
**tall (2)**
    19:23,25
**tank (1)**
    43:11
**tase (11)**
    31:21;32:5,12,18;
    33:3,7,15;35:2,23;
    36:17;56:16
**tased (24)**
    32:1,3,9,13;33:9,12,
    16,19,20;34:3,6,7,7,19,
    20;35:19,20;36:19;
    38:11,17;56:11,13,16,
    18
**taser (13)**
    26:8,11,14,15;27:3,
    3;28:13,13;33:17;35:2,
    6,10;42:11
**tases (4)**
    32:15,25;33:25;
    36:12
**telling (4)**
    16:13;24:11,13;
    31:10
**ten (3)**
    38:20;40:12;55:20
**tendency (1)**
    5:22
**term (1)**
    47:12
**testified (1)**

5:4
**thinking (1)**
    30:11
**third (1)**
    49:2
**though (1)**
    18:11
**thought (1)**
    30:11
**three (7)**
    11:13;36:20;40:16;
    47:15,19;53:8,9
**thrown (1)**
    48:19
**thyroid (2)**
    6:14;45:2
**tickets (1)**
    46:11;52:15
**times (2)**
    33:7;42:3
**Toby (1)**
    28:3
**today (6)**
    6:11,21;7:4;25:22;
    41:16;47:13
**together (3)**
    11:16;55:20,22
**told (4)**
    19:19;22:7;28:2;
    43:24
**took (25)**
    7:15,22;8:19,21;
    16:10;27:18;28:14;
    30:10,15;31:14;34:2,3;
    35:8;40:1,2,3;42:3,9;
    46:18;50:9;52:19,21;
    53:14;54:21;55:2
**top (1)**
    18:11
**tote (1)**
    25:7
**touch (2)**
    28:15;30:13
**towards (3)**
    21:3,19,20
**to-wit (1)**
    5:5
**traffic (4)**
    8:1;52:7,14,18
**tree (10)**
    14:5;15:2,3,7,9;
    19:21;20:2,18,19;
    21:12
**trees (3)**
    13:11;15:10,11
**Tremane (1)**
    12:15
**tried (7)**
    21:5,22;25:25;26:22;
    30:4;33:13;37:22
**truck (3)**
    40:4;51:12,12
**try (10)**

17:17,18;25:23;
27:11,16;28:18;29:5,
12,13;37:20
**trying (15)**
24:14,15,16;28:23;
29:6;30:6,13;34:5;
36:15;37:1,8,11;50:8;
51:16;55:6
**turn (3)**
13:3;33:15;35:2
**turned (1)**
16:20
**turns (1)**
36:12
**tussle (3)**
27:20,21;28:10
**twitch (1)**
36:9
**Two (5)**
14:19,20;15:10,11;
32:21
**type (1)**
51:12

## U

**ultimately (4)**
39:23;43:2;47:9;
52:1
**under (9)**
5:4,16;25:24;26:1,2,
23;30:22,25;52:8
**unhook (1)**
35:1
**unhooked (1)**
35:5
**unhooks (1)**
20:14
**unleashed (1)**
20:19
**up (27)**
8:3,4;15:25;16:19,
22;19:21;20:12;21:3,7,
11;26:4,25;27:5;29:7,
9,10;33:13;38:19;
46:12,15,16,17;50:8,
19;51:11;52:17;55:7
**used (2)**
7:18;8:23

## V

**vehicle (3)**
7:23;8:21;51:12
**vehicles (1)**
16:20
**verbal (4)**
27:6;30:1,2;32:5
**violation (1)**
8:2
**violations (1)**
52:7
**vividly (1)**

