ORI #: MS0180000  FORREST COUNTY SHERIFF'S OFFICE  7/26/2019 10:16
Case: 201711423
55 Arena Drive
Hattiesburg MS, 39401
601-544-7800
Scanned Docs for Case #201711423

FORREST COUNTY SHERIFF'S OFFICE
M26 ADVANCED TASER USE REPORT

Taser Officer's Name: BLAKE BASS F70    Officer's Supervisor: JOHN KLEM F11
Taser Cartridge #: C4104PHR7    Medical Attention Needed (Y)/N  If Yes, What Type: TAKEN PRONG out
Responding Medical Service: TRIPLE AAA
All Officers Involved: F70 BASS    F17 SUMRALL
Suspect's Name: DARIOUS LEGGETT    Date: 09-27-2017  Time: 0824 Hrs.
Suspect's Age: ___ Sex: M Race: B Height: ∠ Weight: ∠ Build: ( )Heavy (X)Med. ( )Trim
Suspect's SS#: [redacted]    D.O.B.: [redacted]
Location of Incident: (Cell Block, Cell#, Etc.) 1348 ELKS LAKE RD Hattiesburg MS 39401    Was Suspect Booked: Y/(N)
Charges: RESISTING ARREST, DISORDERLY CONDUCT, FAILURE TO COMPLY
Other Disciplinary Actions Taken: N/A
Nature of Incident: SUSPECT RESISTED ARREST
Incident Type (Circle all That Apply): Disturbance  Suicidal  Violent Suspect  Barricade
(Fail to Comply)  Assault on Officer  Assault on Other(s)
Other Type(s) of Force Used: (✓)Verbal (✓)Physical ( )Less-Lethal ( )Firearm
Describe Type(s). Chemical Spray; Y /(N)  Baton; Y /(N)  Control Hold(s); Y /(N)  If Yes, Describe: _____

Was Suspect Admitted to Hospital for Injuries Y/ N, For Psychiatric Care Y /(N)
Was Suspect Under the Influence of: Drugs / Alcohol  N
Was an Officer or Citizen Injured Y /(N), If Yes Describe: _____
Was Suspect Wearing Heavy Clothing: Y /(N)
Type of Application (Check all That Apply) TASER X  Arc Display Only ___  Laser Display Only ___
TASER Is This a Dart Probe Contact (Y)/ N  Is This a Stun Touch Contact, Y /(N)

Use of Force Report 1 of 2


EXHIBIT G

ORI #: MS0180000    **FORREST COUNTY SHERIFF'S OFFICE**    7/26/2019 10:16

Case: 201711423

55 Arena Drive
Hattiesburg MS, 39401
601-544-7800

Scanned Docs for Case #201711423

Approximate Target Distance at Time of Dart Launch: __5 FT__

Approximate Distance Between Probes: __5 INCH__ Need for Additional Shot(s): Y /(N) How Many ____

Did Dart Contacts Penetrate Suspect's Skin: (Y)/ N

TASER: Did the Application Cause Injury: Y /(N) If Yes, Was Suspect Treated For Injury: Y /(N)

Description of Injury. ____

APPLICATION AREAS-Points of Contacts (place "X" were probe's hit suspect)

Synopsis of Probe Hit: __PROBE HIT IN GROIN AREA__

Need for Additional Application: Y /(N) Did Device Respond Satisfactorily: (Y)/ N

Describe Suspects Demeanor After the Device Was Used or Displayed:
__FOLLOWED ORDERS BY LAW ENFORENMENT AFTER HE WAS HIT BY PROBES.__

Use of Force 2 of 2