471-357

**AFFIDAVIT — JUSTICE COURT**  (S) JR 9/28

## THE STATE OF MISSISSIPPI, FORREST COUNTY

Before me, _T.K. SCOTT_, a Justice Court Clerk of said County and State, _DEPUTY CHEY SUMRALL_ makes an oath that _DARIOUS LEGGETT_ ▮▮▮▮▮▮

Soc. Sec. #: ▮▮▮▮▮▮ Date of Birth: ▮▮▮▮

Street Address: ▮▮▮▮▮▮

City: _HATTIESBURG_ St.: _MS_ Zip Code: _39401_

Telephone #: ▮▮▮▮▮▮

on or about the _27th_ day of _SEPT._ A.D., 20_17_, in the _18TH_ said District of said County and State and did willfully and unlawfully

‑ DISORDERLY CONDUCT
DEPUTY SUMRALL MADE CONTACT WITH MR. LEGGETT AT HIS HOME IN REGARDS TO THE WELFARE OF HIS DOG. DEPUTY SUMRALL ASKED MR. LEGGETT TO PROVIDE PROOF THAT THE DOG HAD FOOD, AT WHICH POINT MR. LEGGETT WENT INSIDE, DEPUTY SUMRALL FOLLOWED, AT THAT POINT MR. LEGGETT STEPPED IN DEPUTY SUMRALL'S FACE. DEPUTY SUMRALL COMMANDED MR. LEGGETT TO PLACE HIS HANDS BEHIND HIS BACK, AT WHICH POINT HE REFUSED.

against the peace and dignity of the State of Mississippi.

Signed _____ FPT

Sworn to and subscribed before me, the ___ day of _september_

"TRUE AND CORRECT COPY"

---

471-358

**AFFIDAVIT — JUSTICE COURT**  (S) JR 9/28

## THE STATE OF MISSISSIPPI, FORREST COUNTY

Before me, _T.K. SCOTT_, a Justice Court Clerk of said County and State, _DEPUTY CHEY SUMRALL_ makes an oath that _DARIOUS LEGGETT_

Soc. Sec. #: 4▮▮▮▮ Date of Birth: ▮▮▮▮

Street Address: ▮▮▮▮▮

City: _HATTIESBURG_ St.: _MS_ Zip Code: _39401_

Telephone ▮▮▮▮▮ (277▮)

on or about the _27th_ day of _SEPT._ A.D., 20_17_, in the _18TH_ said District of said County and State and did willfully and unlawfully

‑ RESISTING ARREST
DEPUTY SUMRALL ATTEMPTED TO PLACE HANDCUFFS ON MR. LEGGETT, AT WHICH POINT HE RESISTED AND JUMPED OFF THE PORCH.

EXHIBIT
I

against the peace and dignity of the State of Mississippi.

Signed _____ FPT

Sworn to and subscribed before me, the ___ day of _september_

CLT-HOWARD-000945

**AFFIDAVIT — JUSTICE COURT**   (8) *pr 9/28*

## THE STATE OF MISSISSIPPI, FORREST COUNTY

Before me, **TK Scott**, a Justice Court Clerk of said County and State, **BLAKE BASS** makes an oath that **Antrinette Leggett**

Soc. Sec. #: ▓▓▓▓▓▓ Date of Birth ▓▓▓▓

Street Address: ▓▓▓▓▓▓▓▓▓▓

City: **Hattiesburg** St.: **MS** Zip Code: **39401**

Telephone #: ▓▓▓▓▓

on or about the **27** day of **Sept** A.D., **2017**, in the **18th** said District of said

County and State and did willfully and unlawfully

**Disorderly Conduct**
**Failure To Comply**

**follow orders by Deputy BLAKE BASS and refused to obey odrs ~~order~~ ~~down~~ when Deputy Bass and Sumrall attempted to arrest her son. She continued to disobey lawful orders and interfered with law enforcement.**

against the peace and dignity of the State of Mississippi.

Signed: *Blake Bass* F70

Sworn to and subscribed before me, the **27** day of **September** A.D., **2017**

'TRUE AND ~~CORRECT COPY~~'

---

**AFFIDAVIT — JUSTICE COURT**   (8) *pr 9/28*

## THE STATE OF MISSISSIPPI, FORREST COUNTY

Before me, **TK Scott**, a Justice Court Clerk of said County and State, **BLAKE BASS** makes an oath that **Antrinette Leggett**

Soc. Sec. #: ▓▓▓▓▓▓ Date of Birth ▓▓▓▓

Street Address: ▓▓▓▓▓▓▓▓▓▓

City: **Hattiesburg** St.: **MS** Zip Code: **39401**

Telephone #: ▓▓▓▓▓

on or about the **27** day of **Sept** A.D., **2017**, in the **18th** said District of said

County and State and did willfully and unlawfully

**RESISTING ARREST**

**While Deputy Bass attempted to arrest Antrinette Leggett She resisted and disobeyed orders given. Took Deputy BASS multiple times to place handcuffs on MRS. LEGGETT.**

against the peace and dignity of the State of Mississippi.

Signed: *Blake Bass* F70

Sworn to and subscribed before me, the **27** day of **September** A.D., **2017**

## THE STATE OF MISSISSIPPI, FORREST COUNTY

Before me, _TF Scott_ , a Justice Court Clerk
of said County and State, _BLAKE BASS_
makes an oath that _Selena Howard_
Soc. Sec. ████████ Date of Birth ████████
Street Address: ████████
City: _Hattiesburg_ St.: _MS_ Zip Code: _39401_
Telephone #: _____
on or about the _27_ day of _Sept_ A.D., _2017_,
in the _18th_ said District of said
County and State and did willfully and unlawfully

_SIMPLE CRUELTY_
_97-41-16 (2)(A)_

_NEGLECT THREE_
_DOMESTICATED DOGS_
_OF ADEQUATE SHELTER_
_, FOOD , OR WATER_

against the peace and dignity of the State of Mississippi.
Signed: _Blake Bass_ _F70_
Sworn to and subscribed before me, the _27_ day of _September_
A D _2017_

CLT-HOWARD-000947