# EXHIBIT A
# 911 PHONE CALL