1

 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                       EASTERN DIVISION

 3   SELENA HOWARD, DARIOUS LEGGETT; AND
     ANTRINET LEGGETT                              PLAINTIFFS
 4
     VERSUS                           NO. 2:19-CV-84-KS-MTP
 5
     FORREST COUNTY; CHEY SUMRALL
 6   INDIVIDUALLY AND IN HIS
     OFFICIAL CAPACITY; BLAKE BASS,
 7   INDIVIDUALLY AND IN HIS OFFICIAL
     CAPACITY                                      DEFENDANTS
 8

 9   **********************************************************

10
                      DEPOSITION OF BLAKE SMITH
11                    VIA ZOOM VIDEO CONFERENCE

12
     **********************************************************
13

14                    APPEARANCES NOTED HEREIN

15
                       DATE: APRIL 27, 2020
16                PLACE: ZOOM VIDEO CONFERENCE
                       TIME: 2:48  p.m.
17

18


19
     REPORTED BY:   AMANDA MAGEE WOOTTON
20                  CSR #1238

21   _____

22
                           AW Reporting
23                   amanda@awreporting.net
                      338 Indian Gate Circle
24                 Ridgeland, Mississippi 39157
                          601.573.0961
25

APPEARANCES VIA ZOOM VIDEO CONFERENCE:

    Christina Smith, Esquire
    Allen, Allen, Breeland & Allen
    Post Office Box 751
    Brookhaven, Mississippi
    csmith@aabalegal.com

    Daniel M. Waide, Esquire
    Johnson, Ratliff & Waide, PLLC
    P. O. Box 17738
    Hattiesburg, Ms 39404
    dwaide@jhrlaw.net

    Mary Lee Holmes, Esquire
    Holmes, McLelland & Ferraez, PLLC
    601 E Central Avenue
    Petal, Mississippi 39465-2974
    marylee@hmflawfirm.com

_____

AMANDA MAGEE WOOTTON
AW REPORTING
338 Indian Gate Circle
Ridgeland, Mississippi  39157
(601) 898-9990

AW REPORTING - 601-573-0961
AWREPORTING.COM

1  been tied to the tree, right?
2      A    I do not.
3      Q    And you don't know whether or not the dog
4  had been fed that morning, correct?
5      A    Correct.  I don't.
6      Q    And you don't know whether or not the dog
7  had had any water that morning?
8      A    I do not.
9      Q    Okay.  And you were told, weren't you, that
10 the dogs had been fed, just not a lot of food.  Is
11 that fair to say?
12     A    I don't remember me being told anything.  I
13 do remember Darious saying he had food in the house.
14 That's all I recall.
15     Q    Okay. Now, before y'all got to the --
16 before Chey and Darious were on the porch, had anybody
17 claimed ownership of the dogs?
18     A    I don't recall.  No, I don't.
19     Q    All right.  Did you know who owned the dogs
20 when Chey and Darious were on the porch?
21     A    I assume they did.
22     Q    I know you assume that, but did you know at
23 that time who owned the dogs?
24     A    I did not know.  I figured he was going in
25 the house to get dog food for his dogs.