```
OCT-11-2017 WED 02:44 PM FCSO ADMIN                    FAX:6015448162              P.006
JCMINQ01 DAOFFICE              CRIMINAL AFFIDAVIT                    JCWINQ27/M5
Book  471 Page   358      Out of State? N (Y/N)           Status A (A, I, C)
Defendant Name LEGGETT  DARIOUS
Address          1438 ELKS LAKE RD
                                              Bond Amt
City St Zip   HATTIESBURG  MS 39401           Surety Name
Affiant Name CHEY SUMRALL
Sex M Race      Date of Birth              SSN           Phone 6012970291
State Licensed     Drivers License Number
Vehicle License           State    Make      Year      Type     (Auto,Trk)
BAC 00000  Speed    Zone      Nature of Off. RESISTING ARREST
Filing Date  9 - 27 - 2017         Offense Date  9 - 27 - 2017    Time    :
Judge  8 JUDGE WES CURRY              Courtroom 888 Returnable 11 - 7 - 2017
Disposition 11 - 8 - 2017 Tme  8 : 30 A M  Code  84 CRIM/TRAFF CONTESTED
Badge  F017   Agency 0018 Arresting Officer CHEY SUMRALL  FCSO      Appeared   Y/N
Constable
Remarks ATTY DANIEL WAIDE                       Bad Check Amount
Plead   Voluntarily   Found   on    /  /        Atty?  Jail Time
Restitution              Garnishment  Y/N       Comment
Charge 0289  RESISTING ARREST                100.00
Total Owed      273.75      Total Paid                Total Due     273.75
Copyright 2010, Delta Computer Systems, Inc. - All Rights Reserved  06/24-RAQ

Press F3-Next F4-Previous
```

EXHIBIT D

```
JCMINQ01 DAOFFICE                   CRIMINAL AFFIDAVIT                JCWINQ27/M5
Book  471 Page    357      Out of State? N (Y/N)            Status A (A, I, C)
Defendant Name     LEGGETT DARIOUS
Address            1438 ELKS LAKE RD
                                              Bond Amt
City St Zip        HATTIESBURG MS 39401       Surety Name
Affiant Name  CHEY SUMRALL
Sex M Race     Date of Birth  4 - 2 - 1996 SSN 426812550 Phone 6012970291
State Licensed      Drivers License Number
Vehicle License           State     Make     Year     Type      (Auto,Trk)
BAC 00000  Speed     Zone    Nature of Off. DISORDERLY CONDUCT
Filing Date  9 - 27 - 2017       Offense Date  9 - 27 - 2017     Time   :
Judge  8 JUDGE WES CURRY           Courtroom 888 Returnable 11 - 7 - 2017
Disposition 11 - 8 - 2017 Tme  8 : 30 A M. Code  84 CRIM/TRAFF CONTESTED
Badge F017    Agency 0018 Arresting Officer CHEY SUMRALL--FCSO    Appeared  Y/N
Constable
Remarks                                       Bad Check Amount
Plead   Voluntarily   Found   on    /   /     Atty? | Jail Time
Restitution             Garnishment     Y/N   Comment
Charge 0224 DISORDERLY CONDUCT                100.00 FCSO
Total Owed      290.75      Total Paid                  Total Due      290.75
```

Copyright 2010, Delta Computer Systems, Inc. - All Rights Reserved  06/24-RAQ

Press F3-Next F4-Previous