JCMINQO1 DAOFFICE                    CRIMINAL AFFIDAVIT                JCWINQ277MS
Book  471 Page      365        Out of State? N (Y/N)           Status A (A, I, C)
Defendant Name LEGGETT ANTRINETTE
Address          1348 ELKS LAKE RD
                                                        Bond Amt $500.00
City St Zip      HATTIESBURG MS 39401                   Surety Name
Affiant Name BLAKE BASS                                 PUGH'S BAIL BONDING COMPANY
Sex F Race       Date of Birth                  SSN          Phone
State Licensed      Drivers License Number
Vehicle License              State    Make      Year      Type       (Auto,Trk)
BAC 00000  Speed     Zone     Nature of Off. DISORDERLY CONDUCT
Filing Date  9 - 27 - 2017       Offense Date  9 - 27 - 2017      Time   :
Judge  8 JUDGE WES CURRY                     Courtroom 888 Returnable 11 - 7 - 2017
Disposition 11 - 8 - 2017 Tme  8 : 30 A M. Code  84 CRIM/TRAFF CONTESTED
Badge      Agency      Arresting Officer                         Appeared    Y/N
Constable
Remarks ATTY DANIEL M. WAIDE                            Bad Check Amount
Plead N Voluntarily Y Found   on    /    /            Atty? Y Jail Time
Restitution              Garnishment     Y/N           Comment
Charge 0224 DISORDERLY CONDUCT                    100.00 FCSO
Total Owed      290.75       Total Paid                       Total Due     290.75
Copyright 2010, Delta Computer Systems, Inc. - All Rights Reserved   06/24-RAQ

Press F3-Next F4-Previous

**EXHIBIT**

tabbies

**E**

Book  471 Page    364      Out of  State? N (Y/N)          Status A (A, I, C)
Defendant Name LEGGETT ANTRINETTE
Address       1348 ELKS LAKE RD

                                                      Bond Amt
City St Zip    HATTIESBURG MS 39401          Surety Name
Affiant Name BLAKE BASS
Sex F Race    Date of Birth  2 - 11 - 1980 SSN 427415053 Phone 6012970291
State Licensed     Drivers License Number
Vehicle License           State    Make      Year      Type      (Auto,Trk)
BAC 00000  Speed    Zone    Nature of Off. RESISTING ARREST
Filing Date  9 - 27 - 2017       Offense Date  9 - 27 - 2017      Time    :
Judge  8 JUDGE WES CURRY              Courtroom 888 Returnable 11 - 7 - 2017
Disposition 11 - 8 - 2017 Tme  8 : 30 A M. Code  84 CRIM/TRAFF CONTESTED
Badge     Agency     Arresting Officer                        Appeared    Y/N
Constable
Remarks ATTY DANIEL M. WAIDE                      Bad Check Amount
Plead N Voluntarily Y Found    on    /    /     Atty? Y Jail Time
Restitution          Garnishment    Y/N      Comment
Charge 0289 RESISTING ARREST                  100.00
Total Owed      273.75      Total Paid                  Total Due    273.75
Copyright 2010, Delta Computer Systems, Inc. - All Rights Reserved  06/24-RAQ

Press F3-Next F4-Previous