UNIFORM JUSTICE COURT CASE
CRIMINAL RECORD
FORREST COUNTY JUSTICE COURT

DOCKET NO.: 421    PAGE NO.: 358
DATE FILED: 09/27/2017  TRIAL DATE: 11/07/2017

STATE OF MISSISSIPPI
VS
LEGGETT DARIOUS

CHARGE: RESISTING ARREST
DEFENDANT'S PLEA: GUILTY____ NOT GUILTY____ NOLO CONTENDERE____
DEFENDANT'S ATTORNEY:
JUDGE'S ORDER: ____ GUILTY    ✓ NOT GUILTY
               ____ SXA-TESTIMONY TAKEN   ____ NOLLE PROSEQUI
               ____ REMAND TO FILE        ____ DISMISSED
               ____ ADT COMPLETED—CERT. ATTACHED/EXPUNGE

FINE: $ 100.00
COST: $ 173.75

TOTAL: $ 273.75      NON ADJ: $250.00 (Remove $50.00 ID Fee)
                     Total $ _____

JAIL TIME: _____    RESTITUTION: $ _____

REMARKS: PAY FINE AND COST

[signature]                               12/21/2017
FORREST COUNTY JUSTICE COURT JUDGE

ON THE PAYMENTS: www.mytjcpayment.com or call 1-877-...

EXHIBIT F

UNIFORM JUSTICE COURT CASE
CRIMINAL RECORD
FORREST COUNTY JUSTICE COURT

DOCKET NO.: 421   PAGE NO.: 337
DATE FILED: 09/22/2017   TRIAL DATE: 11/02/2017

STATE OF MISSISSIPPI
VS
LEGGETT DARCUIS

CHARGE: DISORDERLY CONDUCT
DEFENDANT'S PLEA:  GUILTY ____  NOT GUILTY ____  NOLO CONTENDERE ____
DEFENDANT'S ATTORNEY: ____
JUDGE'S ORDER: ____ GUILTY    ✓ NOT GUILTY
              ____ 51A-TESTIMONY TAKEN   ____ NOLLE PROSEQUI
              ____ REMAND TO FILE        ____ DISMISSED
              ____ ADJ COMPLETED – CERT. ATTACHED/EXPUNGE

FINE: $ 100.00
COST: $ 190.75
                               ____ NON ADJ: $250.00 (Remove $50.00 ID Fee)
TOTAL: $ 290.75                Total $ ____

JAIL TIME: ____                RESTITUTION: $ ____

REMARKS: PAY FINE AND COST ____

_____        12/21/2017
FORREST COUNTY JUSTICE COURT JUDGE

ON-LINE PAYMENTS: www.njs1.org/forrest-ms OR CALL 1-877-591-8140