# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**SELENA HOWARD,** *et al*                                             **PLAINTIFFS**

**v.**                                          **CAUSE NO. 2:19-cv-00084-KS-MTP**

**FORREST COUNTY,** *et al*                                     **DEFENDANTS**

## PLAINTIFF DARIOUS LEGGETT'S RESPONSES TO DEFENDANTS FORREST COUNTY, MISSISSIPPI; CHEY SUMRALL; AND BLAKE BASS'S FIRST SET OF INTERROGATORIES

COMES NOW DARIOUS LEGGETT, hereinafter "Leggett," by and through his undersigned counsel, and hereby responds to Forrest County, Mississippi, Chey Sumrall, and Blake Bass' First Set of Interrogatories Propounded to Darious Leggett as follows to wit:

### GENERAL OBJECTIONS

1. Plaintiff objects insofar as the Interrogatories seek information or testimony within the scope of the attorney-client privilege or any other applicable privilege or which seek documents or things prepared in anticipation of litigation or trial by or for Plaintiff or his representatives or the mental impressions, conclusions, opinions, or legal theories of Plaintiff's attorneys or other representatives. Pursuant to Rule 26(b)(5), Plaintiff objects to the disclosure or production of documents and materials generated during the course of this litigation that constitute attorney work product or that represent privileged attorney-client communications. These documents and materials include, but are not limited to, correspondence between counsel and the Plaintiff, correspondence between counsel and consulting experts, and counsel's notes concerning the investigation or interviews with potential witnesses.

**EXHIBIT H**

**INTERROGATORY NO. 11:** Describe in your own words, in detail, how the events of which you complain took place, beginning three (3) hours prior to the accident, and describing particularly your whereabouts and activities. Please do not simply refer to the Complaint.

**RESPONSE:** Plaintiff was sleeping 3 hours prior to the incident. When he woke up, he, Ms. Howard, and Ms. Antrinett left the home to take Ms. Howards sister to her GED class at Pearl River Community College. Mr. Leggett was putting his niece back to sleep when he heard someone yelling at his mother outside. He went outside and asked what was going on. This quickly escalated into an argument. Officer Blake Bass had his hand on his gun throughout their entire incident. Officer Chey Sumrall stated they received a report about dogs being malnourished. Mr. Leggett assured Officer Sumrall that their dogs are very well taken care of and on a healthy diet and offered to show the officer the bucket of dog food to prove they had food. When Mr. Leggett was walking inside to get the dog food, Officer Sumrall tried to follow him into the home but Mr. Leggett asked him to please stay outside and wait for him, to which Officer Sumrall replied no. Mr. Leggett told officer Sumrall that he knew his rights. Mr. Leggett felt as if Officer Sumrall was trying to provoke him and get a violent reaction out of him. At this point, Officer Sumrall told Mr. Leggett he was under arrest. Ms. Antrinett Leggett tried to intervene but was pushed down off the porch. Officer Blake Bass pointed his taser gun at Mr. Leggett's face before lowering it to his genital area, and he then shot the taser into Mr. Leggett's genitals. Mr. Leggett fell to the ground immediately out of pain and shock. Selena Howard was on the phone with dispatch trying to get more officers to arrive to try to break up what was happening. Mr. Leggett noticed the officers putting handcuffs on his

6

mother and then putting her in the back of the cop car. The officers also shoved their knees into Mr. Leggett's back to get him to lie flat on the ground, even though he could not do so due to the pain of the taser being shot into his genital area. Approximately thirty minutes later, more cops arrived at the scene, but they said there was nothing they could do since they did not see it all happen. An ambulance arrived but the EMT said there was nothing they could do for Mr. Leggett. He was taken to Forrest General Hospital where he ultimately received surgery to remove the tasers from his genitals.

**INTERROGATORY NO. 12:** Please state the names, addresses, and telephone numbers of each and every person, corporation, or other entity, including, but not limited to, Medicaid, Medicare, Champus, and insurers which paid any bills or expenses, including, but not limited to, medical bills incurred by you as a result of the events alleged in your Complaint and state the amount paid by each such entity and whether or not any assignment of rights was affected by the payment. If so, please identify all written or oral communications referring to the assignment.

**RESPONSE: Plaintiff paid out of pocket for all medical expenses.**

**INTERROGATORY NO. 13:** Please identify each lawsuit, legal proceeding (either civil or criminal), administrative actions (including bankruptcy, worker's compensation, and/or social security), claims for personal injury or property damage, and/or traffic violations Justin

## CERTIFICATE OF SERVICE

I, Daniel M. Waide, attorney for Plaintiff, do hereby certify that I have this day delivered, by electronic means, a true and correct copy of the above and foregoing to the following:

William R. Allen
Jessica S. Malone
Allen, Allen, Breeland & Allen, PLLC
wallen@aabalegal.com
jmalone@aabalegal.com

THIS the ___ day of March, 2020.

By: _____
DANIEL M. WAIDE, MSB #103543

Daniel M. Waide, (MSB#103543)
1300 HARDY ST.
PO BOX 17738
HATTIESBURG, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net

# VERIFICATION OF DISCOVERY RESPONSES

STATE OF MISSISSIPPI

COUNTY OF FORREST

I, DARIOUS LEGGETT being first duly sworn, on oath, depose and say that I am the Plaintiff herein, and that I have read the within and foregoing <u>Plaintiff Darious Leggett's Responses to Defendants Forrest County, Mississsippi; Chey Sumrall; and Blake Bass's First Set of Interrogatories</u>, know the contents thereof, and believe the same to be true.

_____
DARIOUS LEGGETT, Plaintiff

PERSONALLY came and appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named DARIOUS LEGGETT, who after being by me first duly and properly sworn, states on their oath that the matters, things, and allegations set forth in the above and foregoing <u>Plaintiff Darious Leggett's Responses to Defendants Forrest County, Mississsippi; Chey Sumrall; and Blake Bass's First Set of Interrogatories</u>.

SWORN TO AND SUBSCRIBED by me on this the 6th day of MARCH, 2020.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

1