IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SELENA HOWARD; DARIOUS LEGGETT; and
ANTRINET LEGGETT                                                  **PLAINTIFFS**

**V.**                                          CIVIL ACTION NO.: **2:19-cv-84-KS-MTP**

FORREST COUNTY;
CHEY SUMRALL, individually and
In his official capacity; BLAKE BASS,
Individually and in his official capacity                         **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

THIS CAUSE came to be heard on a joint *ore tenus* motion of parties that this matter

be dismissed with prejudice and the Court, having considered the same, and it being made

known that the parties have reached an agreement in this matter, finds that said Motion is

well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned cause is

hereby dismissed with prejudice in accordance with the parties' agreement, and each party

shall bear their own costs.

SO ORDERED, THIS the ___19th___ day of February, 2021.

                                                s/**Keith Starrett**
                                    _____
                                                DISTRICT JUDGE

AGREED TO BY:

DANIEL M. WAIDE (MSB #103543)
Daniel M. Waide, Esq.
Johnson, Ratliff & Waide, PLLC
P.O. Box 17738
Hattiesburg, MS 39404
dwaide@jhrlaw.net
    *Attorney for Plaintiffs*

WILLIAM R. ALLEN (MSB #100541)
CHRISTINA J. SMITH (MSB#105483)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. 601-833-4361
Fax 601-833-6647
Email:  wallen@aabalegal.com
Email:  csmith@aabalegal.com
    *Attorneys for Defendants*

MARY LEE HOLMES (MSB #105398)
HOLMES, MCLELLAND & FERRAEZ, PLLC
601 East Central Avenue
Petal, MS 39465
marylee@hmlawfirm.com
    *Attorney for Defendant, Chey Sumrall, in his individual capacity*

2