29:16

## W

**WAIDE (8)**
47:24;48:9,14,18,22;
49:4,8;57:7
**waiting (1)**
55:15
**walk (5)**
13:14,16;16:5;20:12;
32:8
**walked (7)**
16:12,17,20;17:21;
21:3,19;54:16
**warning (1)**
33:5
**warrant (8)**
8:2;19:10,11;22:3;
25:10,11;52:11,22
**warrants (1)**
8:22
**water (1)**
16:1
**way (6)**
8:10;13:14,16;32:23;
42:16,17
**weeks (1)**
11:13
**welfare (1)**
22:25
**wellbeing (1)**
19:15
**weren't (5)**
10:11,17;18:11;
55:25;56:1
**Wesley (2)**
45:14,15
**What's (3)**
8:5;36:16;37:9
**WHEREUPON (1)**
57:8
**whole (6)**
12:22;16:24;29:9,10;
42:15,17
**wish (1)**
36:20
**withdrawn (1)**
37:2
**Within (1)**
17:9
**Witness (6)**
21:21,24;41:14;
48:24;56:8;57:1
**witnesses (1)**
42:21
**wood (1)**
13:9
**words (1)**
29:16
**work (1)**
10:16
**worked (1)**

10:6
**working (6)**
10:8,11,14,15,17,18
**works (1)**
35:7
**worth (1)**
25:8
**wraparound (1)**
13:13
**wrong (1)**
39:11
**wrote (5)**
41:20;46:12,15,16,
17

## Y

**y'all (5)**
25:11,11;39:14,14;
54:7
**yard (1)**
51:10
**years (5)**
10:5,7;11:16;36:20;
55:20
**yelling (3)**
26:6;29:22;39:20
**you-all (3)**
22:22;28:8;45:24

## 1

**1 (2)**
41:6,8
**11 (1)**
6:20
**1180 (1)**
8:3
**12:08 (1)**
57:9
**1288 (1)**
8:3
**1348 (2)**
8:16;13:2
**15 (2)**
10:5,6
**173 (1)**
31:19
**18th (1)**
53:11
**19 (1)**
49:2
**1980 (1)**
6:20

## 2

**2 (3)**
7:24;28:21;41:11
**2017 (5)**
6:23,25;8:8;16:6;
54:3
**22 (1)**

11:4
**220 (1)**
31:18
**252 (1)**
11:9
**27th (4)**
6:23,25;16:6;54:3

## 3

**3 (2)**
28:21,21

## 5

**50 (1)**
25:7

## 8

**8 (1)**
16:7

## 9

**945 (1)**
49:2

## Left Affidavit (EXHIBIT 1)

**AFFIDAVIT — JUSTICE COURT**

471-357
(B) 02 9/28

**THE STATE OF MISSISSIPPI, FORREST COUNTY**

Before me, T.K. SCOTT, a Justice Court Clerk of said County and State, DEPUTY OTEY SUMRALL makes an oath that DARIOUS LEGGETT

City: HATTIESBURG St.: MS Zip Code: 39401

on or about the 27th day of SEPT., A.D., 2017

18th

in the _____ said District of said County and State and did willfully and unlawfully

— DISORDERLY CONDUCT

DEPUTY SUMRALL MADE CONTACT WITH MR. LEGGETT AT HIS HOME IN REGARDS TO THE WELFARE OF HIS DOG. DEPUTY SUMRALL ASKED MR. LEGGETT TO PROVIDE PROOF THAT THE DOG HAD FOOD, AT WHICH POINT MR. LEGGETT WENT INSIDE. DEPUTY SUMRALL FOLLOWED AT THAT POINT MR. LEGGETT STEPPED IN DEPUTY SUMRALL'S FACE DEPUTY SUMRALL RANDOWODED MR. LEGGETT TO PLACE HIS HANDS BEHIND HIS BACK, AT WHICH POINT HE REFUSED.

against the peace and dignity of the State of Mississippi

Signed

Sworn to and subscribed before me, this ___ day of SEPTEMBER

**EXHIBIT 1**

## Right Affidavit (EXHIBIT 2)

**AFFIDAVIT — JUSTICE COURT**

471-358
(B) 02 9/28

**THE STATE OF MISSISSIPPI, FORREST COUNTY**

Before me, T.K. SCOTT, a Justice Court Clerk of said County and State, DEPUTY OTEY SUMRALL makes an oath that DARIOUS LEGGETT

Soc. Sec
Street Address
City: HATT Zip Code: 39461
Tel: (337)

on or about the 27th day of SEPT., A.D., 2017

18th

in the _____ said District of said County and State and did willfully and unlawfully

— RESISTING ARREST

DEPUTY SUMRALL ATTEMPTED TO PLACE HANDCUFFS ON MR. LEGGETT AT WHICH POINT HE RESISTED AND SUMRALL OFF THE PORCH.

against the peace and dignity of the State of Mississippi

Signed

Sworn to and subscribed before me, the ___ day of SEPTEMBER

**EXHIBIT 2**

CLT-HOWARD-000945

TRUE AND CORRECT COPY

## Left Affidavit

471-365

⑧ JC 9/25

**AFFIDAVIT — JUSTICE COURT**

**THE STATE OF MISSISSIPPI, FORREST COUNTY**

Before me, _TK Scott_, a Justice Court Clerk

of said County and State, _BLAKE BASS_

makes an oath that _Antrinette Leggett_

_Hattiesburg_ _MS_ _39401_

on or about the _27_ day of _Sept_ _A.D., 2017_,

in the _18th_ said District of said

County and State and did willfully and unlawfully

Disorderly Conduct
Failure to comply

follow orders by Deputy
BLAKE BASS and refused to obey orders
~~and~~ when Deputy
Bass and Sumrau attempted to
arrest her son. She continued to
disobey lawful orders and interfered
with law enforcement.

against the peace and dignity of the State of Mississippi.

Signed: _Blake Bass_ 1-70

Sworn to and subscribed before me, the _27_ day of _September_

A.D. _2017_

**TRUE AND CORRECT COPY**

## Right Affidavit

471-364

⑧ JC 9/22

**AFFIDAVIT — JUSTICE COURT**

**THE STATE OF MISSISSIPPI, FORREST COUNTY**

Before me, _TK Scott_, a Justice Court Clerk

of said County and State, _BLAKE BASS_

makes an oath that _Antrinette Leggett_

City: _Hattiesburg_ St: _MS_ Zip Code: _39401_

Telephone:

on or about the _27_ day of _Sept_ _A.D., 2017_,

in the _18th_ said District of said

County and State and did willfully and unlawfully

Resisting ARREST

While Deputy Bass attempted
to arrest Antrinette Leggett
She resisted and disobeyed
orders given. Took Deputy
BASS multiple times
to place handcuffs on
Mrs. LEGGETT.

against the peace and dignity of the State of Mississippi.

Signed: _Blake Bass_ 1-70

Sworn to and subscribed before me, the _27_ day of _September_

A.D. _2017_

CLT-HOWARD-000946

## AFFIDAVIT — JUSTICE COURT

### THE STATE OF MISSISSIPPI, FORREST COUNTY

Before me, _TE Scott_ , a Justice Court Clerk

of said County and State, _BLACE BASS_

makes n oath that _Selena Howard_

City: _Hattiesburg_  St.: _MS_  Zip Code: _39401_

Telephone #: _____

on or about the _27_ day of _Sept_ , A.D., _207_ .

in the _18th_ _____ said District of said

County and State and did willfully and unlawfully

_SIMPLE CRUELTY_

_97-41-16 (2)(A)_

_NEGLECT THREE_

_DOMESTICATED DOGS_

_OF ADEQUATE SHELTER_

_FOOD OR WATER_

against the peace and dignity of the State of Mississippi.

Signed: _Blbbass_  F7o

Sworn to and subscribed before me, the _27_ day of _September_ .

A.D. _2019_

CLT-HOWARD-000947